**Exhibit M**

```
┌─────────────────────────────────────────────┐
│           The Rosebud Settlement            │
│         Settlor: Hans Bachofen              │
│  Beneficiaries: Arnold Bengis, Shelley Bengis, │
│    David Bengis, Lana Bengis, Gabi Bengis   │
│         Trustee: Inwealth Trustees          │
└─────────────────────────────────────────────┘
                       │
       ┌───────────────┼──────────────┬───────────────┬──────────────┐
       │               │              │               │              │
┌──────────────┐       │              │               │              │
│ Nashglobe    │       │              │               │              │
│ Business S.A.│       │              │               │              │
│ Registered:  │       │              │               │              │
│ Panama       │       │              │               │              │
│              │       │              │               │              │
│ 100% Owned by│       │              │               │              │
│ The Rosebud  │       │              │               │              │
│ Settlement   │       │              │               │              │
└──────────────┘       │              │               │              │
       │               │              │               │              │
```

- **The Rosebud Settlement**
  - Settlor: *Hans Bachofen*
  - Beneficiaries: *Arnold Bengis, Shelley Bengis, David Bengis, Lana Bengis, Gabi Bengis*
  - Trustee: *Inwealth Trustees*

- **Nashglobe Business S.A.**
  - Registered: *Panama*
  - 100% Owned by The Rosebud Settlement

- **Evolution Partners Ltd**
  - Registered: *BVI Date unknown*
  - Company Number: *Unknown*
  - 100% Owned by Nashglobe Business S.A.

- **Pearl Investments Trading Ltd**
  - Registered: *BVI 03/07/11*
  - Company Number: *451434*
  - 100% Owned by The Rosebud Settlement

- **Armine Investments Ltd**
  - Registered: *BVI 21/09/01*
  - Company Number: *463749*
  - 100% Owned by The Rosebud Settlement

- **Biema Holdings Ltd**
  - Registered: *Cyprus 31/08/06*
  - Company Number: *HE183067*
  - 100% Owned by The Rosebud Settlement

## CLASS OF BENEFICIARIES OF THE ROSEBUD SETTLEMENT

**Nashglobe Business SA** is a 100 % ~~shareholder~~ OWNED BY of The Rosebud Settlement

**Evolution Partners Limited** is a 100 % ~~shareholder~~ OWNED BY of Nashglobe Business SA

Arnold Maurice Bengis
250 West 57th Street
Suite 2404
New York, NY 10107-2407

born on: ▓▓▓▓▓▓

Nationality: South Africa

| | | |
|---|---|---|
| Shelley Bengis | - | wife |
| David Bengis | - | son |
| Lana Bengis | - | daughter |
| Gabi Bengis | - | daughter |

Vaduz, 22 May 2007

EVOLUTION PARTNERS LIMITED

*[signature]*

# DECLARATION

| | |
|---|---|
| **Name** | Interfiducia Trust reg. as Trustee of THE ROSEBUD SETTLEMENT |
| **Nature of Trust** | discretionary [X] <br><br> irrevocable [X] |
| **Date of Trust Deed** | 11 March 1997 |
| **Law** | Jersey |
| **Resident Address** | Jersey |
| **Confirmation** | The undersigned herewith confirms that no specific beneficiaries are appointed but a class of beneficiaries exists. |
| **1. Actual Settlor** (Name & Address) | Hans Bachofen, Grossmünsterplatz 6, 8022 Zurich/ Switzerland |
| **2. Class of Benefiaries** (Names & Addresses) | Bengis, Arnold Maurice <br> 250 West 57th Street <br> New York, N.Y. 10107-2407 <br> USA <br><br> born: <br><br> Nationality: South Africa |
| **3. Protector (if applicable)** (Name & Address) | n/a |

Furthermore, we hereby agree to notify you of any changes in the above.

Date: 20 June 2007

Signed by

lic.oec.HSG & lic.iur. Philipp Schmid

## CLASS OF BENEFICIARIES OF THE ROSEBUD SETTLEMENT

Nashglobe Business SA is ~~a~~ 100 % ~~shareholder~~ OWNED BY of The Rosebud Settlement

Evolution Partners Limited is ~~a~~ 100 % ~~shareholder~~ OWNED BY of Nashglobe Business SA

Arnold Maurice Bengis
250 West 57th Street
Suite 2404
New York, NY 10107-2407

born on: ▇▇▇▇▇▇▇

Nationality: South Africa

| | | |
|---|---|---|
| Shelley Bengis | - | wife |
| David Bengis | - | son |
| Lana Bengis | - | daughter |
| Gabi Bengis | - | daughter |

Vaduz, 22 May 2007

EVOLUTION PARTNERS LIMITED

*[signature]*

## PEARL INVESTMENTS TRADING LIMITED

*Correspondence address:*
Aeulestrasse 74
Postfach 461
9490 Vaduz
Fürstentum Liechtenstein

Telefon +423 – 236 04 78
Telefax +423 – 236 04 05

SG Hambros Bank (Channel Islands) Limited
Mr Anthony Holley
SG Hambros Bank
P.O. Box 78
18 Esplanade
St. Helier, Jersey JE4 8PR
Channel Islands

Vaduz, 20 October 2006   hil

**Account with your institute / Appointment of Investment Adviser**
Mandate No. 95197 ACK/hil

Dear Mr Holley

We hereby confirm that Mr David Bengis is a beneficiary of the Rosebud Settlement. The Rosebud Settlement are clients of Mishcon de Reya and the recent funds in the sum of GBP 1 million were a gift from the Rosebud Settlement to David Bengis, as a beneficiary.

Funds received from the Rosebud Settlement, whose bankers are Bank Julius Baer, were sent to the Mishcon de Reya client account and then further remitted to David Bengis.

Should you have any queries, please do not hesitate to contact me.

Yours sincerely,

**PEARL INVESTMENTS TRADING LIMITED**

lic.oec.HSG Iwan J. Ackermann