**Exhibit O**

# Banking Services Questionnaire

| | |
|---|---|
| Name of Company/Partnership: | EVOLUTION PARTNERS LTD |
| Client Number: | |
| Private Banker: | |

PER / MAN / 207330.

**SG Hambros**



**SG**
Private Banking

## Identification Documents

We require the following documentation in order for us to fulfil our regulatory responsibilities regarding the verification of the identity of the company/partnership as well as the identity of the individuals connected with it.

### Companies

**Companies listed on a recognised stock exchange or a subsidiary thereof**

We require all of the following documentation:

- Certificate of incorporation of the listed company and, where relevant, of any subsidiary company to evidence registered number, state of incorporation and registered corporate name
- Most recent audited financial statements (or equivalent)

Where applicable:

- Documentation to verify the identity and permanent residential address of any authorised signatory (see identity requirements for individuals, below)
- Proof of listing

**All other companies (including limited liability partnerships)**

- Documentation to verify the identities and permanent residential addresses of all directors, partners, authorised signatories and shareholders (shareholders with an equity stake greater than or equal to 10% only) (see identity requirements for individuals, on page 2)
- Certificate of incorporation (or equivalent)
- Memorandum and articles of association or equivalent (non-UK companies and limited liability partnerships only)
- Most recent audited financial statements (or equivalent)
- Certificate of good standing/certificate of incumbency (non-UK companies only)
- Copy of the share register(s) confirming shareholders' names and confirmation that shares are not held in bearer form (if applicable)
- Proof of registered status (if applicable)

### Partnerships

We require all of the following documentation:

- Documents to verify the identities and permanent residential addresses of all partners and all authorised signatories (see identity requirements for individuals, on page 2)
- Partnership agreement (if applicable)
- Most recent audited financial statements (or equivalent)

**Individuals**

Certain documents are considered appropriate for verifying a name while others are appropriate for verifying a permanent residential address. The same document cannot be used to verify both your name and address.

**Verification of name**

We require one or two* of the following documents:

● A current signed passport (showing number, issue date, expiry date, issuing office, date and place of birth, signature and photograph)

● A national identity card (showing number, issue date, expiry date, issuing office, date and place of birth, signature and photograph)

● Other*

**Verification of permanent residential address**

We require one or two* of the following documents:

● A utility bill (not more than three months old and not for a mobile telephone)

● A local authority tax bill (valid for the current year)

● A current full driving licence (provided not used above)

● A bank or building society statement (not more than three months old) or the most recent mortgage loan statement from a registered lender

● A tax notification (valid for the current year)

*To be advised by your private banker.

**Notes**

1. In the case of passports, driving licences and national identity cards, please provide certified copies of these documents (black and white). Please do not send originals of these documents by post. In respect of all other documents, please send originals.

2. Certifications must be original and must be performed by an approved member of SG Hambros' staff or by an appropriate professionally regulated person, such as a qualified lawyer or accountant, using the following wording:

   **'I hereby certify this to be a true copy of an original document.'**

   The certifier should also record his/her name, title, occupation, firm and the date of certification.

3. A PO Box address is not acceptable as proof of permanent residential address.

If you have any questions on any of the above requirements, please contact your private banker.

## Group Structure (including partnerships where appropriate)

Please provide details of parent companies, subsidiaries, fellow subsidiaries, associated companies and trusts (a separate form may be used if necessary).

Evolution Partners Ltd is an underlying company of Nashglobe Business SA, Panama and
Nashglobe is an underlying company of The Rosebud Settlement

Complete where applicable

## Director(s)/Partner(s)

**N.B.** Any further director(s) or partner(s) should be listed on a separate form.

### Director/Partner 1

| | |
|---|---|
| Surname | Ackermann |
| Forename(s) | Iwan J. lic.oec.HSG |
| Title (Mr/Mrs/Ms/Miss/Dr/Other) | Mr lic.oec.HSG |
| Position | board member |

Permanent residential address
Aeulestrasse 74
9490 Vaduz

| | |
|---|---|
| Postcode | 9490 |
| Nationality | Liechtenstein |
| Date of birth | DD / MM / YYYY 1967 |
| Telephone | +423 236 04 04 |
| Facsimile | +423 236 04 05 |
| Email address | |

### Director/Partner 2

| | |
|---|---|
| Surname | Moosleithner-Baltiner |
| Forename(s) | Angelika |
| Title (Mr/Mrs/Ms/Miss/Dr/Other) | Mrs |
| Position | board member |

Permanent residential address
Aeulestrasse 74
9490 Vaduz

| | |
|---|---|
| Postcode | 9490 |
| Nationality | Liechtenstein |
| Date of birth | DD / MM / YYYY 1957 |
| Telephone | +423 236 04 04 |
| Facsimile | +423 236 04 05 |
| Email address | |

### Director/Partner 3

| | |
|---|---|
| Surname | Dorbat Treuhand- und |
| Forename(s) | Verwaltungsanstalt |
| Title (Mr/Mrs/Ms/Miss/Dr/Other) | |
| Position | board member |

Permanent residential address
Aeulestrasse 74
9490 Vaduz

| | |
|---|---|
| Postcode | 9490 |
| Nationality | Liechtenstein |
| Date of birth | DD / MM / YYYY 2001 |
| Telephone | +423 236 04 04 |
| Facsimile | +423 236 04 05 |
| Email address | |

### Director/Partner 4



| | |
|---|---|
| Surname | |
| Forename(s) | |
| Title (Mr/Mrs/Ms/Miss/Dr/Other) | |
| Position | |

Permanent residential address

| | |
|---|---|
| Postcode | |
| Nationality | |
| Date of birth | DD / MM / YYYY |
| Telephone | |
| Facsimile | |
| Email address | |

Complete where applicable

## Corporate Directors

**N.B.** Any further corporate director(s) should be listed on a separate form.



| Director 1 | Director 2 |
|---|---|
| Company name | Company name |
| Registered address | Registered address |
| Postcode | Postcode |
| Company no. | Company no. |
| Contact name(s) | Contact name(s) |
| Telephone | Telephone |
| Facsimile | Facsimile |
| Email address | Email address |

| Director 3 | Director 4 |
|---|---|
| Company name | Company name |
| Registered address | Registered address |
| Postcode | Postcode |
| Company no. | Company no. |
| Contact name(s) | Contact name(s) |
| Telephone | Telephone |
| Facsimile | Facsimile |
| Email address | Email address |

continued overleaf

Complete where applicable

## Beneficial Owner(s)/Controller(s)

List the beneficial owners and/or the principal shareholders and any controllers of the Company/Partnership
(a separate form may be used if necessary).

| Name | | Capacity | Shareholding |
|---|---|---|---|
| 1 | Arnold M. Bengis | — | — |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## The Company's/Partnership's Current Bank Account

Please give details of the main bank account of the Company/Partnership

Name of bank

N/A

Address of bank

Postcode

Account no.

Roll number
(if applicable)

Sort code or equivalent

**Source of funds opening the account**

**Part 2** The Company/Partnership Account

## Company/Partnership Account Details

| | |
|---|---|
| Type of account required | |
| Title of account | |
| Currency of account (multiple possible) | ☒ GBP  ☒ USD<br>☒ EUR  ○ CHF  ○ Other_____ |

## Bank Account Activity

| | |
|---|---|
| Purpose of the account | |
| Estimated frequency of transactions | |
| Estimated value range of transactions | |

## International Payments/Deposits

| | Incoming | Outgoing |
|---|---|---|
| If the Company/Partnership is likely to require SG Hambros to make or receive any regular international payments, please provide details of the estimated frequency, source and destination countries and of the expected beneficiary or remitter. | | |

## Bank Statement Dates and Frequency

Statements will be sent quarterly unless otherwise requested below.

| Frequency | portfolio valuations - quarterly / bank statements - daily |
|---|---|
| Day | |

**N.B. Bahamas, Channel Islands and Gibraltar clients only:** Where there have been no transactions on an account during the agreed statement period, a statement will not normally be sent to you. However, you will always receive an annual statement for your account.

