Monday August 6, 2012

To:          Inweatlth

Attn:        Irene Potter

From:        Mr. Bengis

Cc:          SG Hambros

Re:    Payment Request

If the directors of **Biema ,** agree, please make the following payments as
advised by the protector.

> To:          Max Alerta
>
>              details on file
>
> Amount:      $3,850 (three thousand eight hundred and fifty)
>
> Purpose:     Property maintenance July

Thank You,

*a.*

Mr. Bengis



**David Bengis**
&lt;davidbengis@mac.com&gt;
19/11/2010 11:52

To   Kathryn OSMAND/priv/gb/socgen@socgen
cc
bcc
Subject   Re: FUNDS RECEIVED 0213594 Biema
Holdings Limited [NC]

| History: | ✉ This message has been replied to. |
| --- | --- |

That's correct - Biema holds a loan to sacs (propco).  They pay iterest on
this loan annually.


On 19/11/10 11:42, "Kathryn OSMAND" &lt;kathryn.osmand@sghambros.com&gt; wrote:

&gt; Thanks David - can you just clarity that this is the interest/profit for
&gt; the real estate property portfolio in the US?
&gt;
&gt; Regards
&gt;
&gt;  (Embedded
&gt;  image moved
&gt;  to file:
&gt;  pic08187.jpg)
&gt;
&gt;
&gt;
&gt;                    Kathryn Osmand
&gt;                    Private Banking Officer
&gt;                    SG Hambros Bank (Channel Islands) Limited
&gt;                    18 Esplanade, St Helier, Jersey, JE4 8PR
&gt;                    Tel.: +44 1534 815 413
&gt;                    Fax: +44 (0) 1534 815 640
&gt;                    kathryn.osmand@sghambros.com
&gt;                    www.privatebanking.societegenerale.com/hambros
&gt;
&gt;
&gt;                    Best Wealth Manager for Alternative Investment - IC/FT
&gt; Wealth
&gt;                    Management Awards 2009
&gt;                    UK's Best Private Bank for its Offer in Structured
&gt; Products -
&gt;                    Euromoney 2009, 2008, 2006
&gt;                    Best for Inheritance and Succession Planning - Euromoney
&gt; 2007
&gt;
&gt;
&gt;
&gt;
&gt;
&gt;
&gt; |----------------------------
&gt; |          David Bengis
&gt; |          &lt;davidbengis@mac.
&gt; |          com&gt;
&gt; |
&gt; |          19/11/2010 11:27
&gt; |
&gt;
&gt;
&gt; To
                                           Kathryn
&gt;
OSMAND/priv/gb/socgen@socge

Handwritten annotation: 213594 CW KYCC 19.11.10 5

```
>                                            n
>
cc
>
>
Subject
>                                            Re: FUNDS RECEIVED 0213594
>                                            Biema Holdings Limited
[C1]
>
>
>
>
>
>
>
>
>
>
> Interest
>
>
> On 19/11/10 11:20, "Kathryn OSMAND" <kathryn.osmand@sghambros.com> wrote:
>
>>
>> Dear Karine
>>
>> With regard to the funds received yesterday, please could you let me
know
>> the purpose and nature of this transaction.
>>
>> Thanking you in advance.
>>
>> Kind Regards
>>
>>
>>   (Embedded
>>   image moved
>>   to file:
>>   pic19631.jpg)
>>
>>
>>                Kathryn Osmand
>>                Private Banking Officer
>>                SG Hambros Bank (Channel Islands) Limited
>>                18 Esplanade, St Helier, Jersey, JE4 8PR
>>                Tel.: +44 1534 815 413
>>                Fax: +44 (0) 1534 815 640
>>                kathryn.osmand@sghambros.com
>>                www.privatebanking.societegenerale.com/hambros
>>
>>
>>                Best Wealth Manager for Alternative Investment - IC/FT
> Wealth
>>                Management Awards 2009
>>                UK's Best Private Bank for its Offer in Structured
> Products -
>>                Euromoney 2009, 2008, 2006
>>                Best for Inheritance and Succession Planning - Euromoney
> 2007
>>
>>
>>
>>
>>
>> |-------------------------------
```

```
>>  |           Kathryn
>>  |           OSMAND/priv/gb/so
>>  |           cgen
>>  |
>>  |           18/11/2010 10:20
>>
>>
>>
> To
>>
> Karine.Lebocey@inwealthtrus
>>                                              t.com
>>
> cc
>>                                        davidbengis@mac.com
>>
> Subject
>>                                        Fw: FUNDS RECEIVED
0213594
>>                                        Biema Holdings Limited
> [C1]
>>
>>
>>
>>
>>
>>
>>
>>
>>
>> Dear Karine
>>
>> Please find attached confirmation of funds received into the account of
>> Biema Holdings Ltd.
>>
>> Kind Regards
>>
>>  (Embedded
>> image moved
>> to file:
>> pic29744.jpg)
>>
>>
>>           Kathryn Osmand
>>           Private Banking Officer
>>           SG Hambros Bank (Channel Islands) Limited
>>           18 Esplanade, St Helier, Jersey, JE4 8PR
>>           Tel.: +44 1534 815 413
>>           Fax: +44 (0) 1534 815 640
>>           kathryn.osmand@sghambros.com
>>           www.privatebanking.societegenerale.com/hambros
>>
>>
>>           Best Wealth Manager for Alternative Investment - IC/FT
> Wealth
>>           Management Awards 2009
>>           UK's Best Private Bank for its Offer in Structured
> Products -
>>           Euromoney 2009, 2008, 2006
>>           Best for Inheritance and Succession Planning - Euromoney
> 2007
>>
>>
>>
>>
```

| SYNERGY INDEX | | | | | | |
|---|---|---|---|---|---|---|
| Cabinet: | Money Laundering | Document Type: | KYC | Client No: | 213594 | |
| Free Text: | Account Opening Checklist | | | Pages Scanned: | 4 | Doc Date: 1/6/10 |

**This Document is in two parts – 1) Establishing the identity of the client; and 2) KYCB Profile.
Both parts need to be completed before sign off. Refer to Guidance notes on Page 4 before completing this document.**

