**Exhibit Q**

# Form 1120 — U.S. Corporation Income Tax Return

**Department of the Treasury, Internal Revenue Service**
OMB No. 1545-0123
**2009**

For calendar year 2009 or tax year beginning DECEMBER 1, 2009, ending NOVEMBER 30, 2010
EXTENSION GRANTED TO 08/15/11

**A Check if:**
1a Consolidated return (attach Form 851)
b Life/nonlife consolidated return
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 attached

Use IRS label. Otherwise, print or type.

**Name:** SACS HOLDINGS INC
**Number, street, and room or suite no.:** C/O LEVINE NEIDER WOHL, LLP 708 3RD AVE
**City or town, state, and ZIP code:** NEW YORK, NY 10017

**B Employer identification number:** [redacted]
**C Date incorporated:** 12/05/1995
**D Total assets (see instructions):** $ 3,984,308.

**E Check if:** (1) Initial return (2) Final return (3) Name change (4) Address change

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | |
| 1b | Less returns and allowances | |
| 1c | Bal | |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | |
| 4 | Dividends (Schedule C, line 19) | 1. |
| 5 | Interest — SEE STATEMENT 1 | 79,105. |
| 6 | Gross rents | 697,138. |
| 7 | Gross royalties | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 10 | Other income (attach schedule) — SEE STATEMENT 2 | 135,265. |
| 11 | **Total income.** Add lines 3 through 10 | **911,509.** |

## Deductions (See instructions for limitations on deductions.)

| Line | Description | Amount |
|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | |
| 13 | Salaries and wages (less employment credits) | 376,092. |
| 14 | Repairs and maintenance | 26,408. |
| 15 | Bad debts | |
| 16 | Rents | |
| 17 | Taxes and licenses — SEE STATEMENT 3 | 21,931. |
| 18 | Interest | 290,215. |
| 19 | Charitable contributions | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 97,812. |
| 21 | Depletion | |
| 22 | Advertising | |
| 23 | Pension, profit-sharing, etc., plans | |
| 24 | Employee benefit programs | 42,780. |
| 25 | Domestic production activities deduction (attach Form 8903) | |
| 26 | Other deductions (attach schedule) — SEE STATEMENT 4 | 221,275. |
| 27 | **Total deductions.** Add lines 12 through 26 | **1,076,513.** |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | -165,004. |
| 29a | Less: Net operating loss deduction STATEMENT 5 | 0. |
| 29b | Special deductions (Schedule C, line 20) | |
| 29c | | |
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | **-165,004.** |
| 31 | Total tax (Schedule J, line 10) | 0. |

## Tax, Refundable Credits, and Payments

32a 2008 overpayment credited to 2009
b 2009 estimated tax payments
c 2009 refund applied for on Form 4466  32c ( ) d Bal ▶ 32d
e Tax deposited with Form 7004
f Credits: (1) Form 2439 _____ (2) Form 4136 _____
g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c
32h
33 Estimated tax penalty (see instructions). Check if Form 2220 is attached
34 **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed — 0.
35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid
36 Enter amount from line 35 you want: Credited to 2010 estimated tax ▶ Refunded ▶

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer | Date | Title: MANAGER

May the IRS discuss this return with the preparer shown below? **X Yes** No

## Paid Preparer's Use Only

Preparer's signature:
Firm's name (or yours if self-employed), address, and ZIP code: LEVINE NEIDER WOHL, LLP
708 THIRD AVENUE
NEW YORK, NY 10017
Phone no.: 212 949-0900

911601 12-17-09  JWA  For Privacy/Paperwork Reduction Act Notice, see instructions.      1      Form 1120 (2009)

11110728 761655 61725     2009.06010 SACS HOLDINGS INC     61725__1

Form 1120 (2009)  SACS HOLDINGS INC                                                                                           Page 2

## Schedule A — Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4 | Additional section 263A costs (attach schedule) | 4 |
| 5 | Other costs (attach schedule) | 5 |
| 6 | **Total.** Add lines 1 through 5 | 6 |
| 7 | Inventory at end of year | 7 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____
 b Check if there was a writedown of subnormal goods ................................................................... ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of
   closing inventory computed under LIFO ........................................................... | 9d |
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? .......... ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory?
   If "Yes," attach explanation ....................................................................................... ☐ Yes ☐ No

## Schedule C — Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends                                         STMT 8 | 1. | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | 1. | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E — Compensation of Officers
(see instructions for page 1, line 12)
Note: Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

2 Total compensation of officers
3 Compensation of officers claimed on Schedule A and elsewhere on return
4 Subtract line 3 from line 2. Enter the result here and on page 1, line 12

911611 12-17-09  JWA                                                                                                         Form **1120** (2009)