## Copy Correspondence

Please provide details of where copy correspondence should be sent. Please also state the capacity in which the recipient will be receiving the copy correspondence (e.g. as the Company's/Partnership's lawyer/accountant) and tick the type of documentation to be provided.

### Addressee 1

| | | Copy Correspondence |
|---|---|---|
| Name | Evolution Partners Ltd | **Bank Account** |
| | | ☒ Statements |
| Capacity | | ☒ Deposit advices |
| Address | Aeulestrasse 74 | |
| | P.O. Box 461 | **Investment Account** |
| | 9490 Vaduz / Liechtenstein | ○ Contract notes |
| | | ☒ Statements |
| | Postcode    9490 | ☒ Valuations |
| | | ○ CGT packages |

### Addressee 2

| | | Copy Correspondence |
|---|---|---|
| Name | | **Bank Account** |
| | | ○ Statements |
| Capacity | | ○ Deposit advices |
| Address | | |
| | | **Investment Account** |
| | | ○ Contract notes |
| | | ○ Statements |
| | Postcode | ○ Valuations |
| | | ○ CGT packages |

### Addressee 3

| | | Copy Correspondence |
|---|---|---|
| Name | | **Bank Account** |
| | | ○ Statements |
| Capacity | | ○ Deposit advices |
| Address | | |
| | | **Investment Account** |
| | | ○ Contract notes |
| | | ○ Statements |
| | Postcode | ○ Valuations |
| | | ○ CGT packages |

## Requests for Information

You agree that SG Hambros may give the following people any information requested in writing by them in relation to the Company's /Partnership's account(s) (tick where appropriate):

| Accountant | Contact Details |
|---|---|
| ⊕ Bank account(s) only | |
| ⊕ Investment account(s) only | |
| ⊕ Both | |

| Solicitor | Contact Details |
|---|---|
| ⊕ Bank account(s) only | |
| ⊕ Investment account(s) only | |
| ⊕ Both | |

| Tax Adviser | Contact Details |
|---|---|
| ⊕ Bank account(s) only | |
| ⊕ Investment account(s) only | |
| ⊕ Both | |

| Other | Contact Details |
|---|---|
| ⊕ Bank account(s) only | |
| ⊕ Investment account(s) only | |
| ⊕ Both | |

We, the signatories, request SG Hambros to open a

X Company Account

⚙ Partnership Account

⚙ Limited Partnership Account

I/We authorise SG Hambros to act on all instructions relating to such account(s) and to honour and debit to such account(s), whether in credit or overdrawn or becoming overdrawn or closed in consequence of such debit, all cheques, drafts or other orders or receipts for money signed, bills of exchange and promissory notes drawn, accepted or made on behalf of the Company/Partnership provided they are signed or accepted by:

X Any authorised signatory acting alone; or*

⚙ All authorised signatories acting together; or*

⚙ A specified number of authorised signatories acting together.* Please specify number below:

⚙ Other instructions.* Please specify below:

*Only one of the above options must be completed. If not completed, SG Hambros will default to all authorised signatories acting together.

until SG Hambros receives notice in writing to the contrary signed in accordance with the above instructions.

### Authorised signatories

| Name in full (BLOCK CAPITALS) | Official position | Signature |
|---|---|---|
| Iwan J. Ackermann | board member | |
| Angelika Moosleithner–Batliner | board member | |
| Dorbat Treuhand– und Verwaltungsanstalt | board member | as per enclosed list |
| | | |
| | | |
| | | |
| | | |
| | | |

Alternatively, a separate list of authorised signatories may be provided.

**Mandate by a Partnership only**

The partners will jointly and severally be liable to SG Hambros for repayment and satisfaction of all moneys, obligations and liabilities at any time due, owing or incurred from or by the Partnership to SG Hambros together with interest, commission, charges and any expenses incurred by SG Hambros including all legal and other costs on a full indemnity basis.

It is understood that any balance which may now or hereafter stand to the credit of the account(s) and also any stocks, shares, bonds or securities or other documents, packages or items of any description now or hereafter held by SG Hambros for this/these account(s) shall belong to the survivor or survivors of the partners absolutely in the event of any/either of the partners dying while such account(s) continue(s).

Upon any partner ceasing to be a partner by death or otherwise, SG Hambros may, failing the receipt of written notice to the contrary from the Partnership, or any of the partners, or the legal personal representatives or trustees of any of the partners, treat the surviving or continuing partner or partners (or if different the partner or partners for the time being) as having full power to carry on the business of the Partnership and to deal with its assets as freely as if there had been no change in the Partnership.

This authority shall remain in force until revoked notwithstanding any change in the constitution or name of the Partnership and shall apply notwithstanding any change in the membership of the Partnership by death, bankruptcy, retirement or otherwise or the admission of any new partner or partners.

**Mandate by a Company and Limited Partnership only**

The Company/Partnership shall be fully liable to SG Hambros for repayment and satisfaction of all moneys, obligations and liabilities at any time due, owing or incurred in respect of any such dealings in the name of the Company/Partnership or jointly with any others together with interest, commission, charges and any expenses incurred by SG Hambros including but not limited to all legal and other costs on a full indemnity basis.

**It has been further resolved by the Company/Partnership**

That SG Hambros be furnished with (a) copies of any special or extraordinary resolutions that may from time to time be passed by the Company/Partnership and (b) any certificates of incorporation on change of name of the Company/Partnership. SG Hambros shall be notified immediately in writing signed by any director or the secretary of the Company/Partnership of any change in name or registered address which may from time to time take place.

**Codeword**

There is the option of creating a codeword on the account(s) as an additional security measure. If a codeword is used and a request/instruction does not contain it, SG Hambros reserves the right not to act on the instruction. The codeword should not be a word that is likely to be guessed by anyone pretending to act on behalf of the Company/Partnership. Authorised signatories must use the agreed codeword in respect of all requests regarding the account(s), including the giving of instructions.

**I/We request that a codeword is used in relation to the Company's/Partnership's account(s). If the authorised signatories do not use the codeword, SG Hambros may not accept the instructions.**

**The codeword I/we wish to use is:**

**Telephone, Electronic Mail and Facsimile Mandate**

SG Hambros will accept instructions from you by telephone, email or facsimile on the basis that you agree to the standard indemnity provisions as set out below.

**Unless all the authorised signatories and SG Hambros agree otherwise in writing, SG Hambros may accept any instruction appearing to come from an authorised signatory (or the number of authorised signatories required to act together in giving instructions) which is given in writing or by telephone, email or facsimile or by any other means deemed acceptable by SG Hambros.**

**In consideration of SG Hambros agreeing to accept instructions by telephone, electronic mail and/or facsimile, I/we jointly and severally agree:**

- **to indemnify SG Hambros from and against all actions, proceedings, costs, claims, demands, expenses or losses that SG Hambros may suffer or sustain by reason of or on account of having or not having accepted such instructions; and**

- **that SG Hambros shall be entitled to debit the Company's/Partnership's account(s) with the amount of any payments SG Hambros may make in respect of having accepted such instructions; and**

- **always to provide funds to meet all payments under such instructions, unless other prior arrangements have been made in writing with SG Hambros.**

**Private e-Banking Service**

The Private e-Banking Service offers a means of accessing the Company's/Partnership's account(s) via the internet. Further details about this service are set out in the Banking Services Terms of Business. A person nominated by the Company/Partnership can access the account(s) via the Private e-Banking Service but not operate the account(s) on behalf of the Company/Partnership (view-only access).