**PART 1. ESTABLISHING THE IDENTITY OF YOUR CLIENT (IDV).**

| Full Company Name: | Biema Holding Ltd | Root No: | 213594 |
|---|---|---|---|

**CARE:** Original or certified copies should be obtained of the following documents or the local jurisdiction's equivalents.

| **For ALL Companies: Obtain ALL of the following documents:** | *Tick relevant document* | *Date Copy placed on file* |
|---|---|---|
| Resolution of the Board of Directors to open an account and confer authority on those who will operate it, together with the current list of signatories; | ☐ | _____ |
| **AND** Proof of Listing **(If applicable)** from a Recognised, Designated or Approved Investment Exchange° (via website or Periodical) in the UK or a country with equivalent anti money laundering legislation ; | ☐ | _____ |
| **AND** Certificate of Incorporation or Certificate to Trade; | ☐ | _____ |
| **AND** Full Company Search of the Registrar of Companies or local equivalent (also ensures company still exists); **or** Enquiry via a business information service.  * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** Latest report and accounts, audited, where applicable.  * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** If a trading company; provide confirmation in a file note that you have visited the principal trading address of the company and can confirm its physical existence and trading activity. | ☐ | _____ |

| **AND, IF A NON-UK Company: Obtain ALL of the following additional documents:** | | |
|---|---|---|
| Memorandum & Articles of Association | ☐ | _____ |
| **AND** Copy of the share certificate(s) confirming shareholder(s) name(s) and that the share(s) are not held in bearer form. | ☐ | _____ |
| **AND** Declaration of Beneficial Ownership (Available on **SG HAMBROS ONLINE**); | ☐ | _____ |
| **AND** If Company was incorporated more than 12 months ago, an up-to-date Certificate of Good Standing or Certificate of Incumbency. | ☐ | _____ |

| **AND, For all Private Companies (i.e. not listed on a Recognised, Designated or Approved Investment Exchange°:** | | |
|---|---|---|
| Verify the identity of **every** Controlling Director± (which may include the company secretary). Use a separate Checklist E2 (F2 if Corporate) for each Director | ☐ | _____ |
| **AND** Verify the Beneficial owner(s) ″ or Ultimate Controller(s) of the company holding >10% of the shares (if not verified above). Use a separate Checklist E2 for each Individual (F2 if Corporate). | ☐ | _____ |
| **AND** If those parties are not the signatories to the account, verify the identity (person and address) of **every** person authorised to operate the account. Use a separate Checklist E2 for each Individual or F2 if Corporate signatories | ☐ | _____ |

**Please refer to your MLRO should you have any concerns with regards to the above documentation.**

**\* If above documents not obtained, record reasons on a new page.**

## PART 2: KYCB PROFILE

| Company Name: | Biema Holdings Ltd | | Root No: | 213594 |
|---|---|---|---|---|
| 1. Is this Company a stand-alone entity or part of a structure? | | Part of a structure | **Note**: If part of a structure, attach a structure diagram or a full description of entire relationship. | |
| 2. Activities of Company (see M&As/mandate): | **Real estate Business** | | | |
| 3. Annual Turnover: | This year | 100,000 | Last year | |
| 4. Purpose of this Account | **Holding company** | | | |
| 5. What Services are required from SG Hambros? | **Bank account** | | | |
| 6. Source of Wealth of the beneficial owner(s). | Capital from Rosebud family trust | | | |
| 7. Source of account opening funds? | **USD 100,000 ( Bank unknown at present)** | | | |
| 8. Estimated Account Activity. | **Monthly** | | | |
| 9. Value Range of Transactions: | Incoming Funds: | USD 100,000 | Payments out: | USD 100,000 |
| 10. List any anticipated cross-border Payments / Receipts: | **USA / Europe** | | | |
| 11. Name and address of other Company Bankers | N/A | | | |

| 12. Assets: | Cash & bank accounts: | | Stocks & Shares: | | Properties: | USD 25M | Other: | |
|---|---|---|---|---|---|---|---|---|
| & Liabilities: | Mortgages: | | Other: | | Net Worth: | **USD 25M** | | |

**13. Private Companies ONLY**
List ALL Directors, Shareholders, Controllers & Authorised Signatories and show % stake held.

| Full Name | Residential Address | Position Held | Stake Held (%) |
|---|---|---|---|
| **Inwealth Directors SA** | **See Authorised Signatory List** | | |
| **Rosebud Trust** | **Jersey** | **Shareholder** | **100%** |
| | | | |
| | | | |

List all other accounts connected to the Client(s) within the SG Hambros Group.

| Name of Account | Root Number | SGH Jurisdiction | Relationship to this Company |
|---|---|---|---|
| Bengis DP | 162779 | Jsy | Son of UBO and ULA |
| Bengis GA | 189421 | Jsy | Daughter of UBO |
| Evolution | 207330 | Jsy | Part of Rosebud Trust |
| | | | |



## Account Approval

**Requested by (Relationship Manager):** I verified the identity of my Client for Anti-Money Laundering purposes as required by SG Hambros Group

| Signature | Name | Position | Date |
|---|---|---|---|
| | A. Hatton | Sb | 3/3 |

**Authorised by (Management):** I reviewed the verification of identity information for the prospective Client and agree that SG Hambros Group Anti-Money Laundering procedures have been complied with by the requestor in connection with this prospective Client.

| Signature | Name | Position | Date |
|---|---|---|---|
| | | | |

## For MLRO Compliance Purposes ONLY

**Independent review of account opening documentation by:**

- I have checked the World-Check database and confirm that neither the company nor any of its associated individual(s) appear on any Sanction list.
- I have reviewed the documentation provided to support the assertions contained on this form and agree that the documentation does, in fact, support those assertions.

| Signature | Name | Position | Date |
|---|---|---|---|
| | Malcom Le Cheminant | MLRO | 9/3/v |

---

## KYCB REVIEWS

The due date of the next review must be updated in Olympic 'Other Numbering' for the client.

In accordance with the risk grade allocated to clients, client KYCB records MUST be reviewed formally and updated. The risk-based approach means that accounts may not be subject to formal review on an annual basis but unless KYCB records are properly updated as part of the daily/ongoing business, CRMs are required to conduct a formal review as follows:

- High risk – 6 monthly
- Medium risk – annually
- Low risk – every two years.