2
11110728 761655 61725              2009.06010 SACS HOLDINGS INC                                      61725__1

## Schedule J — Tax Computation (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ▶ ☐ | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) .......... 5a | | |
| b | Credit from Form 8834, line 29 .......... 5b | | |
| c | General business credit (attach Form 3800) .......... 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) .......... 5d | | |
| e | Bond credits from Form 8912 .......... 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255  ☐ Form 8611  ☐ Form 8697  ☐ Form 8866  ☐ Form 8902  ☐ Other (attach schedule) | 9 | |
| 10 | **Total tax.** Add lines 7 through 9. Enter here and on page 1, line 31 | 10 | 0. |

## Schedule K — Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash  b ☐ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 531120 | | |
| b | Business activity ▶ REAL ESTATE RENTAL | | |
| c | Product or service ▶ REAL ESTATE | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |
| 5 | At the end of the tax year, did the corporation: | Yes | No |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv). | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............... **X**

If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) ............... **X**

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? ............... **X**

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶ **100.0000**    and (ii) Owner's country ▶ **CYPRUS**

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ **1**

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ............... ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ **1**

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ............... ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ **1,342,045.**

**13** Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? ............... **X**

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $

JWA                                                                                                                                                   Form **1120** (2009)

# SCHEDULE G
## (Form 1120)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock
▶ Attach to Form 1120.

OMB No. 1545-0123

**2009**

| Name | Employer identification number (EIN) |
|---|---|
| SACS HOLDINGS INC | |

**Part I** Certain Entities Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |

**Part II** Certain Individuals and Estates Owning the Corporation's Voting Stock. (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| BIEMA HOLDINGS LTD | 99-9999999 | UNITED KINGDOM | 100.00% |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule G (Form 1120) 2009

917701
12-31-09  JWA

7

11110728 761655 61725           2009.06010 SACS HOLDINGS INC           61725__1

# Form 5472 (Rev. December 2007)

**Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business**

(Under Sections 6038A and 6038C of the Internal Revenue Code)

Department of the Treasury
Internal Revenue Service

For tax year of the reporting corporation beginning DEC 1, 2009 and ending NOV 30, 2010

Note: Enter all information in English and money items in U.S. dollars.

OMB No. 1545-0805

## Part I  Reporting Corporation (see instructions.) All reporting corporations must complete Part I.

- **1a** Name of reporting corporation: SACS HOLDINGS INC
- **1b** Employer identification number: [redacted]
- Number, street, and room or suite no.: C/O LEVINE NEIDER WOHL, LLP 708 3RD AVE
- City or town, state, ZIP code: NEW YORK, NY 10017
- **1c** Total assets: $ 3,984,308.
- **1d** Principal business activity ▶ REAL ESTATE RENTAL
- **1e** Principal business activity code ▶ 531120
- **1f** Total value of gross payments made or received reported on this Form 5472: $ 3,015,476.
- **1g** Total number of Forms 5472 filed for the tax year: 1
- **1h** Total value of gross payments made or received reported on all Forms 5472: $ 3,015,476.
- **1i** Check here if this is a consolidated filing of Form 5472 ▶ ☐
- **1j** Country of incorporation: UNITED STATES
- **1k** Country(ies) under whose laws the reporting corporation files an income tax return as a resident: UNITED STATES
- **1l** Principal country(ies) where business is conducted: UNITED STATES

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of (a) the total voting power of all classes of the stock of the reporting corporation entitled to vote, or (b) the total value of all classes of stock of the reporting corporation ▶ ☐

## Part II  25% Foreign Shareholder (see instructions.)

- **1a** Name and address of direct 25% foreign shareholder: BIEMA HOLDINGS LTD SUMMIT HOUSE 1 RED LION LONDON WCIR 4QD UNITED KINGDOM
- **1b** U.S. identifying number, if any
- **1c** Principal country(ies) where business is conducted: CYPRUS
- **1d** Country of citizenship, organization, or incorporation: CYPRUS
- **1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident: CYPRUS

## Part III  Related Party (see instructions.)

Check applicable box: Is the related party a [X] foreign person or ☐ U.S. person? All reporting corporations must complete this question and the rest of Part III.