**The authorised signatory(ies) wish(es) to use the Private e-Banking Service to access the account(s).**

- Yes

- No

Name of the individual nominated
to access the Private e-Banking Service:

**SG Hambros
Duty of Confidentiality**

SG Hambros has a duty of confidentiality to its clients and will only disclose information about the Company/Partnership and its financial affairs in the following situations:

● Where SG Hambros has been required to disclose the information by law;

● Where SG Hambros has a duty to the public to disclose the information;

● Where the disclosure is necessary to protect the interests of SG Hambros;

● Where SG Hambros has entered into an agreement with a third party service provider in connection with the services SG Hambros is providing to the Company/Partnership and it is necessary to disclose the information to enable the service provider to perform its obligations under that agreement. In this case SG Hambros will ensure that the service provider is subject to appropriate confidentiality provisions; or

● Where the authorised signatory(ies) has/have consented to such disclosure.

It is also important that you read and understand the conditions in the Banking Services Terms of Business headed 'Confidentiality and Data Protection' and 'Credit Reference Agencies' which explain how SG Hambros will deal with confidential information relating to the Company/Partnership.

**Disclosure of Information to Other Société Générale Group Companies**

The Company's/Partnership's private banker is the focal point of the relationship with SG Hambros. It is the private banker's responsibility to understand the Company's/Partnership's present and future wealth management needs and to develop solutions for the Company's/Partnership's specific circumstances. In order to do this the private banker may from time to time need to discuss the Company's/Partnership's affairs with professionals in other companies within the SG Hambros Group or other parts of the Société Générale Group, and if appropriate to arrange for such professionals to contact the Company/Partnership directly.

**I/We agree that SG Hambros may discuss the Company's/Partnership's affairs with, and if appropriate transfer the Company's/Partnership's confidential information to, other companies within the SG Hambros Group, SG Private Banking Group or other parts of the Société Générale Group. I/We understand that this may result in such companies contacting me/us directly and may also result in the marketing of other Société Générale services to the Company/Partnership where these are appropriate to its circumstances.**

If you **DO NOT** wish information about the Company/Partnership, its account(s), business or positions to be given to a related company as set out above, please select one of the following options:

◉ SG Hambros may only discuss the Company's/Partnership's affairs with a company in the SG Hambros Group;

◉ SG Hambros may only discuss the Company's/Partnership's affairs with a company in the SG Private Banking Group (which includes the SG Hambros Group);

◉ No information may be provided to any company in the Société Générale Group.

**Marketing Activities**

From time to time SG Hambros may use the Company's/Partnership's contact details to allow us to market certain services provided by the Société Générale Group which we believe may be of interest to the Company/Partnership.

**I/We agree that SG Hambros or other companies in the Société Générale Group may analyse and use the information SG Hambros holds about the Company/Partnership to enable SG Hambros to provide information (by post, telephone, email or other medium using the contact details I/we have given SG Hambros) about products and services offered by SG Hambros (or by other companies in the Société Générale Group or selected third parties) which SG Hambros believes may be of interest to the Company/Partnership. I am/We are aware that I/we may at any time tell SG Hambros that I/we do not want to receive such marketing approaches by writing to the Company's/Partnership's private banker.**

◉ Please tick if you **DO NOT** wish to receive such information.

## Bank Account Declaration

**By signing this declaration:**

- I/We confirm that I/we have read and understood this Banking Services Questionnaire;

- I/We confirm that all the details provided by me/us in this Banking Services Questionnaire are true and correct to the best of my/our knowledge and belief;

- I/We acknowledge receipt of the SG Hambros Banking Services Terms of Business and confirm that I/we have read and understood them and agree to be bound by them as they may be amended from time to time;

- I/We will provide you with any future ancillary document(s) that may affect the information provided herein.

| Director/Partner 1 | Director/Partner 2 |
|---|---|
| Signature | Signature |
| Please print name in full | Please print name in full |
| Iwan J. Ackermann | Angelika Moosleithner-Batliner |
| Position | Position |
| board member | board member |
| Date  DD / MM / YYYY  **10 April 2007** | Date  DD / MM / YYYY  **10 April 2007** |

| Director/Partner 3 | Director/Partner 4 |
|---|---|
| Signature | Signature |
| Please print name in full | Please print name in full |
| Position | Position |
| Date  DD / MM / YYYY | Date  DD / MM / YYYY |

Any further director(s)/partner(s) should sign on a separate form.

# RESOLUTION

The undersigned, lic.oec.HSG Iwan J. Ackermann, Angelika Moosleithner-Batliner and Dorbat Treuhand- und Verwaltungsanstalt, in their capacity as board members of

## EVOLUTION PARTNERS LTD

hereby resolve:

1. To open an account with SG Hambros Bank (Channel Islands) Ltd, St. Helier, Jersey, in the name of EVOLUTION PARTNERS LTD and for the following persons to be authorised to sign, with single signature right, in the name of the company:

   - lic.oec.HSG Iwan J. Ackermann

   - Angelika Moosleithner-Batliner

   - Dorbat Treuhand- und Verwaltungsanstalt.

2. To instruct the bank to send with immediate effect all daily statements (credit and debit advices, notifications of the purchase or sale of securities), quarterly account statements and quarterly portfolio valuations to the following address:

   EVOLUTION PARTNERS LTD
   Aeulestrasse 74
   P O Box 461
   9490 Vaduz
   Principality of Liechtenstein

Vaduz, 10 April 2007    hil

lic.oec.HSG Iwan J. Ackermann

Angelika Moosleithner-Batliner

| Client No. | 2 0 7 3 3 0 |
|---|---|
| Cabinet | CL/ |
| Doc Type | NEW |
| Doc Date | 12/06/07 |
| Pages (if more than one) | 7 |

Dorbat Treuhand- und Verwaltungsanstalt

# DECLARATION OF CORPORATE BENEFICIAL OWNERSHIP (DOBO)

| TO: | Mr Philip Chambers<br>SG Hambros House<br>18 Esplanade<br>St Helier , Jersey<br>JE4 8PR |
|---|---|
| | *Insert full name and address of SG Hambros office receiving this certificate* |

We, the Directors of:

| **Full Name of Company:** | Evolution Partners Ltd |
|---|---|

Declare and confirm the following:

I.  The ultimate / beneficial ownership of the above Company is as follows:

| Name of Shareholder (as appears on Share Certificate) | Permanent Residential Address (including Country) of Shareholder (Registered address if company) (PO Boxes are not acceptable) | % of stake held | |
|---|---|---|---|
| 1.  Nashglobe Business Inc | Aeulestrasse 74, FL-9490 Vadus, Liechtenstein | 100 | % |
| 2. | | | % |
| 3. | | | % |
| 4. | | | % |

*If shareholder(s) named in the above table are a company, trust or other non-natural person entity, please attach a list of the ultimate owners / named beneficiaries of that entity (using the same format as above).*

II.  *that the above is a true and accurate statement of the beneficial ownership of the Company and that the persons named are not acting as nominee for any other person.

**or**

*the above named are acting as nominee for other persons whose full names and permanent residential address are disclosed and attached to this declaration.

III.  The shares of the company are not held in bearer form.

IV.  The share certificates of the company are located at (state where they are held):

| Name of company, address and country (where shares held) | Nashglobe Business SA<br>Aeulestrasse 74, 9490 Vaduz |
|---|---|

V.  We will notify you immediately of any changes in the beneficial ownership of the company.

**and**

**We attach certified copies of the share certificates of the company confirming ownership.**

Dated this __22__ (day) of __May__ (month) 20__07__ (year)

_____              _____
**Signed by Director**                **Signed by *Director / *Secretary**

*Delete as applicable

© Scott Hornsby - SG Hambros Bank & Trust Limited 31/10/2003

# SHARE REGISTER

# EVOLUTION PARTNERS LTD.

**Date of Incorporation: 16th February 2007**

| MEMBERS Name, ID & Address | SHARE CERTIFICATES | | | | | TRANSFERS | | | Name of Transferee |
|---|---|---|---|---|---|---|---|---|---|
| | Certificate No. | No. of Shares | Distinguishing Numbers | Amount Paid | Date of Issue | Date of Transfer | New Certificate | | |
| | | | | | | | Certificate No. | No. of Shares | |
| Nashglobe Business Inc. Aeulestrasse 74, FL-9490 Vaduz, Liechtenstein | 1 | 50,000 | 1-50,000 | FULL | 07.03.2007 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| We confirm herewith that the shares are not held in bearer form. | | | | | | | | | |
| | | | | | | | | | |
| Evolution Partners Ltd | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Certificate No. 1 For 50,000 Shares

Issued to Nashglobe Business Inc.