Refer to AML Guidance Notes for definitions of Low, Medium and High Risk.

---

## NEXT REVIEW DATE

| Client Risk Category – *(Delete the Client Risk Category and 'AN' Code that are not applicable)* | 'AN' Code | Next Review Date *(DD/MM/YY)* | Client 'Root' Numbers to be changed to this date |
|---|---|---|---|
| 'Low Risk' Client | 125 | | |
| 'Medium' Risk Client | 126 | | |
| 'High Risk' Client – see guidelines above | 127 | 09/06/09 | 213594 |

**KYC**

24/11/08 -        Biema forms part of the Bengis connection. I am in regular contact with David Bengis and the Trustees, First Advisory. Biema is the real estate company covering the Rosebud's property portfolio in USA

June 09 – In regualar contact with David Bengis and First Advisory in Liechenstein.  Funds due in shortly of $200,000.00 from Mishcon De Reya.

January 10 – Still in regular contact with David Bengis and Olivia at First Advisory in Liechenstein.  Regular payments made with regard to House Services and Property Maintenance.  Account runs in line with expected activity.

| Full name of Company | BIEMA HOLDINGS LTD | **CLIENT No.** |
|---|---|---|
| Full Name(s) of Beneficial Owner(s) | MR ARNOLD BENGIS | 213594 |

| Is this the first Risk Assessment carried out on this Client? | NO |
|---|---|

| Question | Answer | Risk |
|---|---|---|
| Is the Beneficial Owner's identity UNKNOWN to SGH? | NO | |
| Is the Beneficial Owner or any other directly-related party, a Politically Exposed Person (PEP) or associated Person? CARE: see notes below | NO | |
| Is the Client Company Hold Mail? | NO | |
| Has the Company (or any other company within the group structure, if applicable) issued Bearer shares? | NO | |
| EITHER: Is the Company incorporated in (Olympic CL screen - Nationality) or have business interests, in a High Risk Country; OR is the Beneficial Owner a resident of (CL screen - Legal Domicile) or have business interests in, a High Risk Country? | NO | Client is High Risk |
| Is either the Company or Beneficial Owner's wealth derived from any of: Arms trading, casino/gambling, Art/antique dealings, Precious metal dealings, Construction/public works, Import/Export business, cash transmission business? | NO | |
| Is there any other reason why you would consider this Company as High Risk? | YES | |

| Question | Answer | Rating | Weight | Score | Risk |
|---|---|---|---|---|---|
| What is the Beneficial Owner's Nationality? (Olympic CL screen - Risk Domicile) | SOUTH AFRICA | 3 | 2 | 6 | HIGH |
| In which country does the Beneficial Owner live? (CL screen - Legal Domicile) | UNITED STATES | 1 | 2 | 2 | LOW |
| From which country has the Company and Beneficial Owner's wealth been derived? | SOUTH AFRICA | 3 | 2 | 6 | HIGH |
| From what activity has the Company and Beneficial Owner accumulated their wealth? | Inheritance | 1 | 1 | 1 | LOW |
| What is the Country of Incorporation of the Company? (CL screen - Nationality) | CYPRUS | 1 | 2 | 2 | LOW |
| What is (or will be) the asset value of the Company? | £500k to £5M | 2 | 1 | 2 | MEDIUM |

| Risk Level excluding Automatic High Risk Questions | MEDIUM Risk |
|---|---|

| Client Risk | Client is HIGH Risk | Next update must be carried out by * | 26 September 2010 |
|---|---|---|---|
| Olympic input | Input AN code 127 | Next Assessment Date : | |

* Unless any one of the following events occur first, in which case the Risk Assessment must be updated immediately:

There is a change our relationship with the Company – for example: value of AUM resulting from new assets settled/purchased or assets sold/distributed; a change in investment policy; a change in banking relationship (opening a new 'root'; the possibility of litigation or similar; potential financial/reputation risk to SGH, etc.

There is a change in the structure of the Company. This may include the addition/removal of a Shareholder; an External Director, etc.

There is a change the circumstances of any party directly related to the Company (Beneficial Owner; Shareholder; External Director etc) - the change being something that would have a material impact on the KYCB Risk Assessment, for example a change in residence/domicile, business interests, becoming/ceasing to be deemed as a PEP, etc.

**CERTIFICATION BY THE PERSON COMPLETING THIS RISK ASSESSMENT**
I confirm that this Risk Assessment is based on information provided by or on behalf of the Client and I have no reason to doubt its accuracy.

| *KOsmand* | Kathryn Osmand - Private Banking Officer | 30.03.10 |
|---|---|---|
| Signature of person completing this Assessment | Name and Job Title | Date |

**CRM CONFIRMATION** - Required where Assessment has not been completed by the CRM who has prime responsibility for this client

| | Anthony Holley - Senior Private Banker | 30.03.10 |
|---|---|---|
| CRM signature | Print name | Date |

**ADDITIONAL SIGN-OFF REQUIREMENTS**
ALL High Risk business must be signed off by a DIRECTOR of SGH (refer to local policy as regards who can sign as a 'Director') AND logged by local MLRO

ALL new business considered as High Risk MUST be taken to the New Account Opening Committee for acceptance.
Refer to SGHambros online\Anti-Money Laundering\Policies & Procedures\Group\2.Guidance Notes Document Set\GN7

| Director signature | Print name | Date |
|---|---|---|
| | ADRIAN ROWLAND | ~~22.02.10~~  31/3/10 |

| MLRO confirmation - High Risk business logged | | |
|---|---|---|
| Olympic Agreement 010 input | | 3/6/1~ |
| | MLRO signature and name | Date |

*This document establishes the Identity of a Company that is party to another Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off.*

| State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc) | | | |
|---|---|---|---|
| **Name :** | BIEMA HOLDINGS LTD | **Root No:** | 213594 |
| State the name of the Company that this Checklist relates to and capacity in which it is acting for the above Account | | | |
| **Name:** | INTRUST WEALTH SARL | **Capacity: Corporate Secretary, Trustee etc.** | CORPORATE DIRECTORS |

Original or certified copies should be obtained of the following documents.