- **1a** Name and address of related party: BIEMA HOLDINGS LTD SUMMIT HOUSE 1 RED LION LONDON WCIR 4QD UNITED KINGDOM
- **1b** U.S. identifying number, if any: 99-9999999
- **1c** Principal business activity ▶ REAL ESTATE
- **1d** Principal business activity code ▶ 523900
- **1e** Relationship-Check boxes that apply: ☐ Related to reporting corporation ☐ Related to 25% foreign shareholder [X] 25% foreign shareholder
- **1f** Principal country(ies) where business is conducted: UNITED STATES
- **1g** Country(ies) under whose laws the related party files an income tax return as a resident: CYPRUS

SACS HOLDINGS INC
Consolidated Working Papers at 11/30/2010

| | | | | |
|---|---|---|---|---|
| **BANK ACCOUNTS** | Note 1 | $ | 101,193.40 | TB |
| Esquire Bank | Sacs | $ | 27,435.31 | A-1 |
| Bank Of America | Sacs | $ | 8,889.49 | A-2 |
| Bayport Credit Union | Sentinel | $ | 61,855.64 | A-3 |
| Bayport Credit Union | Sentinel | $ | 5.00 | A-4 |
| Esquire Bank | 898 | $ | 3,007.96 | A-5 |
| | | | | |
| **MONEY MARKET ACCOUNTS** | Note 2 | $ | 379,454.51 | TB |
| Esquire Bank | Sacs | $ | 115,223.81 | |
| Bank of America | Sacs | $ | 238,849.98 | |
| Bayport Credit Union | Sentinel | $ | 25,380.72 | |
| | | | | |
| **OTHER CURRENT ASSETS** | Note 3 | $ | 202,054.94 | |
| Plaintiff Holdings | Sacs | $ | 125,220.36 | |
| Esquire Oil & Gas | Sacs | $ | 76,834.58 | |
| | | | | |
| **INTEREST INCOME (Dividend)** | Note 4 | $ | 3,434.00 | |
| Esquire Bank M/Mkt | Sacs | $ | 1,083.62 | |
| Bank Of America | Sacs | $ | 1,790.83 | |
| Bayport Bank | Sentinel | $ | 559.55 | |
| | | | | |
| **INTEREST INCOME** | Note 5 | $ | 85,630.45 | |
| Plaintiff Holdings | Sacs | $ | 35,517.43 | |
| Esquire Oil | Sacs | $ | 10,113.02 | X-1 |
| INO FUND II | Sacs | $ | 40,000.00 | |
| | | | | |
| **SALARIES** | Note 6 | $ | 400,146.13 | |
| A.Bengis | | $ | 120,000.00 | |
| J.Noll | | $ | 180,000.00 | |
| L Golan | | $ | 60,000.00 | |
| C.Alerta | | $ | 16,092.00 | |
| Employer Tax Expenses | | $ | 24,054.13 | |
| Social Security Co | $ 17,960.94 | | | |
| Medicare | $ 5,453.28 | | | |
| Fed Unemployment | $ 224.00 | | | |
| NY Unemployment | $ 513.60 | | | |
| Other | $ (97.69) | | | |
| | | | | |
| **EMPLOYEE BENEFITS -** | Note 7 | $ | 98,015.93 | |
| A.Bengis | MED INS | $ | 3,326.40 | |
| J.Noll | MED INS | $ | 22,979.52 | |
| L. Golan | MED INS | $ | 10,152.69 | |
| C.Alerta | MED INS | $ | 25,957.32 | |
| J Noll | IRA | $ | 19,800.00 | |
| L Golan | IRA | $ | 15,800.00 | |
| | | | | |
| **INSURANCE EXPENSE** | Note 8 | $ | 13,129.72 | |
| Property Insurance | Sentinel | $ | 11,414.94 | |
| NY State- Workers comp | Sacs | $ | 1,562.40 | |
| NY State - Disability | Sacs | $ | 152.38 | |
| | | | | |
| **INTEREST PAID** | Note 9 | $ | 289,942.54 | |
| Bayport Credit Union | Mortgage - Sentinel | $ | 169,942.54 | |
| Biema Holdings | Sacs | $ | 120,000.00 | |
| | | | | |
| **LEGAL & PROFESSIONAL** | Note 10 | $ | 37,791.33 | |
| Lease Double Dash | Williams Mullen | $ | 7,795.22 | |
| Mechanic's Lien - Cover It | Williams Mullen | $ | 4,631.75 | |
| Mechanic's Lien - Prestige Carp | Williams Mullen | $ | 6,835.75 | |
| Other | Williams Mullen | $ | 724.13 | |
| | | | | |
| **OTHER TAXES** | Note 11 | $ | 8,902.24 | |
| Georgia Dept of Rev | 898 | $ | 4,422.00 | |
| Georgia Dept of Rev | 898 | $ | 4,000.00 | |
| NY State - MTA -305 | Sacs | $ | 480.24 | Adj. |
| | | | | |
| **PENALTIES AND FINES** | 898 - Note 12 | $ | 1,269.80 | |
| Georgia Dept of Rev | 12/31/2008 Penalty | $ | 997.50 | |
| Georgia Dept of Rev | Fine Interest | $ | 272.30 | interest |

Handwritten annotations:
- PBC
- Jeff Noll taxes soc sec med = 9,232
- 376,092
- (120,000)
- a = 42,779.52 A-4
- 24,054.13