Dated this 7th March 2007

Company Name:

**EVOLUTION PARTNERS LTD.**

Authorised Shares 50,000

Signed By:

Director:.

*SHARE CERTIFICATE*

## EVOLUTION PARTNERS LTD.

CERTIFICATE NO. 1

Incorporated Under
The International Business Companies Act 2004
of the Territory of the British Virgin Islands

AUTHORISED SHARES
50,000 no par value shares

NO. OF SHARES: **50,000**

This is to certify that **NASHGLOBE BUSINESS INC. of Aeulestrasse 74, FL-9490 Vaduz, Liechtenstein** is the registered holder of FIFTY THOUSAND (50,000) Shares of no par value in the above named Company, subject to the Memorandum and Articles of Association of said Company.

GIVEN on behalf of the Company this 7th March 2007

Iwan J. Ackermann
Director

Angelika Moosleithner-Batliner
Director

No Transfer of the above mentioned shares will be registered until this certificate has been deposited at the Office of the Company.

PER/COI/ 207330

CERTIFICATE No. __*2*__

FOR __100__ SHARE(S)

# NASHGLOBE BUSINESS S. A.

A corporation organized in Panama, Republic of Panama, pursuant
to the provisions of the General Corporation Law 32 of 1927, executed by Public Deed
No. 1.957 of the Public Notary Twelfth of the Notarial Circuit, of Panama, on September 16, 1991
and duly recorded at MicroJacket 251574, Reel 33363, Frame 0038 of the Microfilm Mercantile
Section of the Public Registry on September 23, 1991.

AUTHORIZED CORPORATE CAPITAL:
U.S. $ 10,000.00

Represented by ONE HUNDRED (100) shares of capital stock with a par
value of ONE HUNDRED DOLLARS (U.S.$100.00) each one.

We hereby certify that __Interfiducia Trust reg. as Trustee of THE ROSEBUD SETTLEMENT__ is the owner of

__one hundred__ ( __*100*__ ) shares of capital stock with a par value of __ONE HUNDRED DOLLARS__

(US$100.00) each, fully paid and liberated of this corporation.

This certificate is issued and is received by the bearer subject to the provisions of the Law and of the

Articles of Incorporation of the corporation.

In witness whereof, this certificate is issued and signed in __Vaduz / Liechtenstein__

~~No,~~ _____ on __22 August 2006__ ~~19~~_____ .

__President or Vice-President__

~~Secretary or Treasurer~~

| Full name of Company | EVOLUTION PARTNERS LTD | | | **CLIENT No.** |
|---|---|---|---|---|
| Full Name(s) of Beneficial Owner(s) | MR ARNOLD BENGIS | | | 207330 |

| Question | Answer | Risk | | | |
|---|---|---|---|---|---|
| 1 | Is this the first Risk Assessment carried out on this Client Account? | No | | | | |
| 2 | What was the PREVIOUS Risk Level of this Client Account? | High | | | | |
| 3 | According to SGH policy regarding verification of client identity and address (IDV/ADV) have **ANY PARTIES** to the Account **NOT** been **FULLY IDENTIFIED**? | No | | | | |
| 4 | Is the Beneficial Owner or any other directly-related party a Politically Exposed Person (PEP) or associated Person? | No | | | | |
| 5 | Question 5 does not require answering | | | | | |
| 6 | Is the Account 'Hold Mail'? - *The indefinite retention of client correspondence, where the client has no intention of receiving or collecting such correspondence."* | No | Client is High Risk | | | |
| 7 | Has the Company (or any other company within the group structure, if applicable) issued Bearer shares? | No | | | | |
| 8 | EITHER: Does the **Company** have business interests in a High Risk Country **OR** is the **Beneficial Owner** a resident of or have business interests in, or a Source of Wealth derived from, a HRC (see list on SharePoint)? | No | Provide full details of High Risk reason in COMMENTS box below | | | |
| 9 | Do the Company activities involve **OR** does the Beneficial Owner's wealth derive from, any high risk/sensitive business activity? | No | | | | |
| 10 | "Is there any other reason why you would consider this Account as Higher Risk? See list below" | No | | | | |
| 11 | Is there any other reason why you would consider this Account as High Risk? Examples include: Ongoing/potential litigation, Subject to a Court Order, Serious client complaint, Fees outstanding, Complex Structure | Yes | | | | |
| 12 | What is the Beneficial Owner's Nationality? | SOUTH AFRICA | 2 | 2 | 4 | MEDIUM |
| 13 | In which country does the Beneficial Owner live? | UNITED STATES | 1 | 2 | 2 | LOW |
| 14 | From which country has the Company *and* Beneficial Owner's wealth derived? | SOUTH AFRICA | 2 | 2 | 4 | MEDIUM |
| 15 | From what activity has the Beneficial Owner accumulated their wealth? | Inheritance | 1 | 1 | 1 | Low |
| 16 | What is the Country of Incorporation of the Company? | VIRGIN ISLANDS (BRITISH) | 3 | 2 | 6 | HIGH |
| 17 | What is (or will be) the asset value of the Account? | £500k to £5M | 2 | 1 | 2 | Medium |

Risk Level excluding Automatic High Risk Questions **1.9    MEDIUM Risk**

| Client Risk    Client is HIGH Risk - Input Olympic AN code 127 | Next Risk Assessment due by * | 23 October 2013 |
|---|---|---|

**\* Unless any one of the following events occur first, in which case the Risk Assessment must be updated immediately:**
A change in our relationship with the Company – for example: value of AUM resulting from new assets introduced/purchased or assets sold/distributed; a change in investment policy; a change in banking relationship (incl. opening a new 'root'; the possibility of litigation or similar; potential financial/reputation risk to SGH, etc.
There is a change in the structure of the Company. This may include the addition/removal of a Shareholder; an External Director, etc.
There is a change the circumstances of any party directly related to the Company (Beneficial Owner; Shareholder; External Director etc) - the change being something that would have a material impact on the KYCB Risk Assessment, for example a change in residence/domicile, business interests, becoming/ceasing to be deemed as a PEP, etc.

| COMMENTS BOX | BENGIS CONNECTION |
|---|---|
| Additional comments regarding answers to this Assessment | |

**CERTIFICATION BY THE PERSON COMPLETING THIS RISK ASSESSMENT**
I confirm that I have carried out the Anti-Money Laundering and Countering the Financing of Terrorism Client KYCB in accordance with SGPBH Group Procedures. Furthermore I confirm that this Risk Assessment is based on information provided by or on behalf of the Client and I have no reason to doubt its accuracy.

| *KROSMAND* | Kathryn Osmand - Private Banking Assistant | 23.10.12 |
|---|---|---|
| Signature of person completing this Assessment | Name and Job Title | Date |

**CRM CONFIRMATION** - Required where Assessment has not been completed by the CRM who has prime responsibility for this client

| | Anthony Holley - Senior Private Banker | 23.10.12 |
|---|---|---|
| CRM signature | Print name | Date |

**Additional sign off requirements**
All new High or Higher Risk business must be taken to a New Account Opening Committee/High Risk Committee for acceptance.
Refer to SGPBH SharePoint\Policies & Procedures\Anti-Money Laundering\AML CFT Guidance Note 2

High Risk business must be signed off by a Director of SGH (local policy defines who can sign as a 'Director') AND signed by local MLRO

| Adrian Rowland Authorised Signatory | | |
|---|---|---|
| High Risk - Director must sign | Director | Date |
| SG Hambros Bank (Channel Islands) Limited | | |

| Taruna Pereira Compliance Officer | | 6/11/12 |
|---|---|---|
| | Signature, name and date | |
| SG Hambros Bank (Channel Islands) Limited | | |

**ALSO** - This form must be signed by AML Compliance
Olympic Agreement 010 input and WorldCheck search done

| SYNERGY INDEX | Cabinet | CLIENT | Doc Type | KYCC | Doc Date | Client No. |
|---|---|---|---|---|---|---|
| | | | | | | |

## CUSTOMER DUE DILIGENCE - KNOW YOUR CLIENT'S BUSINESS ("KYCB") PROFILE

The purpose of this form is to assist SGPB Hambros & its employees to carry out its responsibilities to deter money laundering.