| | **Regulated or Publicly Quoted Companies: Obtain BOTH of the following:** | **Tick relevant document** | **Date Copy placed on file** |
|---|---|---|---|
| | Proof of Listing (**If applicable**) from a Recognised, Designated or Approved Investment Exchange° (via website or Periodical) in the UK or a country with equivalent anti money laundering legislation ; | ☐ | |
| **AND** | Current list of signatories | ✓ | 31.03.10 |

| | **For ALL other Companies: Obtain ALL of the following:** | | |
|---|---|---|---|
| | Certificate of Incorporation or Certificate to Trade; | ☐ | _____ |
| **AND** | Full Company Search of the Registrar of Companies or local equivalent (also ensures company still exists); **or** Enquiry via a business information service. * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** | Latest report and accounts, audited, where applicable. * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** | If a trading company; provide confirmation in a file note that you have visited the principal trading address of the company and can confirm its physical existence and trading activity. | ☐ | _____ |

| | **AND IF A NON-UK Company: Obtain the following additional documents:** | | |
|---|---|---|---|
| | Memorandum & Articles of Association | ☐ | _____ |
| **AND** | Copy of the share certificate(s) confirming shareholder(s) name(s) and that the share(s) are not held in bearer form. | ☐ | _____ |
| **AND** | Declaration of Beneficial Ownership (Available on **SG HAMBROS ONLINE**); | ☐ | _____ |
| **AND** | If Company was incorporated more than 12 months ago, an up-to-date Certificate of Good Standing or Certificate of Incumbency. | ☐ | _____ |

| | **For all Private Companies (i.e. not listed on a Recognised, Designated or Approved Investment Exchange°; Obtain:** | | |
|---|---|---|---|
| | Verify the identity of **every** Controlling Director (which may include the company secretary). Use a separate Checklist E2 (F2 if Corporate) for each Director | ☐ | _____ |
| **AND** | Verify the Beneficial owner(s) or Ultimate Controller(s) of the company holding >10% of the shares (if not verified above). Use a separate Checklist E2 for each Individual (F2 if Corporate). | ☐ | _____ |
| **AND** | **If** those parties are not the signatories to the account, verify the identity (person and address) of **every** person authorised to operate the account. Use a separate Checklist E2 for each Individual or F2 if Corporate signatories | ☐ | _____ |

Please refer to your MLRO should you have any concerns with regards to the above documentation.

**\* If above documents not obtained, record reasons on a new page**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Relationship Manager:** | I verified the identity of the Company for Anti-Money Laundering purposes as required by SG Hambros Group | | | | | |
| | | Signature: *A. Holten* | Name *S B* | Position *2/3/10* | Date: | |
| **MLRO Compliance:** | I have checked the World-Check database and confirm that this Company does not appear on any Sanction list | | | | | |
| | | Signature: | Name *MacCon is Cherrant* | Position *31/3/10* | Date: | |

**SG HAMBROS GROUP**

**ANTI-MONEY LAUNDERING CHECKLIST – COMPANIES**

**CHECKLIST F**

**FOR INTERNAL USE ONLY**

| SYNERGY INDEX | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Cabinet:** | Money Laundering | **Document Type:** | KYC | **Client No:** | | | |
| **Free Text:** | Account Opening Checklist | | | **Pages Scanned:** | | **Doc Date:** | |

**This Document is in two parts – 1) Establishing the identity of the client and 2) KYCB Profile. Both parts need to be completed before sign off. Refer to Guidance notes on Page 4 before completing this document.**

**PART 1 ESTABLISHING THE IDENTITY OF YOUR CLIENT (IDV).**

| **Full Company Name:** | Biema Holding Ltd | **Root No:** | |
|---|---|---|---|

**CARE:** Original or certified copies should be obtained of the following documents or the local jurisdiction's equivalents.

| **For ALL Companies: Obtain ALL of the following documents:** | | *Tick relevant document* | *Date Copy placed on file* |
|---|---|---|---|
| | Resolution of the Board of Directors to open an account and confer authority on those who will operate it, together with the current list of signatories; | ☒ | _____ |
| **AND** | Proof of Listing **(If applicable)** from a Recognised, Designated or Approved Investment Exchange° (via website or Periodical) in the UK or a country with equivalent anti money laundering legislation ; | ☐ | _____ |
| **AND** | Certificate of Incorporation or Certificate to Trade; | ☒ | _____ |
| **AND** | Full Company Search of the Registrar of Companies or local equivalent (also ensures company still exists); or Enquiry via a business information service. * Record reason if unable to attain – see note below. | ☐ | _____ |
| **AND** | Latest report and accounts, audited, where applicable. * Record reason if unable to attain – see note below. | ☐ | _N/A_ |
| **AND** | If a trading company; provide confirmation in a file note that you have visited the principal trading address of the company and can confirm its physical existence and trading activity. | ☐ | _____ |

| **AND, IF A NON-UK Company: Obtain ALL of the following additional documents:** | | | |
|---|---|---|---|
| | Memorandum & Articles of Association | ☒ | _____ |
| **AND** | Copy of the share certificate(s) confirming shareholder(s) name(s) and that the share(s) are not held in bearer form. | ☐ | _____ |
| **AND** | Declaration of Beneficial Ownership (Available on **SG HAMBROS ONLINE**); | ☐ | _N/A_ |
| **AND** | If Company was incorporated more than 12 months ago, an up-to-date Certificate of Good Standing or Certificate of Incumbency. | ☒ | _____ |

| **AND, For all Private Companies (i.e. not listed on a Recognised, Designated or Approved Investment Exchange°:** | | | |
|---|---|---|---|
| | Verify the identity of **every** Controlling Director± (which may include the company secretary). Use a separate Checklist E2 (F2 if Corporate) for each Director | ☒ | _____ |
| **AND** | Verify the Beneficial owner(s) " or Ultimate Controller(s) of the company holding >10% of the shares (if not verified above). Use a separate Checklist E2 for each Individual (F2 if Corporate). | ☒ | _____ |
| **AND** | **If** those parties are not the signatories to the account, verify the identity (person and address) of **every** person authorised to operate the account. Use a separate Checklist E2 for each Individual or F2 if Corporate signatories | ☒ | _____ |