KYCB data should be completed in full as part of the New Client Acceptance process. However, **this is a 'living' document** and must be updated on an ongoing basis so as to detail the present relationship with and status of our Client. As changes occur, this document must be updated and saved. Whenever updated, **a copy should be printed and scanned into Synergy.**

| Full Name of Company:_ | EVOLUTION PARTNERS INC |
|---|---|

| | |
|---|---|
| 1. Is this a stand-alone Company or part of a group structure? *See footnote below* [1] | Stand-alone Company <br><br> X  Part of a structure     <u>NOTE</u>: If part of a structure, you **MUST** attach a structure diagram or provide a full description of the entire relationship. |
| 2. What was the source of introduction of this business? *Another client, a professional firm, response to an advertisement etc* | KEVIN GOLD – MISCHON DE REYA SOLICITORS |
| 3. Why SGPBH & this jurisdiction? *A brief Indication of the rationale behind this account being opened with SGH – why is the business coming to us? Provide a separate file note if required* | FAMILY CONNECTION |
| 4. Full name of the Ultimate Beneficial Owner(s) | MR ARNOLD BENGIS |
| 5. Has the Ultimate Beneficial Owner been met face to face? *IF YES: when & by whom* *IF NO: explain why not* | YES ON SEVERAL TIMES WITH ANTHONY HOLLEY IN LONDON |
| 6. What is/was the Source of Wealth of the Ultimate Beneficial Owner? *SoW - the activities which have generated the total net worth of a person i.e. those activities which have generated a customer's funds and property.* *Information concerning the time frame over which that wealth was generated and the geographical sphere of the activities that have generated the wealth may also be relevant.* *Full details are required – bland terms such as "Sale of Business"; "savings", "Inheritance" or "earned" are not enough and need to be expanded upon, such as "life time savings of Mr X, who was a London lawyer". Provide a separate file note if required.* | CAPITAL FROM ROSEBUD FAMILY TRUST |
| 7. How was the SoW verified? *Where appropriate, documentary evidence should be provided supporting the information provided by the Client Refer to the Source of Wealth Matrix – available on SGHambros online* | FROM ORIGINAL KYC AT TIME OF OPENING |

---

[1] This Company is owned (fully or in part) by another Company or Trust; <u>OR</u> this Company owns (fully or in part) another Company or Trust; <u>OR</u> the Ultimate Beneficial Owner of this Company beneficially owns (fully or in part) another Company or has settled a Trust.

| | |
|---|---|
| 8. What are the Activities of the Company? *See M&As – state, for example, whether company is (to be) an Investment or Trading Company and what its prime activities are (to be)* | TO MAKE PAYMENTS FOR PROPERTY DEVELOPMENTS AND TO RECEIVE RENTS, TO HOLD PROPERTY INVESTMENTS |
| 9. State the amount of source of the initial funds being remitted to open this new account.<br><br>*State the Amount, the Name of the Remitter, the Bank and Country that will be remitting the initial funds.*<br>*If it is not in the same name as the Client, fully explain the reasons for 3rd party involvement. If securities, state the name the securities are held in and the originating broker details* | ACCOUNT OPENED 2007<br><br>$140k FROM FAMILY DISTRIBUTION |
| 10. What services are being/to be provided by SGPBH? *Fully list the products and service the client requires from SGH. This will help determine the level of KYC information required. If in doubt refer to your MLRO. i.e. Services - Bank Account, Credit, Investment and Trust Products – Visa Card, Structured Notes, E-banking* | BANKING AND CREDIT |
| 11. What is the **estimated** <u>Financial Activity</u> of the bank account of the Company? State the amount and frequency of all anticipated client-instigated transactions. <u>Ignore</u> transactions such as fees, interest, dividends, fixed rollovers etc. | PAYMENTS RE PROPERTY DEVELOPMENTS SERVICING LOAN INTEREST |

| **12. Value range of transactions:** *This information will assist in identifying any unusual transactions.* | *Indicate the maximum value of anticipated transactions. Be as accurate as possible - i.e. if you know the only income received is monthly rental income of £10K, put up to £10K.* | | |
|---|---|---|---|
| **Estimated** value ranges: *To be completed at client take-on.* | **Incoming Funds** | | **Payments out** |
| | Up to: £2.5m | | Up to: £10k |
| **Actual** value ranges: *To be updated whenever Profile is reviewed. Indicate the value of transactions from the last to the current review* | **Review period** From: 01.11.11 | | To: 01.11.12 |
| | **Inward** Low £0 | | High £2.5m |
| | **Outward** Low £0 | | High £4,824.00 |

| | |
|---|---|
| 13. Detail any anticipated cross-border financial transactions (payments and receipts) *Detail the amount, beneficiary/remitter, country and purpose of any payments/receipts to/from **outside the jurisdiction in which the account is to be maintained**.* | EUROPE AND ISRAEL |

| 14. What is, or is likely to be, the Company's annual income and how is it/will it be derived? | | | | |
|---|---|---|---|---|
| 15. Annual Turnover (GBP equiv): | Last year | $250K | This year (estimated) | |
| 16. Name & address of any other Bankers to the Company | Cantrade Zurich | | | |

**Q17: Private Companies ONLY**

List ALL Directors (where not SGHTC), Shareholders & Controllers and show % stake held.
*If there are more than 4 parties, continue on a separate sheet, using the same format as above.*

| Position(s) Held | Full Name | Residential Address | Stake Held (%) |
|---|---|---|---|
| DIRECTORS | INWEALTH TRUST | C/O Intrust Advisory Services Ltd Charles House 108-110 Finchley Road London United Kingdom NW3 5JJ | 0% |
| | | | |
| | | | |
| | | | |

**Q18: All companies**

Connected accounts - list all other accounts held within the SG Hambros Group that are connected to this Company
*\* If there are more than 4 connected accounts, continue on a separate sheet, using the same format as above.*

| SGH Jurisdiction | Name of connected Client | Client No. | Relationship to this Client | Olympic RE code |
|---|---|---|---|---|
| Jersey | Pearl Investments Ltd | 381950 | Family Connection | 202 |
| Jersey | Mr David Bengis | 162779 | Family Connection | 202 |
| Jersey | Ms Gabi Bengis | 189421 | Family Connection | 202 |
| Jersey | Ms Lana Rubinstein | 190233 | Family Connection | 202 |
| Jersey | Mrs Reeva Goldblum | 148199 | Family Connection | 202 |
| Jersey | Biema Holdings Ltd | 213594 | Same Beneficial Owner | 013 |
| Jersey | Armine Investments Ltd | 381969 | Same Beneficial Owner | 013 |
| | | | | |
| | | | | |
| | | | | |

19. Any other pertinent information

KYC

2008 – Account is used to fund Bengis's property interests in Israel.

June 2009 – Part of David Bengis connection. In regular contact with David Bengis. See Pearl for more indepth client overview 381950.

January 2010 – In regular contact with David Bengis. See Pearl 381950.