**Please refer to your MLRO should you have any concerns with regards to the above documentation.**

| **\* If above documents not obtained, record reasons on a new page.** |
|---|

| PART 2: KYCB PROFILE | | | | |
|---|---|---|---|---|
| **Company Name:** | Biena Holdings Ltd | | **Root No:** | |
| 1. Is this Company a stand-alone entity or part of a structure? | | Part of a structure | **Note:** If part of a structure, attach a structure diagram or a full description of entire relationship. | |
| 2. Activities of Company (see M&As/mandate) | **Real estate Business** | | | |
| 3. Annual Turnover: | **This year** | **100,000** | **Last year** | |
| 4. Purpose of this Account: | **Holding company** | | | |
| 5. What Services are required from SG Hambros? | **Bank account** | | | |
| 6. Source of Wealth of the beneficial owner(s): | Capital from Rosebud family trust | | | |
| 7. Source of account opening funds? | **USD 100,000 ( Bank unknown at present)** refer to letter dated 19/07/07 attached. | | | |
| 8. Estimated Account Activity: | **Monthly** | | | |
| 9. Value Range of Transactions: | **Incoming Funds:** | USD 100,000 | **Payments out:** | USD 100,000 |
| 10. List any anticipated cross-border Payments / Receipts: | **USA / Europe** | | | |
| 11. Name and address of other Company Bankers: | TBA | | | |

| 12. Assets: | Cash & bank accounts: | | Stocks & Shares: | | Properties: | USD 25M | Other: | |
|---|---|---|---|---|---|---|---|---|
| & Liabilities: | Mortgages: | | Other: | | Net Worth: | USD 25M | | |

| 13. Private Companies ONLY List ALL Directors, Shareholders, Controllers & Authorised Signatories and show % stake held | | | | |
|---|---|---|---|---|
| **Full Name** | **Residential Address** | | **Position Held** | **Stake Held (%)** |
| Ackermann, I | Aeuletrasse 74, 9490 Vaduz | | **Board Member** | |
| Moosleithner-Batliner, A | Aeuletrasse 74, 9490 Vaduz | | **Board Member** | |
| Dorbat Treuhand | Aeuletrasse 74, 9490 Vaduz | | **Company secretary** | |
| Rosebud Trust | Jersey | | **Shareholder** | 100% |

List all other accounts connected to the Client(s) within the SG Hambros Group.

| Name of Account | Root Number | SGH Jurisdiction | Relationship to this Company |
|---|---|---|---|
| Bengis DP | 162779 | Jsy | Son of UBO and ULA |
| Bengis GA | 189421 | Jsy | Daughter of UBO |
| Evolution | 207330 | Jsy | Part of Rosebud Trust |
| Alibaba Pearl | 381950 394122 | Jsy | Same UBO |

## Account Approval

| Requested by (Relationship Manager): | I verified the identity of my Client for Anti-Money Laundering purposes as required by SG Hambros Group | | | |
|---|---|---|---|---|
| | *Chambes* | PHIL CHAMBERS | AMB | 1/08/57 |
| | Signature | Name | Position | Date |

| Authorised by (Management): | I reviewed the verification of identity information for the prospective Client and agree that SG Hambros Group Anti-Money Laundering procedures have been complied with by the requestor in connection with this prospective Client. | | | |
|---|---|---|---|---|
| | | A·HOLLEY | SfB | 1/9/07 |
| | Signature | Name | Position | Date |

## For MLRO Compliance Purposes ONLY

| Independent review of account opening documentation by: | • I have checked the World-Check database and confirm that neither the company nor any of its associated individual(s) appear on any Sanction list. <br><br> • I have reviewed the documentation provided to support the assertions contained on this form and agree that the documentation does, in fact, support those assertions. | | | |
|---|---|---|---|---|
| | | K Pocinost | . MLRO | 7/8/7 |
| | Signature | Name | Position | Date |

---

**KYCB REVIEWS**

The due date of the next review must be updated in Olympic 'Other Numbering' for the client.

In accordance with the risk grade allocated to clients, client KYCB records MUST be reviewed formally and updated.
The risk-based approach means that accounts may not be subject to formal review on an annual basis but unless KYCB records are properly updated as part of the daily/ongoing business, CRMs are required to conduct a formal review as follows:

- High risk – 6 monthly
- Medium risk – annually
- Low risk – every two years.

Refer to AML Guidance Notes for definitions of Low, Medium and High Risk.

---

**NEXT REVIEW DATE**

| Client Risk Category – (Delete the Client Risk Category and 'AN' Code that are not applicable) | 'AN' Code | Next Review Date (DD/MM/YY) | Client 'Root' Numbers to be changed to this date |
|---|---|---|---|
| 'Low Risk' Client | 125 | | |
| 'Medium' Risk Client | 126 | | |
| 'High Risk' Client – see guidelines above | 127 | 01/01/07 | |



**Rosebud Settlement**
Jersey
Trustee: IFT

Nashglobe Business SA
Panama
Dir: mos, 2 ext

Evolution Partners Limited, BVI
Dir: ack,mos, Dorbat

Bena Holdings
Ltd.
Cyprus.

**SG HAMBROS GROUP**  CHECKLIST E2

**ANTI MONEY LAUNDERING CHECKLIST – UNDERLYING INDIVIDUALS**  **FOR INTERNAL USE ONLY**

> This document establishes the identity of an Individual who is party to a Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off.