July 2010

July 2010

```
In regular contact with Mr David Bengis, by e-mail, fax, phone and in person.  Mr
David Bengis visited the island in April 2010 to attend our Private Client Dinner.
He stayed at the Atlantique Hotel and Tony Holley had a meeting with him the
following morning.  Chris Chambers looks after the Pearl Accounts and regulary meets
with David.  Recently carried out some forward FX contracts.  Account runs in line
with expected activity.
Recently carried out a loan drawdown for £3.8M.
```

```
January 2011
```

```
In regular contact with Mr David Bengis (almost Daily by phone and e-mail.
Instructions received from Inwealth by e-mail quoting their password.  In regular
contact with Karine also by e-mail and phone.  No change since last review.
```

**July 2011**

**In regular contact with David Bengis and Karine Lebocey by telephone, fax and e-mail. Account continues to run in line with expected activity. David recently introduced his friend, Mr Avin Lieberman to SG. Mr Lieberman has opened an account and we are in the process of opening the portfolio account to start trading.**

**Oct 2011**

**In regular contact with David Bengis by telephone, fax and e-mail. Gearing 2 signed off by Paris for $13.5million. Sale of Property in Florida over Biema Holdings for $1.2M – funds due in shortly.**

| KYCB Profile updates – record of updates to the original Profile | | |
|---|---|---|
| Date | Updated by | Record of significant changes made |
| 24.10.12 | Kathryn Osmand | Account continues to run in line with expected activity. The administration used to be done by Inwealth Trust in Geneva. This office closed down in Aug 2012 and so the administration is now done by Inwealth in London. The main contact there is Mrs Irene Potter. Account used to service the loan of £2.5M. David Bengis who is the ULA on the account instructs Inwealth with what he would like to do on the account and the ultimate instruction is received from Inwealth signed in accordance with the mandate held. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Forward this form and all required attachments to Middle Office*

**Middle Office/Operations – Olympic input sign-off for KYC renewals only. (Initial KYC risk codes are input from account opening forms).**

Arrange for relevant 'AN' code to be updated in Olympic with the next review date shown on the Risk Assessment Form.

| | Print Name | Signature | Date |
|---|---|---|---|
| **Input by** | PAULA APPERLEY | P APPERLEY | 6/11/12 |
| **Controlled by** | J COLLINS | [signature] | 7/11/12 |

**OSMAND Kathryn**

| | |
|---|---|
| **From:** | OSMAND Kathryn |
| **Sent:** | 18 September 2012 13:18 |
| **To:** | 'DAVID BENGIS' |
| **Cc:** | OSMAND Kathryn |
| **Subject:** | RE: evolution |
| **Attachments:** | evolution 18.09.12.pdf |
| | |
| **PrivacyLevel:** | C1 |

Hi David

Please find attached the balances of the account and the movements in GBP. No movements have happened over USD account for that period.

Kind Regards

Kathryn Osmand
Private Banking Assistant
Private Banking
SG Hambros Bank (Channel Islands) Limited
18 Esplanade, St Helier, Jersey, JE4 8PR
Tel.: +44 (0) 1534 815 413
Fax: +44 (0) 1534 815 640
kathryn.osmand@sghambros.com
www.privatebanking.societegenerale.com/hambros


Global Wealth Manager of the Year - IC/FT Wealth Management Awards 2011
Best Wealth Manager for Alternative Investments - IC/FT Wealth Management Awards 2009
UK's Best Private Bank for its Offer in Structured Products - Euromoney 2010, 2009, 2008, 2006
UK's Best Private Bank for Equity and Forex/Rates Derivatives - Euromoney 2010



-----Original Message-----
From: DAVID BENGIS [mailto:davidbengis@mac.com]
Sent: 18 September 2012 12:45
To: OSMAND Kathryn
Subject: evolution

Kathry,
please send me Evolution activity as of July 1 to date.
Thx.
D



# SOCIETE GENERALE
**Private Banking**

**Hambros**

## Account Statement

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Jun-2007

**Client:** Evolution Partners Ltd

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Opening Balance | | | | 0.00 CR |
| 25-Jun-2007 | Funds received NASHGLOBE BUSINESS S | 26-Jun-2007 | | 146,975.00 | 146,975.00 CR |
| 26-Jun-2007 | Agent's Fee re EUR 50000 @ 1.3760 | 26-Jun-2007 | 27.52 | | |
| 26-Jun-2007 | Electronic transfer ALLERGEN HOLDING LTD @ 1.3515 | 26-Jun-2007 | 67,630.92 | | 79,316.56 CR |
| 29-Jun-2007 | Electronic transfer KFAR MACCABIAH | 29-Jun-2007 | 27,556.11 | | |
| 29-Jun-2007 | CR INT ON 300607 | 30-Jun-2007 | | 23.93 | 51,784.38 CR |
| 30-Jun-2007 | Balance Carried Forward | 30-Jun-2007 | | | 51,784.38 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

### Hambros

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

# Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Sep-2007

Balance brought forward 51,784.38 CR
**Balance carried forward 52,103.48 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-Aug-2007 | Balance Brought Forward | 31-Aug-2007 | | | 51,784.38 CR |
| 28-Sep-2007 | CR INT ON 300907 | 30-Sep-2007 | | 319.10 | 52,103.48 CR |
| 30-Sep-2007 | Balance Carried Forward | 30-Sep-2007 | | | 52,103.48 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange


# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

# Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Oct-2007

Balance brought forward 52,103.48 CR
**Balance carried forward 11,046.13 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 30-Sep-2007 | Balance Brought Forward | 30-Sep-2007 | | | 52,103.48 CR |
| 01-Oct-2007 | Electronic transfer KFAR MACCABIAH | 01-Oct-2007 | 41,057.35 | | 11,046.13 CR |
| 31-Oct-2007 | Balance Carried Forward | 31-Oct-2007 | | | 11,046.13 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



**SOCIETE GENERALE**
Private Banking

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

# Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Dec-2007

Balance brought forward 11,046.13 CR
**Balance carried forward 86,129.77 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Nov-2007 | Balance Brought Forward | 30-Nov-2007 | | | 11,046.13 CR |
| 17-Dec-2007 | Funds received NASHGLOBE BUSINESS S FINAL CAPITAL FOR PURCHASE OF APARTMENT IN ISRAEL | 17-Dec-2007 | | 74,975.00 | 86,021.13 CR |
| 31-Dec-2007 | CR INT ON 311207 | 31-Dec-2007 | | 108.64 | 86,129.77 CR |
| 31-Dec-2007 | Balance Carried Forward | 31-Dec-2007 | | | 86,129.77 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

## Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jan-2008

Balance brought forward 86,129.77 CR
**Balance carried forward 58,574.92 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-Dec-2007 | Balance Brought Forward | 31-Dec-2007 | | | 86,129.77 CR |
| 16-Jan-2008 | Electronic transfer KFAR MACCABIAH | 17-Jan-2008 | 27,554.85 | | 58,574.92 CR |
| 31-Jan-2008 | Balance Carried Forward | 31-Jan-2008 | | | 58,574.92 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange


# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

# Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Mar-2008

Balance brought forward 58,574.92 CR
**Balance carried forward 58,731.34 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 29-Feb-2008 | Balance Brought Forward | 29-Feb-2008 | | | 58,574.92 CR |
| 31-Mar-2008 | CR INT ON 310308 | 31-Mar-2008 | | 156.42 | 58,731.34 CR |
| 31-Mar-2008 | Balance Carried Forward | 31-Mar-2008 | | | 58,731.34 CR |

Page 6

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

# Account Statement

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Apr-2008

Balance brought forward 58,731.34 CR
**Balance carried forward 51,176.14 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-Mar-2008 | Balance Brought Forward | 31-Mar-2008 | | | 58,731.34 CR |
| 17-Apr-2008 | Electronic transfer ABRAHAMS AND GROSS | 17-Apr-2008 | 7,555.20 | | 51,176.14 CR |
| 30-Apr-2008 | Balance Carried Forward | 30-Apr-2008 | | | 51,176.14 CR |