**State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc)**

| | | |
|---|---|---|
| **Account Name :** | Biema Holding Ltd | **Root No:** |
| **Name of Individual to whom this Checklist relates:** | Ackerman , Iwan J | **Capacity in which acting: (Beneficial Owner, Settlor, Trustee, Beneficiary, ULA holder etc )** Director |

**Has THIS INDIVIDUAL been personally verified 'Face to Face'?**
**'Face to Face' means any SG member of staff has personally met and verified the individual's identity.**          YES    (NO)

---

**FACE TO FACE VERIFICATION:**
Obtain one document verifying Name **AND** one document verifying Address.

|  | *Tick relevant document* | *Date copy placed on file* |
|---|---|---|

**First**   Verify Client's NAME with either of the following two documents:

- **Current signed passport** (copy pages showing front cover, document number, date and place of issue, expiry date, date and place of birth and signature);  ☑  _____
- **National Identity Card** (showing document number, date and place of issue, expiry date, date and place of birth and signature)  ☐  _____

**Then**   Verify Client's Permanent Residential ADDRESS with any ONE of the following:

- Income tax notification for current year (but not if used for 2nd identity verification)  ☐  _____
- Utility bill (up to three months old)  ☑  _____
- Bank statement (up to three months old) showing permanent residential address.  ☐  _____
- Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable); but not if used for secondary identity verification  ☐  _____
- Property tax bill (for the current year)  ☐  _____
- Written Record of home visit (meeting clients inside their permanent residence)  ☐  _____
- Electoral register search through a credit reference agency  ☐  _____

---

**IN ADDITION ……**

**IF the Client HAS NOT been personally met by any SG member of staff:**
ONE of the following *Documents* **AND** ONE of the *Checks* must be obtained as additional identification to the above.

|  | *Tick relevant document* | *Date copy placed on file* |
|---|---|---|

   *Documents*
- Firearms certificate  ☐  _____
- Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable)  ☑  _____
- Tax Notification e.g. income tax or property tax (should show permanent residential address)  ☐  _____

   *Checks – attach a copy of one of the following*
- The initial deposit cheque or direct debit drawn on a personal a/c in the applicant's own name at another UK or EU bank or building society.  ☐  _____
- The direct mailing of account opening documentation to a named individual at an independently verified address (e.g. 192 search).  ☐  _____
- A file note recording the telephone contact with the applicant prior to account opening on an independently verified home or business number. (e.g. 192 search)  ☐  _____
- If none of the above are available, refer to MLRO for guidance

---

**ALSO ……**

| **Relationship Manager:** | I verified the identity of the above person for Anti-Money Laundering purposes as required by SG Hambros <br><br> Signature: PHIL CHAMBERS   Name  AFB   Position 1/08/07   Date: |
|---|---|
| **MLRO Compliance:** | I have checked the World Check database and confirm that this person does not appear on any Sanction list <br><br> Signature: Le P Le Ceinson   Name DMCRO   Position 7/8/7   Date: |

✱  See a/c 207330

213594        3014/08
CLI KYCC   PAGES: 6

This document establishes the Identity of an Individual who is party to a Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off.

**State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc)**

| Account Name : | Biema Holdings Ltd | Root No: | |
|---|---|---|---|
| Name of Individual to whom this Checklist relates: | Berg. J. Arnud. | Capacity in which acting: (Beneficial Owner, Settlor, Trustee, Beneficiary, ULA holder etc ) | UBO. |

**Has THIS INDIVIDUAL been personally verified 'Face to Face'?**
**'Face to Face' means any SG member of staff has personally met and verified the individual's identity.**       (YES)      NO

| FACE TO FACE VERIFICATION: Obtain one document verifying Name AND one document verifying Address. | _Tick relevant document_ | _Date copy placed on file_ |
|---|---|---|
| First   Verify Client's NAME with either of the following two documents: | | |
| - **Current signed passport** (copy pages showing front cover, document number, date and place of issue, expiry date, date and place of birth and signature); | ✓ | _____ |
| - **National Identity Card** (showing document number, date and place of issue, expiry date, date and place of birth and signature) | ☐ | _____ |
| Then   Verify Client's Permanent Residential ADDRESS with any ONE of the following: | | |
| - Income tax notification for current year (but not if used for 2nd identity verification) | ☐ | _____ |
| - Utility bill (up to three months old) | ✓ | _____ |
| - Bank statement (up to three months old) showing permanent residential address. | ☐ | _____ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable); but not if used for secondary identity verification | ↙ | _____ |
| - Property tax bill (for the current year) | ☐ | _____ |
| - Written Record of home visit (meeting clients inside their permanent residence) | ☐ | _____ |
| - Electoral register search through a credit reference agency | ☐ | _____ |

**IN ADDITION ......**

| IF the Client HAS NOT been personally met by any SG member of staff: ONE of the following _Documents_ AND ONE of the _Checks_ must be obtained as additional identification to the above. | | |
|---|---|---|
| **_Documents_**  See attached extract From World check. | _Tick relevant document_ | _Date copy placed on file_ |
| - Firearms certificate | ☐ | _____ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable) | ☐ | _____ |
| - Tax Notification e.g. income tax or property tax (should show permanent residential address) | ☐ | _____ |
| **_Checks_ – attach a copy of one of the following** | | |
| - The initial deposit cheque or direct debit drawn on a personal a/c in the applicant's own name at another UK or EU bank or building society. | ☐ | _____ |
| - The direct mailing of account opening documentation to a named individual at an independently verified address (e.g. 192 search). | ☐ | _____ |
| - A file note recording the telephone contact with the applicant prior to account opening on an independently verified home or business number. (e.g. 192 search) | ☐ | _____ |
| - If none of the above are available, refer to MLRO for guidance | | |

**ALSO ......**

| Relationship Manager: | I verified the identity of the above person for Anti-Money Laundering purposes as required by SG Hambros |
|---|---|
| | *P Chambers*    Signature: PHIL CHAMBERS    Name: ARB    Position: 1/05/57   Date: |
| MLRO Compliance: | I have checked the World-Check database and confirm that this person does not appear on any Sanction list |
| | Signature: L Robinson    Name: DMCRO    Position: 9/8/7   Date: |

See c/c
381950 and 394122

LD    ID

I hereby certify this to be a true copy of an original document and that the photograph therein is a true likeness of the person described therein.