Page 7

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

# Account Statement

Account Number
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-May-2008

**Hambros**

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

Balance brought forward 51,176.14 CR
**Balance carried forward 9,691.53 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 30-Apr-2008 | Balance Brought Forward | 30-Apr-2008 | | | 51,176.14 CR |
| 13-May-2008 | Electronic transfer KFAR MACCABIAH | 13-May-2008 | 41,484.61 | | 9,691.53 CR |
| 31-May-2008 | Balance Carried Forward | 31-May-2008 | | | 9,691.53 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

## Account Statement

**Hambros**

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

Account Number: 
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Jun-2008

Balance brought forward 9,691.53 CR
**Balance carried forward 9,698.71 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 31-May-2008 | Balance Brought Forward | 31-May-2008 | | | 9,691.53 CR |
| 30-Jun-2008 | CR INT ON 300608 | 30-Jun-2008 | | 7.18 | 9,698.71 CR |
| 30-Jun-2008 | Balance Carried Forward | 30-Jun-2008 | | | 9,698.71 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# Account Statement

**Hambros**

Evolution Partners Ltd
Aeulestrasse 74
PO Box 461
9490 Vaduz
Liechtenstein

**Client:** Evolution Partners Ltd

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 63HAMB40487620733001
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jul-2008

Balance brought forward 9,698.71 CR
**Balance carried forward 13,409.11 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Jun-2008 | Balance Brought Forward | 30-Jun-2008 | | | 9,698.71 CR |
| 04-Jul-2008 | ELECTRONIC TRANSFER KFAR MACABIAH | 02-Jul-2008 | 16,269.60 | | 6,570.89 DR |
| | @ 2.0387 RE ILS 50838.00 @ 6.3923 | | | | |
| 18-Jul-2008 | Funds received BIEMA HOLDINGS LTD. | 18-Jul-2008 | | 19,980.00 | 13,409.11 CR |
| | TAX PAYMENT OF KFAR MACCABIAH | | | | |
| 31-Jul-2008 | Balance Carried Forward | 31-Jul-2008 | | | 13,409.11 CR |

Page 10

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
**Private Banking**

## Account Statement

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Jun-2010

**Hambros**

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

Balance brought forward 0.00 CR
**Balance carried forward 3,825,111.33 DR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Opening Balance | | | | 0.00 CR |
| 10-Jun-2010 | Transfer from Loan A/C | 10-Jun-2010 | | 150,000.00 | 150,000.00 CR |
| 11-Jun-2010 | Electronic transfer DAVID BENGIS | 11-Jun-2010 | 145,025.00 | | 4,975.00 CR |
| 30-Jun-2010 | DR INT ON 300610\ 0207330.008.000.00 | 30-Jun-2010 | 128.95 | | |
| 30-Jun-2010 | Electronic transfer THRING TOWNSEND LEE AND PEMBERTON'S LLP-CLIENTS ACCOUNT | 01-Jul-2010 | 3,829,957.38 | | 3,825,111.33 DR |
| 30-Jun-2010 | Balance Carried Forward | 30-Jun-2010 | | | 3,825,111.33 DR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB  09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-Jul-2010

**Client:** Evolution Partners Limited

**Account type:**  CALL DEPOSIT ACCOUNT
**Description:**
**Contact:**  ANTHONY HOLLEY Ext 5445

Balance brought forward 3,825,111.33 DR
**Balance carried forward 379,730.15 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 3,825,111.33 DR |
| 01-Jul-2010 | Loan drawn | 01-Jul-2010 | | 1,534,932.38 | |
| 01-Jul-2010 | Loan drawn | 01-Jul-2010 | | 2,295,000.00 | 4,821.05 CR |
| 08-Jul-2010 | Transfer to Call Loan Acc | 08-Jul-2010 | 1,530,090.90 | | |
| 08-Jul-2010 | Transfer to Call Loan Acc | 08-Jul-2010 | 2,295,000.00 | | |
| 08-Jul-2010 | Fixed loan 0045746 mat 090810 | 08-Jul-2010 | | 1,905,000.00 | |
| 08-Jul-2010 | Fixed loan 0045747 mat 090810 | 08-Jul-2010 | | 2,295,000.00 | 379,730.15 CR |
| 31-Jul-2010 | Balance Carried Forward | 31-Jul-2010 | | | 379,730.15 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-Aug-2010

Balance brought forward 379,730.15 CR
**Balance carried forward 371,939.34 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 379,730.15 CR |
| 09-Aug-2010 | Interest on fixed loan 0045746 | 09-Aug-2010 | 2,621.08 | | |
| 09-Aug-2010 | Interest on fixed loan 0045747 | 09-Aug-2010 | 5,169.73 | | |
| 09-Aug-2010 | Maturity of fxd loan 0045746 090810 | 09-Aug-2010 | 1,905,000.00 | | |
| 09-Aug-2010 | Maturity of fxd loan 0045747 090810 | 09-Aug-2010 | 2,295,000.00 | | |
| 09-Aug-2010 | Fixed loan 0045815 mat 090910 | 09-Aug-2010 | | 1,905,000.00 | |
| 09-Aug-2010 | Fixed loan 0045814 mat 090910 | 09-Aug-2010 | | 2,295,000.00 | 371,939.34 CR |
| 31-Aug-2010 | Balance Carried Forward | 31-Aug-2010 | | | 371,939.34 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

### Hambros

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Sep-2010

Balance brought forward 371,939.34 CR
**Balance carried forward 212,708.73 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | Balance Brought Forward | | | | 371,939.34 CR |
| 09-Sep-2010 | Interest on fixed loan 0045815 | 09-Sep-2010 | 2,544.22 | | |
| 09-Sep-2010 | Interest on fixed loan 0045814 | 09-Sep-2010 | 5,014.26 | | |
| 09-Sep-2010 | Maturity of fxd loan 0045815 090910 | 09-Sep-2010 | 1,905,000.00 | | |
| 09-Sep-2010 | Maturity of fxd loan 0045814 090910 | 09-Sep-2010 | 2,295,000.00 | | |
| 09-Sep-2010 | Fixed loan 0045876 mat 111010 | 09-Sep-2010 | | 1,905,000.00 | |
| 09-Sep-2010 | Fixed loan 0045875 mat 111010 | 09-Sep-2010 | | 2,295,000.00 | 364,380.86 CR |
| 10-Sep-2010 | Electronic transfer DAVID BENGIS | 10-Sep-2010 | 150,025.00 | | 214,355.86 CR |
| 30-Sep-2010 | DR INT ON 300910\ 0207330.008.000.00 | 30-Sep-2010 | 516.53 | | |
| 30-Sep-2010 | DR INT ON 300910\ 0207330.008.001.00 | 30-Sep-2010 | 1,130.60 | | 212,708.73 CR |
| 30-Sep-2010 | Balance Carried Forward | 30-Sep-2010 | | | 212,708.73 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-Oct-2010

Balance brought forward 212,708.73 CR
**Balance carried forward 104,924.84 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 212,708.73 CR |
| 04-Oct-2010 | Transfer to Pearl Inv Trading Ltd | 04-Oct-2010 | 100,000.00 | | 112,708.73 CR |
| 11-Oct-2010 | Interest on fixed loan 0045876 | 11-Oct-2010 | 2,617.94 | | |
| 11-Oct-2010 | Interest on fixed loan 0045875 | 11-Oct-2010 | 5,165.95 | | |
| 11-Oct-2010 | Maturity of fxd loan 0045876 111010 | 11-Oct-2010 | 1,905,000.00 | | |
| 11-Oct-2010 | Maturity of fxd loan 0045875 111010 | 11-Oct-2010 | 2,295,000.00 | | |
| 11-Oct-2010 | Fixed loan 0045941 mat 111110 | 11-Oct-2010 | | 1,905,000.00 | |
| 11-Oct-2010 | Fixed loan 0045940 mat 111110 | 11-Oct-2010 | | 2,295,000.00 | 104,924.84 CR |
| 31-Oct-2010 | Balance Carried Forward | 31-Oct-2010 | | | 104,924.84 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Nov-2010