Client Relationship Manager
SG Hambros Bank & Trust (Jersey) Limited



32

THE BEARER MUST COMPLETE THE PARTICULARS BELOW:
LE TITULAIRE EST PRIE DE COMPLETER LES DETAILS CI-DESSOUS:

Bearer's place of permanent residence:
Résidence principale du titulaire:

Country — Pays

Place — Lieu

Street — Rue

Telephone — Téléphone

In case of accident or death notify:
En cas d'accident ou de décès, prière d'aviser:

Name — Nom

Relationship — A titre de

Street — Rue

Place — Lieu

Country — Pays

Telephone — Téléphone

Signature of bearer — Signature du titulaire

REPUBLIC OF SOUTH AFRICA   REPUBLIQUE D'AFRIQUE DU SUD

| | |
|---|---|
| PASSPORT PASSEPORT | PASSPORT Nbr • Nbr DU PASSPORT  414040793 |
| TYPE - TYPE  **PP** | COUNTRY - PAYS  **ZAF** |



SURNAME - NOM
**BENGIS**

GIVEN NAMES - PRENOMS
**ARNOLD MAURICE**

NATIONALITY - NATIONALITE
**SOUTH AFRICAN / SUD-AFRICAIN**

SOUTH AFRICA

**M**      SOUTH AFRICA

DATE OF ISSUE - DATE DE DELIVRANCE
**30 12 1998**

AUTHORITY - AUTORITE
**DEPT OF HOME AFFAIRS**

DATE OF EXPIRY - DATE D'EXPIRATION
**29 12 2008**

PPZAFBENGIS<<ARNOLD<MAURICE<<<<<<<<<<<<<<<<<<
4140407936ZAF3604203M0812294360420501008 1<40

**CLIENT AML**
**RISK ASSESSMENT FOR BANKING BUSINESS (STAND ALONE ENTITIES SIMPLE LAYERS ONLY)**

| BANKING BUSINESS - CLIENT AML RISK ASSESSMENT | | | | |
|---|---|---|---|---|
| **Name of Account** | Biema Holdings Ltd | | **Account No:** | |
| **Client** | ~~(illegible)~~ Arnold Bengis | | **DATE:** | 1-Aug-07 |

| Risk Area | Weight by AREA | Risk Driver | Answer | Risk |
|---|---|---|---|---|
| **Client is Automatically High Risk** | **HIGH RISK - 127** | 1. Is the **Client's** identity **UNKNOWN** to SGH? | No | |
| | | 2. Is the **Client** a Politically Exposed or associated Person (PEP)[3]? | No | |
| | | 3. Is the **Client** Hold All Mail[4]? | No | |
| | | 4. If the **account** is a company, has it issued Bearer shares? | No | |
| | | 5. Is the **Client** a resident of/a national of, or do they have any business interests in a High Risk Country[5]? | No | |
| | | 6. Is the **Client's** wealth derived from any of: Arms trading, casino / gambling, Art / antique dealings, Precious metal dealings, Construction / public works, Import / Export business, Cash transmission business? | No | |

| Risk Area | Weight by AREA | Risk Driver | Answer | Rating | Risk Weight | Risk Score | Risk |
|---|---|---|---|---|---|---|---|
| **The Client** | 2 | What is the Client's Nationality[6]? | ~~CYPRUS~~ S.A. | 2 | 2 | 4 | MEDIUM RISK |
| | 2 | In which country does the client live? | ~~LIECHTENSTEIN~~ S.A. | 2 | 2 | 4 | MEDIUM RISK |
| **The Account** | 2 | Nationality of Account? (country of incorporation if a company or trust) | CYPRUS | 2 | 2 | 4 | MEDIUM RISK |
| **Source of Wealth** | 1 | From which activity has the client accumulated their wealth? | Inheritance | 1 | 1 | 1 | LOW RISK |
| **AUM's** | 1 | What is the asset value of the client? | £500k to £5M | 2 | 1 | 2 | MEDIUM RISK |
| **CLIENT RISK** | | | MEDIUM RISK SIGN-OFF REQUIRED SEE BELOW | | | | |
| **OLYMPIC INPUT Alternate Numbering Type to be set up** | | | Input Code 126 | | | | |

| CERTIFICATION BY THE PERSON COMPLETING THIS RISK ASSESSMENT | |
|---|---|
| I confirm that the above Risk Assessment is based on information provided by or on behalf of the Client and I have no reason to doubt its accuracy. | |
| *(signature)* P Clerkes | 1-Aug-07 |
| Sign in the space above and print your name and job title | Date |

| THE FOLLOWING ADDITIONAL MANAGEMENT SIGN OFF IS REQUIRED | |
|---|---|
| | 01 08/07 |
| | |
| | |
| Medium Risk business must be signed off by a Client Relationship Manager | |
| Client Relationship Manager signature | Print name | Date |

Agreed with tom Francis that this account should be considered as medium - risk. *(signature)* 7/8/7.

**SG HAMBROS GROUP**                                                      **CHECKLIST E2**

**ANTI MONEY LAUNDERING CHECKLIST – UNDERLYING INDIVIDUALS**                    **FOR INTERNAL USE ONLY**

This document establishes the Identity of an Individual who is party to a Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off.

**State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc)**

| Account Name : | Biema Holding Ltd | | Root No: | |
|---|---|---|---|---|
| Name of Individual to whom this Checklist relates: | Moostecthaar – Battiner, – Angelika | | Capacity in which acting: (Beneficial Owner, Settlor, Trustee, Beneficiary, ULA holder etc ) | Director. |

**Has THIS INDIVIDUAL been personally verified 'Face to Face'?**            YES    (NO)
**'Face to Face'** means any SG member of staff has personally met and verified the individual's identity.

---

| **FACE TO FACE VERIFICATION:** Obtain one document verifying Name **AND** one document verifying Address. | _Tick relevant document_ | _Date copy placed on file_ |
|---|---|---|
| **First** Verify Client's NAME with either of the following two documents: | | |
| - **Current signed passport** (copy pages showing front cover, document number, date and place of issue, expiry date, date and place of birth and signature); | ☑ | _____ |
| - **National Identity Card** (showing document number, date and place of issue, expiry date, date and place of birth and signature) | ☐ | _____ |
| **Then** Verify Client's Permanent Residential ADDRESS with any ONE of the following: | | |
| - Income tax notification for current year (but not if used for 2nd identity verification) | ☐ | _____ |
| - Utility bill (up to three months old) | ☑ | _____ |
| - Bank statement (up to three months old) showing permanent residential address. | ☐ | _____ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable); but not if used for secondary identity verification | ☑ | _____ |
| - Property tax bill (for the current year) | ☐ | _____ |
| - Written Record of home visit (meeting clients inside their permanent residence) | ☐ | _____ |
| - Electoral register search through a credit reference agency | ☐ | _____ |

---

## IN ADDITION ……

**IF the Client HAS NOT been personally met by any SG member of staff:**
**ONE of the following _Documents_ AND ONE of the _Checks_ must be obtained as additional identification to the above.**

| _Documents_ | _Tick relevant document_ | _Date copy placed on file_ |
|---|---|---|
| - Firearms certificate | ☐ | _____ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable) | ☑ | _____ |
| - Tax Notification e.g. income tax or property tax (should show permanent residential address) | ☐ | _____ |
| _Checks – attach a copy of one of the following_ | | |
| - The initial deposit cheque or direct debit drawn on a personal a/c in the applicant's own name at another UK or EU bank or building society. | ☐ | _____ |
| - The direct mailing of account opening documentation to a named individual at an independently verified address (e.g. 192 search). | ☐ | _____ |
| - A file note recording the telephone contact with the applicant prior to account opening on an independently verified home or business number. (e.g. 192 search) | ☐ | _____ |
| - If none of the above are available, refer to MLRO for guidance | | |

---

## ALSO ……

| Relationship Manager: | I verified the identity of the above person for Anti-Money Laundering purposes as required by SG Hambros | | | |
|---|---|---|---|---|
| | X Chambers   Signature: PHIL CHAMBERS   Name: ARB   Position 01/08/07   Date: | | | |
| MLRO Compliance: | I have checked the World-Check database and confirm that this person does not appear on any Sanction list | | | |
| | Signature: K P C Clinit.   Name: MLRO   Position 7/8/7   Date: | | | |

✷   See a/c 207330.

213594 CLI KYCC 30/4/08    PAGES: 5

**SG HAMBROS GROUP**                                          **CHECKLIST G2**

**ANTI-MONEY LAUNDERING CHECKLIST – UNDERLYING TRUST**          **FOR INTERNAL USE ONLY**

This document establishes the Identity of a Trust that is party to another Corporate, Trust or other type of account for which a separate full checklist is being completed. This document should accompany the full checklist for sign-off.

**State the name and account number of the Account that this Checklist supports (i.e. Company, Trust etc)**

| Name : | Biema Holdings Ltd | Root No: | |
|---|---|---|---|

**State the full name of the Trust that this Checklist relates to and capacity in which it is acting for the above Account.**

| Name of Trust: | The Rosebud settlement |
|---|---|
| Full Name(s) of ALL Trustees: | Paperwork from London attached. Warwick Newbury Signed off 04/06/07. |
| Capacity: | Beneficial Owner | Other capacity *(please state)*: |

Original or certified copies should be obtained of the following documents.

| **A. Where SGH Trust Co. acts as Trustee; Obtain ALL of the following:** | *Tick relevant document* | *Date to file* |
|---|---|---|
| 1. Confirm the original trust deed (and any subsequent deed(s)) are held on file evidencing appointment of SG Hambros Trust Company as current trustees; | ☐ | _____ |
| 2. Resolution of the Trustees to open an account and confer authority to operate it. | ☐ | _____ |
| 3. GIC to confirm that SGHT is aware of the true identity of the underlying principals (the Settlor(s), Protector, Beneficiary(ies) etc.), and that there are no anonymous principals; | ☒ | _____ |
| 4. If required by local jurisdiction legislation, obtain copies of the identification documentation used by the Introducer to verify the underlying individuals – attach relevant Checklist(s) E, F, G etc and quote names on KYC template overleaf | ☐ | _____ |

**OR**

| **B. For ALL OTHER TRUSTS: Obtain ALL of the following:** | *Tick relevant document* | *Date to file* |
|---|---|---|
| 1. Obtain a copy or extracts of the original trust deed (and any subsequent deed) evidencing the appointment of the current trustees and any other principals | ☐ | _____ |
| 2. If not evident from the Trust Deed, Obtain written confirmation from the Trustees or Managers of the Trust that they are themselves aware of the true identity of the underlying principals i.e. the Settlor(s) and/or named Beneficiary(ies), and that there are no anonymous principals | ☐ | _____ |
| 3. Obtain documents verifying name and address of the following principals:<br>▪ The Settlor(s) - Use a separate Checklist E2 for each Individual<br>▪ The Protector (if one exists) - Use a separate Checklist E2 for each Individual<br>▪ ALL Trustees - Use a separate Checklist E2 for each Individual Trustee or use a Checklist F for Corporate Trustees<br>▪ ALL Beneficiaries <u>prior to distributions</u> – Use a separate Checklist E2 for each. | ☐ | _____ |

**Please refer to your MLRO should you have any concerns with regards to the above documentation.**
**\* If above documents not obtained, record reasons on a new page**

| Relationship Manager: | I verified the identity of the Trust for Anti-Money Laundering purposes as required by SG Hambros Group<br><br>Signature: PHIL CHAMPIONS   Name: APB   Position: 1/08/07   Date: |
|---|---|
| MLRO Compliance: | I have checked the World-Check database and confirm that this Trust nor any of its associated individual(s) appear on any Sanction list.<br><br>Signature: _____   Name: DM CRO   Position: 7/8/7   Date: |

See a/c 207330.

G2 - Trusts behind structures



ΚΥΠΡΙΑΚΗ ΔΗΜΟΚΡΑΤΙΑ
REPUBLIC OF CYPRUS

**HE 183067**

MINISTRY OF COMMERCE, INDUSTRY AND TOURISM
DEPARTMENT OF REGISTRAR OF
COMPANIES AND OFFICIAL RECEIVER
NICOSIA

1 December, 2006

## CERTIFICATE

### BIEMA HOLDINGS LTD

It is hereby certified that, in accordance with the records kept by this Department the following are the Shareholders of the above Company :

| Names and Addresses | Class (value) | No. of Shares |
|---|---|---|
| **ROSEBUD SETTLEMENT**<br>Aelestrasse, 74<br>F1-9490 Vaduz, Liechtenstein | ORDINARY ( CYP 1,00 ) | 1000 |



for Registrar of Companies

Mit der Urschrift gleichlautend
**Fürstliche Landgerichtskanzlei Vaduz**
Vaduz, am ......................................

*Julius Nägele*
Urkundsperson

**2 1. Juni 2007**