Balance brought forward 104,924.84 CR
**Balance carried forward 6,345.82 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 104,924.84 CR |
| 01-Nov-2010 | Standing order | 01-Nov-2010 | | 9,000.00 | 113,924.84 CR |
| 02-Nov-2010 | Electronic transfer DAVID BENGIS | 02-Nov-2010 | 100,025.00 | | 13,899.84 CR |
| 11-Nov-2010 | Interest on fixed loan 0045941 | 11-Nov-2010 | 2,542.20 | | |
| 11-Nov-2010 | Interest on fixed loan 0045940 | 11-Nov-2010 | 5,011.82 | | |
| 11-Nov-2010 | Maturity of fxd loan 0045941 111110 | 11-Nov-2010 | 1,905,000.00 | | |
| 11-Nov-2010 | Maturity of fxd loan 0045940 111110 | 11-Nov-2010 | 2,295,000.00 | | |
| 11-Nov-2010 | Fixed loan 0046011 mat 131210 | 11-Nov-2010 | | 1,905,000.00 | |
| 11-Nov-2010 | Fixed loan 0046012 mat 131210 | 11-Nov-2010 | | 2,295,000.00 | 6,345.82 CR |
| 30-Nov-2010 | Balance Carried Forward | 30-Nov-2010 | | | 6,345.82 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-Jan-2011

Balance brought forward 7,552.72 CR
**Balance carried forward 8,963.02 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Balance Brought Forward | | | | 7,552.72 CR |
| 04-Jan-2011 | Standing order | 04-Jan-2011 | | 9,000.00 | 16,552.72 CR |
| 13-Jan-2011 | Interest on fixed loan 0046089 | 13-Jan-2011 | 2,558.38 | | |
| 13-Jan-2011 | Interest on fixed loan 0046090 | 13-Jan-2011 | 5,031.32 | | |
| 13-Jan-2011 | Maturity of fxd loan 0046089 130111 | 13-Jan-2011 | 1,905,000.00 | | |
| 13-Jan-2011 | Maturity of fxd loan 0046090 130111 | 13-Jan-2011 | 2,295,000.00 | | |
| 13-Jan-2011 | Fixed loan 0046161 mat 140211 | 13-Jan-2011 | | 1,905,000.00 | |
| 13-Jan-2011 | Fixed loan 0046162 mat 140211 | 13-Jan-2011 | | 2,295,000.00 | 8,963.02 CR |
| 31-Jan-2011 | Balance Carried Forward | 31-Jan-2011 | | | 8,963.02 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange


# Account Statement

Account Number
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 31-May-2011

**Hambros**

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

Balance brought forward 10,471.35 CR
**Balance carried forward 459.94 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 30-Apr-2011 | Balance Brought Forward | 30-Apr-2011 | | | 10,471.35 CR |
| 03-May-2011 | Standing order | 03-May-2011 | | 9,000.00 | 19,471.35 CR |
| 12-May-2011 | Electronic transfer DAVID BENGIS | 12-May-2011 | 15,025.00 | | 4,446.35 CR |
| 16-May-2011 | Interest on fixed loan 0046406 | 16-May-2011 | 2,709.80 | | |
| 16-May-2011 | Interest on fixed loan 0046407 | 16-May-2011 | 5,276.61 | | |
| 16-May-2011 | Maturity of fxd loan 0046406 160511 | 16-May-2011 | 1,905,000.00 | | |
| 16-May-2011 | Maturity of fxd loan 0046407 160511 | 16-May-2011 | 2,295,000.00 | | |
| 16-May-2011 | Fixed loan 0046485 mat 160611 | 16-May-2011 | | 1,905,000.00 | |
| 16-May-2011 | Fixed loan 0046484 mat 160611 | 16-May-2011 | | 2,295,000.00 | 3,540.06 DR |
| 17-May-2011 | Transfer from USD @ 1.6301 | 17-May-2011 | | 4,000.00 | 459.94 CR |
| 31-May-2011 | Balance Carried Forward | 31-May-2011 | | | 459.94 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
**Private Banking**

**Hambros**

**Account Statement**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

Account Number:
Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Jun-2011

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Balance brought forward 459.94 CR
**Balance carried forward 1,715.38 CR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 31-May-2011 | Balance Brought Forward | 31-May-2011 | | | 459.94 CR |
| 01-Jun-2011 | Standing order | 01-Jun-2011 | | 9,000.00 | 9,459.94 CR |
| 16-Jun-2011 | Interest on fixed loan 0046485 | 16-Jun-2011 | 2,628.16 | | |
| 16-Jun-2011 | Interest on fixed loan 0046484 | 16-Jun-2011 | 5,115.38 | | |
| 16-Jun-2011 | Maturity of fxd loan 0046485 160611 | 16-Jun-2011 | 1,905,000.00 | | |
| 16-Jun-2011 | Maturity of fxd loan 0046484 160611 | 16-Jun-2011 | 2,295,000.00 | | |
| 16-Jun-2011 | Fixed loan 0046584 mat 180711 | 16-Jun-2011 | | 1,905,000.00 | |
| 16-Jun-2011 | Fixed loan 0046583 mat 180711 | 16-Jun-2011 | | 2,295,000.00 | 1,716.40 CR |
| 30-Jun-2011 | DR INT ON 300611 | 30-Jun-2011 | 1.02 | | 1,715.38 CR |
| 30-Jun-2011 | Balance Carried Forward | 30-Jun-2011 | | | 1,715.38 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

Evolution Partners Limited
Inwealth Directors SA
C/O Inwealth Trust Sarl
6 Place Des Eaux-Vives
Geneva 1207
Switzerland

# Account Statement

**Client:** Evolution Partners Limited

**Account type:** CALL DEPOSIT ACCOUNT
**Description:**
**Contact:** ANTHONY HOLLEY Ext 5445

Account Number

Sort Code: 40-48-76
Account Reference: 20733003
IBAN: GB 09HAMB40487620733003
BIC Code: HAMBJESX
Currency: STERLING
Statement Date: 30-Mar-2012

Balance brought forward 4,772.27 CR
**Balance carried forward 906,121.43 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 29-Feb-2012 | Balance Brought Forward | 29-Feb-2012 | | | 4,772.27 CR |
| 15-Mar-2012 | Standing order | 15-Mar-2012 | | 9,000.00 | 13,772.27 CR |
| 23-Mar-2012 | Interest on fixed loan 0047435 | 23-Mar-2012 | 2,643.15 | | |
| 23-Mar-2012 | Interest on fixed loan 0047436 | 23-Mar-2012 | 5,007.69 | | |
| 23-Mar-2012 | Maturity of fxd loan 0047435 230312 | 23-Mar-2012 | 1,905,000.00 | | |
| 23-Mar-2012 | Maturity of fxd loan 0047436 230312 | 23-Mar-2012 | 2,295,000.00 | | |
| 23-Mar-2012 | Fixed loan 0047550 mat 230412 | 23-Mar-2012 | | 1,905,000.00 | |
| 23-Mar-2012 | Fixed loan 0047549 mat 230412 | 23-Mar-2012 | | 2,295,000.00 | 6,121.43 CR |
| 30-Mar-2012 | Funds received MR D P BENGIS TRF FROM SGH LONDON | 02-Apr-2012 | | 900,000.00 | 906,121.43 CR |
| 30-Mar-2012 | Balance Carried Forward | 30-Mar-2012 | | | 906,121.43 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange