**Exhibit S**

PERM - MAN - 162779

# Private Client Account Opening Documentation

We are delighted that you wish to open an account with
SG Hambros Bank (Channel Islands) Limited.

Our aim is to bring you the highest level of private banking
service; to understand your present and future financial
requirements and to offer you the resources of SG Private
Banking, the private banking arm of our parent, Société
Générale. Together we manage over £33bn of assets from
businesses in twenty locations worldwide.

Within this documentation you will find an application form
together with questionnaires on investments and financial
planning which will allow us to begin to tailor our services to
your particular circumstances. Finally, we include an
application for the complementary SG Hambros Visa Gold
Debit Card, a card which works in conjunction with your bank
account and carries a wide range of additional benefits.

Our Standard Terms and Conditions for the Operation of
Personal Accounts cover most of the practicalities of running
your account; they should be read carefully before completing
this documentation and kept in a safe place for future
reference.

## SG Hambros



PRIVATE BANKING

**PERSONAL ACCOUNT APPLICATION FORM.** To be completed by each Account Holder. Please use BLOCK CAPITALS.

To: SG Hambros Bank (Channel Islands) Limited, PO Box 78, SG Hambros House, 18 Esplanade, St Helier, Jersey JE4 8PR

## 1. TYPE OF ACCOUNT

Current |  | Other (please specify) |  Currency (please specify)

Title of Account | Title of Account

**DAVID BENGIS**

## 2. PERSONAL DETAILS

*Account Holder* | *Joint Account Holder*

Surname **BENGIS** | Surname

Forename(s) **DAVID** | Forename(s)

Title | Title

Date of Birth **2 2 0 7 6 9** | Place of Birth **SOUTH AFRICA** | Date of Birth | Place of Birth

Nationality **S.A** | Passport No.* | Nationality | Passport No.*

Domicile **U.S.A** | Domicile

Permanent Residential Address | Permanent Residential Address

**22 EDGEWATER RD**
**FALMOUTH, MAINE**
**U.S.A.**

Correspondence Address (if different from above) | Correspondence Address (if different from above)

**MISHCON DE REYA.**
**SUMMIT HOUSE**
**12 RED LION SQ. LONDON WC1R 4QA**

Telephone (Home) | Telephone (Home)

Telephone (Business) | Telephone (Business)

Facsimile | Facsimile

Mobile | Mobile

Email | Email

Business Interests/Profession/Occupation | Business Interests/Profession/Occupation

**INVESTOR**

Place of Business | Place of Business

**INTERNATIONAL**

Directorships Held | Directorships Held

*We will require a certified copy of your current passport as identification.

| Name and address of present bankers | Name and address of present bankers |
|---|---|
| | |

| Period with present bankers | Period with present bankers |
|---|---|

| Name and address of solicitors | Name and address of solicitors |
|---|---|

MISHCON DE REYA.
  - KEVIN GOLD

| Name and address of accountant | Name and address of accountant |
|---|---|

NEWMAN & Co.

| Name(s) and address(es) of stockbroker(s)/investment manager(s) | Name(s) and address(es) of stockbroker(s)/investment manager(s) |
|---|---|

Answering the following questions will assist the Bank in the assessment of your current and future financial requirements.
(Under 'Income', please state approximate gross amount per annum).

|  | | Account Holder | Joint Account Holder |
|---|---|---|---|
| Income | Basic Salary/Income | | |
| | Bonus/Commission | | |
| | Dividends | | |
| | Rental Income | | |
| | Other Income* | | |
| | **Total Income** | | |
| | *Please Specify | | |

| | Account Holder Yes | Account Holder No | Joint Account Holder Yes | Joint Account Holder No |
|---|---|---|---|---|
| Are you a member of a company pension scheme? | | X | | |
| Do you receive a company pension? | | X | | |
| Do you have a personal pension? | | X | | |

**Assets**

Main Residence

Other Property

Deposit Accounts

Stock/Shares

Value of Share Options

Life Assurance (surrender value)

Pension (fund value)

Cars

Other Assets *(please specify\*)*

**Total Assets (A)**

\* Please include any tax-efficient schemes such as PEPs/ISAs, together with plan year and value, on a separate schedule if necessary. Please include any Self-Invested Personal Pension schemes.

*Any additional details you can provide on the composition of your portfolios and the strategies being pursued, including the managers involved, will help us to co-ordinate the overall management of your financial affairs.*

**Liabilities**

Mortgage

Other Property-Related Loans

Taxes

Contingent Liabilities *(e.g. personal guarantees)\**

Existing Credit Agreements *(e.g. credit cards, unsecured loans)\*\**

**Total Liabilities (B)**

**Net Worth (A-B)**

\* Please specify, giving details, amount and expiry date(s)

\*\*Please specify

| Other Commitments (per month) | Rental | | | | |
|---|---|---|---|---|---|
| | Assurance | | | | |
| | Insurance | | | | |
| | Maintenance/Alimony | | | | |

| Credit History | | Yes | No | Yes | No |
|---|---|---|---|---|---|
| | Have you ever been refused a loan or any kind of credit? | | | | |
| | Have you ever been the director or secretary of a company that has been wound up? | Yes | No | Yes | No |
| | Have you ever had a Court Judgement for debt recorded against you? | Yes | No | Yes | No |
| | Have you ever been declared bankrupt or made arrangements with creditors? | Yes | No | Yes | No |

If the answer to any of the above questions is yes, please supply details on a separate sheet.

**Please complete either section 3 or 4:**

### 3. INDIVIDUAL MANDATE

I request and authorise you until receipt by you of notice in writing to the contrary from me to act on all instructions relating to my account or accounts and to honour and debit to my account or accounts, whether in credit or overdrawn or becoming overdrawn or closed in consequence of such debit, all cheques, drafts or other orders or receipts for money signed, bills of exchange and promissory notes drawn, accepted or made by me provided they are signed or accepted by me.

I hereby acknowledge that I will be fully liable to you for repayment and satisfaction of all moneys, obligations and liabilities at any time due, owing or incurred in respect of such banking account or accounts in my name or jointly with any others together with interests, commission, charges and any expenses incurred by you including all legal and other costs on a full indemnity basis.

I also hereby authorise you to act on any instructions which I may give you concerning any securities howsoever registered you may hold in depot for my account.

Full Name

DAVID BENGIS

Signature

*The styling of the account must be the same for all items issued.*

If you are opening a current account:

Do you require a cheque book? Yes **X** No

With counterfoils? Yes **X** No

Do you require a paying in book? Yes No **X**

How would you like your name represented on these?*

D. BENGIS.

## 4.  JOINT ACCOUNT MANDATE

We, the undersigned request you to open a joint account in our names and jointly and severally authorise you until receipt by you of notice in writing to the contrary signed by any one of us revoking this mandate to act on all instructions relating to such account or accounts and to honour and debit to such account or accounts, whether in credit or overdrawn or becoming overdrawn or closed in consequence of such debit, all cheques, drafts or other orders or receipts for money signed, bills of exchange and promissory notes drawn, accepted or made on our behalf provided they are signed or accepted by

all of us/any ...............(number) of us/other instructions:

and we will be jointly and severally liable to you for repayment and satisfaction of all moneys, obligations and liabilities at any time, due owing or incurred from or by us to you together with interest, commission, charges and any expenses incurred by you including all legal and other costs on a full indemnity basis.

We hereby authorise any one of us to pay moneys, cheques, notes, drafts, orders to the credit of the above account or accounts and from time to time on our behalf to certify the correctness of the above account or accounts and receive the cheques and other vouchers relating thereto and to lodge documents on our behalf.

All or any stocks, shares, bonds or securities or other documents, packages or things of any description now or hereafter held by you for the above account may be withdrawn or disposed of by

all of us/any ...............(number) of us/other instructions:

It is understood that any balance which may now or hereafter stand to the credit of the above account and also any stocks, shares, bonds or securities or other documents, packages or things of any description now or hereafter held by you for the above account shall belong to the survivor or survivors of us absolutely in the event of any/either of us dying while such account continues.

*Each individual joint account party to sign with specimen signature.*

### Account Holder

**Full Name**


If you are opening a current account:

| | | | |
|---|---|---|---|
| Do you require a cheque book? | Yes | No | |
| With counterfoils? | Yes | No | |
| Do you require a paying-in book? | Yes | No | |

Signature


How would you like the account titled?*


* The styling of the account must be the same for all items issued.

### Joint Account Holder

**Full Name**


If you are opening a current account:

| | | | |
|---|---|---|---|
| Do you require a cheque book? | Yes | No | |
| With counterfoils? | Yes | No | |
| Do you require a paying-in book? | Yes | No | |

Signature


### Third Account Holder

**Full Name**


Address


Passport no. *                    Date of Birth


If you are opening a current account:

| | | | |
|---|---|---|---|
| Do you require a cheque book? | Yes | No | |
| With counterfoils? | Yes | No | |
| Do you require a paying-in book? | Yes | No | |

Signature


### Fourth Account Holder

**Full Name**


Address


Passport no. *                    Date of Birth


If you are opening a current account:

| | | | |
|---|---|---|---|
| Do you require a cheque book? | Yes | No | |
| With counterfoils? | Yes | No | |
| Do you require a paying-in book? | Yes | No | |

Signature


* We will require a sight of your current passport as identification.

## 5. TELEPHONE, ELECTRONIC MAIL AND FACSIMILE MANDATE

The Account Holder(s) hereby authorise(s) the Bank to accept | telephone/electronic mail/faxed instructions | purporting to come from | myself/ourselves |

*(please delete as appropriate) with the identification of* | |

*(insert codeword of your choice)* and to act for all banking purposes on these instructions.

In consideration of the Bank agreeing to accept such instructions the Account Holder(s) hereby undertake(s):

(a)  To indemnify the Bank from and against all actions, proceedings, costs, claims, demands, expenses or losses that the Bank may suffer or sustain by reason of or on account of having or not having accepted such instructions;

(b)  That the Bank shall be entitled to debit the Account Holder(s') account with the amount of any payments the Bank may make in respect of having accepted such instructions;

(c)  On demand to provide funds to meet all payments under such instructions.

Please sign here only if you wish to use this facility. All account holders must sign and use any codeword inserted above in all requests to the Bank.

*Account Holder's Signature*                          *Joint Account Holder's Signature*


*Third Account Holder's Signature*                   *Fourth Account Holder's Signature*


## 6. NO COMMUNICATION MANDATE

The Account Holder(s) hereby requests and authorises the Bank not to communicate with them in any way whatsoever nor to transmit to them any correspondence, statement of account or advice of any nature whatsoever except by the Account Holder making personal contact with the Bank, provided that you have made it a condition of opening an account in my/our name(s) that the Bank has an unfettered right to communicate with the Account Holder whenever and however it chooses.

In consideration of your continuing to grant banking services and facilities to me/us, I/we hereby jointly and severally undertake and agree to indemnify the Bank from and against all losses, costs, damages, expenses and demands of whatever nature which you may incur or sustain or which may result from you having so communicated or refrained from communicating with me/us.

The Bank may make a charge for this facility.

Please sign here only if you wish to use this facility. All account holders must sign.

*Account Holder's Signature*                          *Joint Account Holder's Signature*


*Third Account Holder's Signature*                   *Fourth Account Holder's Signature*


## 7. STATEMENT DATES AND FREQUENCY

I/we would like my/our statement prepared *(state frequency)*          On the following day(s) *(state day(s) of month if monthly)*


Address for despatch                                 Copy statement address *(if applicable)*


## 8. REFERENCES

It is the Bank's practice to obtain a reference on all new clients from existing or previous bankers and at the Bank's discretion, from suitably regulated professional advisers. Accordingly, all Account Holders must complete and sign the authorisation sheet enclosed. The Bank also requires the right to take a reference from a recognised Credit Reference Agency and the authority of all Account Holders is required for this purpose. If made, such enquiries would normally seek to confirm identity, address and credit status.

All Account Holders must sign.

*Account Holder's Signature*                          *Joint Account Holder's Signature*


*Third Account Holder's Signature*                   *Fourth Account Holder's Signature*

## 9. BANK'S DUTY OF CONFIDENTIALITY

The Bank has a duty of confidentiality to its clients. We will only disclose information about you and your financial affairs in the following four situations.

(a)   Where the Bank is required to disclose information by law;

(b)   Where the Bank has a duty to the public to disclose information;

(c)   Where the disclosure is necessary to protect the interests of the Bank; or

(d)   Where the client has consented to such disclosure.

Client Relationship Managers are the focal point of your relationship with SG Hambros Bank & Trust (Channel Islands) Limited. It is their responsibility to understand your present and future needs and to develop solutions for specific circumstances. In order to do this they may need, from time to time, to discuss your affairs with professionals in other companies with SG Hambros or other parts of the Société Générale Group, including our sister companies in Jersey with whom we work closely. This may also result in the marketing of other Société Générale services to you where these are appropriate to satisfy a need. We will only disclose information about you, your account, business or positions to a Group company for these above reasons if you give your consent in writing. If you wish to give such consent, please indicate below and sign to confirm your agreement.

You may discuss my affairs with the following:

Société Générale companies in any jurisdiction

Société Générale companies in the following jurisdictions:

UK

Guernsey

Jersey

Gibraltar

Bahamas

All signatories must sign.

*Account Holder's Signature*                                              *Joint Account Holder's Signature*

*Third Account Holder's Signature*                                        *Fourth Account Holder's Signature*

## 10. APPLICATION AND DECLARATION

I/we confirm that I/we have read this Account Application and the Bank's Standard Terms and Conditions for the Operation of Personal Accounts.

I/we confirm that the above details are true and correct to the best of my/our knowledge and belief. I/we agree to be bound by the Standard Terms and Conditions as they may be amended and notified to me/us from time to time.

*Account Holder's Signature*                                              *Joint Account Holder's Signature*

Date                                                                      Date

*Third Account Holder's Signature*                                        *Fourth Account Holder's Signature*

Date                                                                      Date

**BANK REFERENCE**

Name and Address of your Bank

Date

The Manager,

Dear Sir

**Re: Account Number**

Please accept this letter as my/our authority to provide SG Hambros Bank (Channel Islands) Limited, PO Box 78, SG Hambros House, 18 Esplanade, St Helier, Jersey JE4 8PR with the information they require for their status enquiry.

Please debit my/our above mentioned account with any charges that may be payable for providing this information.

Thank you for your prompt attention to this matter.

Yours faithfully,

*Account Holder's Signature*

*Please print name in full*

*Joint Account Holder's Signature*

*Please print name in full*

**MANDATE AUTHORISING THIRD PARTY TO OPERATE ACCOUNTS**

SG Hambros Bank (Channel Islands) Limited, PO Box 78, SG Hambros House, 18 Esplanade, St Helier, Jersey JE4 8PR

Account Holder(s)

We hereby authorise you until such time as I/any one of us shall give you notice to the contrary in writing to consider

Full name of authorised party                                  Second authorised party *(if applicable)*

(Whose signature appears below) as fully empowered by me/us:

1. To draw cheques on and/or make withdrawals from and/or give instructions to debit my/our said account or accounts.

*2. To draw sign accept and endorse bills and/or promissory notes and to arrange terms with you for negotiation or discount of any documents.

*3. To withdraw anything held by you by way of security and/or for safe custody collection and/or any other purpose whatsoever on my/our account.

*4. To charge pledge and deposit with you any of my/our property upon such terms as you may require to secure repayment to you on demand of all my/our liability(ies) and/or indebtedness to you whether present future actual and/or contingent including interest and other banking charges.

*5. Generally to act on my/our behalf in all matters of business with you.

* *(Points 2-5 may be deleted at the option of the Account Holder)*

And I/we request you to act on the above instructions and in particular to pay and honour all such cheques bills and/or notes as above mentioned notwithstanding that any such payment may cause my/our said account or accounts to be overdrawn or may increase an existing overdraft.

Specimen signature of the above named                        Second authorised party signature

Date                                                          Date

Signature(s) of all Account Holder(s)

NB. References and identification will be required in relation to all authorised parties unless they are otherwise known to the Bank.

**FINANCIAL PLANNING SERVICES**

Effective financial planning is key to the accumulation of your wealth and its protection. We can undertake either a detailed review of all aspects of your finances or, alternatively, focus on individual aspects that are relevant at any particular time.

Our advice is independent which means that we are not tied to any one provider but are able to select the most appropriate products and solutions for you from a wide range available in the marketplace.

If you are interested in finding out more about how we can help you, please indicate in the appropriate box(es) below.

**Trusts, Tax and Estate**
We are able to provide strategic advice, including where appropriate the use and administration of trusts. These may create effective and efficient solutions to mitigate taxes both onshore and offshore and with succession planning in mind, preserve wealth for future generations. We would work closely with your existing advisers where necessary, or introduce you to specialists for your preferred scheme.

Services are also offered for corporate clients, with the administration of corporate vehicles and companies. We additionally focus on the administration of charitable trusts, investment funds, employee benefit trusts and aspects of securitisation. Again, we would work with any existing advisers if necessary.

**Preservation of Wealth and your Will**
Successful Will planning, which may involve the use of trusts, has a wide range of benefits that can ensure both protection and long-term preservation of your wealth. Therefore, if you have not made a Will, or just as importantly, if your Will is not up-to-date, we can provide advice and a drafting service to ensure that your objectives and wishes are fulfilled.

In addition, our local associated Company can act as Executors and Trustees under a Will or provide professional support to individuals acting in this capacity.

**Retirement Planning**
This is an increasingly complex area of personal financial planning and one that requires careful consideration and attention. We can provide comprehensive advice to assist you in making appropriate arrangements to secure your financial well-being in retirement.

**Insurance-related Services**
Have you made full provision for the insurance of your own health and that of your family?

Do you have full cover for your property and possessions?

Do you wish to provide for the possibility of an inability to work caused by redundancy, critical illness or long-term disability?

Would you value a full appraisal of business insurance needs?

Would you value assistance with the planning and provision of school fees for your children or grandchildren?

POST

RECEIVED

Name: MR D P BENGIS

Client Number: 162779

Private Banker: MR A HOLLEY

| Client No. | 1 6 2 7 7 9 |
|---|---|
| Cabinet | PER |
| Doc Type | AGR |
| Doc Date | 6.10.08 |
| Pages (if more than one) | pls scan both sides |

**SG Hambros**



**SG**
Private Banking

SG Hambros provides a comprehensive range of investment services. Your private banker will need to gain a full understanding of your financial affairs, investment objectives and attitude to risk so that a portfolio of investments can be constructed to meet your specific requirements.

SG Hambros uses a system called 'Wealth Solutions' to assist in understanding and analysing your investment objectives and attitude to risk, and in producing investment recommendations for your portfolio. As part of the profiling process you will be asked to complete a comprehensive Wealth Solutions Questionnaire with your private banker. This will be used to generate your strategic asset allocation report. Your private banker will review this report with you to ensure that it accurately reflects your investment objectives and risk profile. This report will then be used as the basis for your investment profile (see page 4) which sets out the details of how your assets will be invested, including your chosen investment strategy (see page 3), if applicable.

This profiling will be carried out when you first open an investment services account (excluding execution services) with SG Hambros and will be reviewed with you on a regular basis to ensure your investment profile is kept up to date. It is, however, your responsibility to inform us in writing of any changes to your financial affairs, investment objectives or attitude to risk.

As part of the process of agreeing your investment profile, you will need to decide how involved you would like to be in the management of your portfolio. SG Hambros offers either managed (discretionary or non-discretionary) or non-managed (advisory or execution only) investment services. You may choose to use different services for different parts of your portfolio of investments. Separate accounts will need to be opened for each service selected.

You will appoint SG Hambros to manage your cash and investments on either a managed or a non-managed basis in accordance with the terms of your agreed asset allocation report and investment profile. Our relationship with you will be governed by the terms of this Investment Services Questionnaire and our Investment Services Terms of Business.

**Please note that the investment services offered by SG Hambros do not include the provision of financial planning services. If you require such services, please speak to your private banker.**

# Our Services

**Managed Investment Services**

Our managed investment services are designed to provide a full investment service for those assets that you do not wish to manage on a day-to-day basis yourself. All cash and investments we manage for you will be held either by ourselves or by our appointed agents.

### Discretionary Managed Service
Your portfolio will be actively managed, and we can change the investments within your portfolio to reflect our current market views. You authorise us to exercise our absolute discretion in the management of your cash and investments, with power to enter into any agreement about your account without further reference to you.

### Non-Discretionary Managed Service
The services described in the discretionary managed service section above are also available under a non-discretionary advisory mandate. Our recommendations on the sale or purchase of investments will be given to you within the guidelines and general policy agreed between us from time to time based on your strategic asset allocation report and investment profile, but no transactions will be entered into without your express authorisation. You may issue instructions to us at any time by letter, fax, email or telephone. However, we reserve the right to discuss these with you before acting upon them.

**Non-Managed Investment Services**

### Advisory Service
This service may be suitable for you if you recognise the advantage of receiving advice from time to time but wish to make your own investment decisions. You appoint us to provide you with investment advice on an ad hoc basis. This advice **may not** have regard to the ongoing composition of your portfolio or any taxation issues that may arise from your investment decisions. We will not take any responsibility for the ongoing management of your portfolio under this service.

### Execution Service
We are able to act on an execution-only basis for you. We will only execute a transaction on your behalf once we have received specific instructions from you to do so. We will not provide any advice on the merits of such transactions.

|  **Managed Investment Services** | | **Non-Managed Investment Services** | |
|---|---|---|---|
| YOUR PORTFOLIO | YOUR PORTFOLIO | YOUR PORTFOLIO | EXECUTION SERVICE — YOUR HOLDINGS |

As part of the managed investment services, SG Hambros provides investment strategies designed to meet the different investment objectives and, most importantly, the different risk profiles of our clients. Your overall investment objectives, which will be set out in your strategic asset allocation report, together with our views of the markets, will determine which investment strategy we recommend for you. Details of your investment strategy will be contained in your investment profile.

Benchmark Asset Allocation for Our Investment Strategies

The diagrams below set out the current benchmark asset allocation for each investment strategy. Your private banker will discuss these with you in detail.

**N.B.** The asset allocations shown in the diagrams below are indicative only and reflect the standard positions for each investment strategy. Deviations from the benchmark asset allocation will occur as a result of specific investment decisions or prevailing market and economic conditions. However, any such deviations will be designed to keep the portfolio risk consistent with your stated risk profile.

We reserve the right to change the benchmark asset allocation of a specific strategy as long as the risk attached to the revised investment strategy remains consistent with your overall objectives.

Larger portfolios may require a more bespoke approach that involves placing constraints on certain asset classes depending on individual requirements. Therefore, in addition to our investment strategies, we can offer individually tailored investment solutions that can exclude certain markets or sectors or we can provide guaranteed capital protection for investors averse to risk.

   Strategy 4    Strategy 7

**Bonds Portfolio**
no equities

**Defensive**
20% equities

**Income and Growth**
35% equities

**Balanced**
50% equities

**Capital Growth**
75% equities

**Aggressive Growth**
90% equities

**Absolute Return**
50% alternative

Key

  Cash
  Alternatives
  Bonds
● Equities

Please complete in **BLACK INK** and BLOCK CAPITALS.

### Investment Service Selection

**Please tick one or more of the boxes** relating to the service(s) you require:

| MANAGED INVESTMENT SERVICES | | NON-MANAGED INVESTMENT SERVICES |
|---|---|---|
| | | ● EXECUTION ONLY ✓ |
| Please complete Section 1a | Please complete Section 1b | Please complete Section 1c |

Mandate Allocation (excluding Execution Services)

Currency:                    Investment total:

Of which:          **Managed Investment Services:**

Discretionary (Section 1a)                    Amount:

Non-Discretionary (Section 1b)               Amount:

**Non-Managed Investment Services**

Advisory (Section 1c)                         Amount:

Strategy Type                                Base Currency Portfolio

Strategy 1: Bonds                    GBP*          EUR          USD          Other
Strategy 2: Defensive
Strategy 3: Income and Growth        *If you selected GBP, please choose one of the following:
Strategy 4: Balanced                     Domestic (may result in a higher exposure of UK equities within your chosen strategy)
Strategy 5: Capital Growth               International (higher international equity exposure than within the domestic option)
Strategy 6: Aggressive Growth
Strategy 7: Absolute Return              I/We require UK Capital Gains Tax reporting (clients of SG Hambros only)
Bespoke Strategies
     Date:                           Service(s) Required
     Ref:
For both Strategy 7: Absolute Return, and    Funds-based Portfolio
Bespoke Strategies, a minimum investment of  Direct PLUS Portfolio** (minimum £750k or equivalent)
£1 million or currency equivalent is required. Bespoke Portfolio (minimum £1 million or equivalent)

**Direct PLUS Portfolio includes the use of direct investments into individual stocks and bonds as appropriate.

Strategy 1: Bonds
Strategy 2: Defensive
Strategy 3: Income and Growth
Strategy 4: Balanced
Strategy 5: Capital Growth
Strategy 6: Aggressive Growth
Strategy 7: Absolute Return

Bespoke Strategies
    Date:
    Ref:

For both Strategy 7: Absolute Return, and Bespoke Strategies, a minimum investment of £1 million or currency equivalent is required.

| GBP | EUR | USD | Other |
| --- | --- | --- | --- |

*If you selected GBP, please choose one of the following:

    Domestic (may result in a higher exposure of UK equities within your chosen strategy)
    International (higher international equity exposure than within the domestic option)

I/We require UK Capital Gains Tax Reporting (Clients of SG Hambros Bank Limited only)

Funds-based Portfolio
Direct PLUS Portfolio** (minimum £750k or equivalent)
Bespoke Portfolio (minimum £1 million or equivalent)

**Direct PLUS Portfolio includes the use of direct investments into individual stocks and bonds as appropriate.

| GBP | EUR | USD | Other |
| --- | --- | --- | --- |

~~I/We require UK Capital Gains Tax reporting (clients of SG Hambros only)~~

## Special Instructions/Additional Information

Include investment restrictions as discussed with your private banker

## Derivatives Risk Warning

SG Hambros reserves the right to use derivative products, including transactions in futures, options and warrants, uncovered options sales and contracts for differences, in your portfolio in accordance with your asset allocation report and investment profile. For low-risk portfolios, the use of such products will be primarily for hedging purposes. With regard to these products, you will or may be liable to make further payments including margin calls (other than charges, and whether or not secured by margin payments) when the transaction fails to be completed or upon the earlier closing of the position.

**Please sign below to confirm that you have reviewed and accept the contents of the 'Warrants and Derivatives Risk Warnings' set out in Clause 31 of the Investment Services Terms of Business.***

*For customers of SG Hambros Bank & Trust (Bahamas) Limited, please refer to Clause 24 of the Investment Services Terms of Business.

Main Account Holder/Authorised Signatory

Signature

Date  19 09 2008

Joint Account Holder/Authorised Signatory (if applicable)

Signature

Date

## Valuations/Custody Statements

Valuations are performed on the basis of the mid-market closing prices in the market appropriate to the holding and the exchange rates at the close, either for the day of valuation or for the latest preceding dealing day.

We are under no obligation to provide you with any measure of portfolio performance although we will do this on a regular basis if agreed between us.

Custody statements, listing those investments held by SG Hambros on your behalf, will be provided on an annual basis or as requested by you in writing.

**Managed Investment Services**
You will receive a valuation on a quarterly basis, as at 31 March, 30 June, 30 September and 31 December, or in accordance with applicable regulatory requirements. Additional valuations can be provided but may be subject to an additional charge.

**Non-Managed Investment Services**
Valuations will be provided in accordance with applicable regulatory requirements. Additional valuations can be provided but may be subject to an additional charge.

## Communications

We may from time to time make unsolicited telephone calls to you, but will do so only where we judge this to be in your best interests and to be in accordance with the applicable regulatory requirements. Under normal circumstances we will not contact you where we provide a discretionary managed service, but we would expect to contact you from time to time as part of either the non-discretionary managed service or the advisory service. We will not contact you before 9 a.m. or after 9 p.m. (local time) or on Sundays, unless we have specifically agreed otherwise with you.

Please tick if you want us to contact you outside these times.

Please tick if you do not want us to contact you.

## Payments

Please indicate how income payments (e.g. dividends or interest) due to you should be treated, in the absence of alternative instructions:

Retain in portfolio

Transfer to SG Hambros bank account (bank details required)

**To SG Hambros**

I/We the account holder(s) hereby authorise you until such time as I/we shall give you notice to the contrary in writing to consider

| | |
|---|---|
| Name | Name |
| Address | Address |
| | |
| Postcode | Postcode |

(whose signature(s) appear(s) below) as fully empowered by me/us to give dealing instructions in relation to any investment and in respect of any corporate actions.

| | |
|---|---|
| Signature | Signature |
| Date | Date |

**N.B.** We require identification documentation, as detailed on page 1 of the Banking Services Questionnaire, for all authorised persons prior to any instructions being taken unless they have been previously supplied to us.

This section should only be completed where it has been agreed with the client that they will **NOT** complete a Wealth Solutions Questionaire.

**Reason for non-completion of Wealth Solutions Questionaire:**

Please select one of the options below to indicate which profile generally represents your attitude to risk.

### Low Risk

You are prepared to accept the possibility of some fall in the value of your investments in exchange for potential growth of both capital and income in the future.

You wish to hold most of your investments in the form of cash deposits and fixed-interest securities, but may be prepared to hold some equity-based investments, alternative investments and structured products.

Derivatives may be held for hedging purposes and to reduce the level of risk of the portfolio. You are aware that currency fluctuations may also affect the value of your investments.

### Medium Risk

You are prepared to accept the possibility of a fall in the value of your investments in exchange for the potentially higher growth of both capital and income than you could normally expect from cash deposits and fixed-interest securities.

To provide diversification, cash and fixed-interest investments, structured products, alternative investments and equities may be held.

Derivatives may be held for hedging purposes and to reduce the level of risk of the portfolio. You are aware that currency fluctuations may also affect the value of your investments.

### High Risk

Long-term growth is your main priority and you are prepared to accept a high degree of fluctuation in your capital.

You are prepared to accept short-term falls in the value of your investments in exchange for the potentially higher increases in value to be expected from investing a large proportion of capital in equities.

The portfolio may also hold alternative investments, structured products and other derivative-based products for hedging purposes and to reduce the level of risk of the portfolio.

You are aware that currency fluctuations may also affect the value of your investments.

**By signing this declaration:**

● I/We confirm that I/we have read and understood this Investment Services Questionnaire;

● I/We acknowledge that the investment services offered by SG Hambros do not include the provision of financial planning services;

● I/We confirm that all the details provided by me/us in this Investment Services Questionnaire are true and correct to the best of my/our knowledge and belief;

● I/We acknowledge receipt of the SG Hambros Investment Services Terms of Business and the strategic asset allocation report, and/or the investment proposal related to the bespoke portfolio, if applicable, and confirm that I/we have read and understood them and agree to be bound by them as they may be amended from time to time;

● I/We acknowledge that I/we have been provided with a schedule of the standard scale of charges.

Signature

Please print name in full

David Bengix

Date  19  9  2008

Signature

Please print name in full

Date

Signature

Please print name in full

Date

Signature

Please print name in full

Date

**N.B.** Identification documentation will be required for each joint account holder.

## Part 2 Declaration of Status

**US Withholding Tax - Declaration of Status** (to be completed by all parties to the account)

All clients are required to complete a Declaration of Status to confirm that they are not a 'US Person' in the eyes of the US Internal Revenue Service (IRS). If you answer 'No' to all the following questions, you must complete an IRS W-8BEN form, Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding, confirming your non-US status.

If you answer 'Yes' to any of the following questions, we will have to consider you as a 'US Person' for IRS tax purposes. We will then explain the specific rules that apply to your situation and the options available to you. This will include the completion of an IRS W-9 form, Request for Taxpayer Identification Number and Certification.

**N.B.** Where there are more than two parties to a joint account, each party must complete a separate Declaration of Status. A separate W-8BEN form must be completed by each party to the account.

Main Account Holder

Joint Account Holder (if applicable)

Please print name in full

Please print name in full

Account Number

Account Number

In connection with the requirements of the United States Withholding Tax Regulations, and in order to enable SG Hambros to correctly determine the status and qualification of the account holder(s) as either a 'non-US Person' or a 'US Person' under the Regulations, I/we the account holder(s) hereby confirm the following declarations to SG Hambros:

**Non-US Person Declaration**

| With regard to your account(s) with us, we request you tick the appropriate options below: | Main Account Holder | | Joint Account Holder (if applicable) | |
|---|---|---|---|---|
| Are you a US citizen? (Sole or dual citizenship, of which one is US citizenship) | Yes | No | Yes | No |
| Are you a US resident alien? (Lawful permanent resident, e.g. 'green card holder' or substantial physical presence in the United States in the current and previous two years) | Yes | No | Yes | No |
| Are you a US taxpayer for any other reason? (e.g. dual resident, spouse filing jointly, resconding US citizenship of long-term residency) | Yes | No | Yes | No |

**Beneficial Ownership**

I/We hereby declare that I am/we are the beneficial owner(s) of the assets and income to which this form relates.

**Change of Circumstance in Status as a Non-US Person**

I/We undertake to notify SG Hambros if my/our status as (a) 'non-US Person(s)' changes to the status of (a) 'US Person(s)'.

Main Account Holder

Joint Account Holder (if applicable)

Signature

Signature

Date

Date

Department of the Treasury Internal Revenue Service

**Do not use this form for:**

**Instead, use Form:**

- A US citizen or other US person, including a resident alien individual

  W-9

- A person claiming that income is effectively connected with the conduct of a trade or business in the United States

  W-8ECI

- A foreign partnership, a foreign simple trust, or a foreign grantor trust

  W-8ECI or W-8IMY

- A foreign government, international organisation, foreign central bank of issue, foreign tax-exempt organisation, foreign private foundation, or government of a US possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b)

  W-8ECI or W-8EXP

  **Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

- A person acting as an intermediary

  W-8IMY

**Part I Identification of Beneficial Owner**

1  Name of individual or organisation that is the beneficial owner

2  Country of incorporation or organisation

3  Type of beneficial owner

| | | | | |
|---|---|---|---|---|
| Individual | Corporation | Disregarded entity | Partnership | Simple trust |
| Grantor trust | Complex trust | Estate | Government | International organisation |
| Central bank of issue | Tax-exempt organisation | Private foundation | | |

4  Permanent residence address (street, apt. or suite no., or rural route)
   Do not use a PO Box or in-care-of address

   City or town, state or province
   Include postal code where appropriate

   Country (do not abbreviate)

5  Mailing address (if different from above)

   City or town, state or province
   Include postal code where appropriate

   Country (do not abbreviate)

6  US taxpayer identification number,
   if required                                    SSN or ITIN          EIN

7  Foreign tax identifying number, if any (optional)

8  Reference number(s)

continued overleaf

11

## Part II Claim of Tax Treaty Benefits (if applicable)

9  **I certify that** (check all that apply):

a  The beneficial owner is a resident of ............................................................................................................................ within the meaning of the income tax treaty between the United States and that country.

b  If required, the US taxpayer identification number is stated on line 6.

c  The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits.

d  The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a US trade or business of a foreign corporation, and meets qualified resident status.

e  The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  **Special rates and conditions** (if applicable): The beneficial owner is claiming the provisions of Article.......................... of the treaty identified on line 9a above to claim a ............... % rate of withholding on (specify type of income): ..............................
Explain the reasons the beneficial owner meets the terms of the treaty article: .......................................................
.......................................................................................................................................................................

## Part III Notional Principal Contracts

11  I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

## Part IV Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

I am the beneficial owner (or am authorised to sign for the beneficial owner) of all the income to which this form relates;

The beneficial owner is not a US person;

The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income; **and**

For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorise this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign here**

Signature of beneficial owner
(or individual authorised to sign for beneficial owner)

Date

Capacity in which acting

| PRIVATE BANKING BUSINESS KYCB RISK ASSESSMENT - INDIVIDUALS Version 2012 - 01 : 19/03/2012 | SYNERGY INDEX | Cabinet: Client Doc Type: KYCC |
|---|---|---|
| | Bank Client No. | 162779 |
| | Doc Date | 26 October 2012 |

| Full names of ALL parties to Account | ~~PAUL .~~ MR DAVID BENGIS | CLIENT No. 162779 |
|---|---|---|

| Question | Answer | Risk | | | |
|---|---|---|---|---|---|
| 1 Is this the first Risk Assessment carried out on this Client Account? | No | | | | |
| 2 What was the PREVIOUS Risk Level of this Client Account? | High | | | | |
| 3 According to SGH policy regarding verification of client identity and address (IDV/ADV), have **ANY PARTIES** to the Account **NOT** been **FULLY IDENTIFIED** ? | No | | | | |
| 4 Is **ANY PARTY** to the Account (incl. holder of 3rd party mandate) a Politically Exposed Person (PEP) or associated Person? | No | | | | |
| 5 Question 5 does not require answering | | | | | |
| 6 Is the Account 'Hold Mail'? - The *indefinite retention of client correspondence, where the client has no intention of receiving or collecting such correspondence."* | No | Client is High Risk | | | |
| 7 Is **ANY PARTY** to the Account resident of, have business interests in, or Source of Wealth originating in, a High Risk Country (see list on SharePoint)? | No | Provide full details of High Risk reason in COMMENTS box below | | | |
| 8 Does **ANY PARTY** to the Account have an involvement in, or a Source of Wealth derived from, a high risk/sensitive business activity? | No | | | | |
| 9 Is there any other reason why you would consider this Account as Higher Risk? | No | | | | |
| 10 Is there any other reason why you would consider this Account as High Risk? Examples include: Ongoing/potential litigation, Subject to a Court Order, Serious client complaint, Fees outstanding, Complex Structure | Yes | | | | |
| 11 What is the **Account Holder's** Nationality? | SOUTH AFRICA | | | | MEDIUM |
| 12 In which country does the **Account Holder** live? | UNITED KINGDOM | | | | LOW |
| 13 From which country has **Account Holder's** wealth been derived? | UNITED KINGDOM | | | | LOW |
| 14 From what activity has the **Account Holder** accumulated their wealth? | Property Sale | | | | MEDIUM |
| 15 What is (or will be) the asset value of the **Account**? | under £500k | | | | LOW |

Risk Level excluding Automatic High Risk Questions    LOW Risk

| Client Risk    Client is HIGH Risk - Input Olympic AN code 127 /L | Next Risk Assessment due by *    26 October 2013 |
|---|---|

\* Unless any one of the following events occur first, in which case the Risk Assessment must be updated immediately:
A change our relationship with the Client(s) – for example: value of AUM resulting from new assets introduced/purchased or assets sold/distributed; a change in investment policy; a change in banking relationship (incl. opening a new 'root'); the possibility of litigation or similar; potential financial/reputation risk to SGPBH, etc.
A change in the structure of the Account. This may include the addition/removal of a party to the account, granting of a 3rd party mandate etc.
A change the circumstances of any party to the Account (incl. 3rd party mandate holder etc) - the change being something that would have a material impact on the KYCB Risk Assessment, for example a change in residence/domicile, business interests, becoming/ceasing to be deemed as a PEP, change is SGPBH Country Risk etc.

**COMMENTS BOX**
FAMILY CONNECTION
Additional comments regarding answers to this Assessment

**CERTIFICATION BY THE PERSON COMPLETING THIS RISK ASSESSMENT**
I confirm that I have carried out the Anti-Money Laundering and Countering the Financing of Terrorism Client KYCB in accordance with SGPBH Group Procedures. Furthermore I confirm that this Risk Assessment is based on information provided by or on behalf of the Client and I have no reason to doubt its accuracy.

| *K Osmand* | Kathryn Osmand - Private Banking Assistant | 22.10.12 |
|---|---|---|
| Signature of person completing this Assessment | Name and Job Title | Date |

**CRM CONFIRMATION** - Required where Assessment has not been completed by the CRM who has prime responsibility for this client

| | Anthony Holley - Senior Private Banker | 22.10.12 |
|---|---|---|
| CRM signature | Print name | Date |

**Additional sign-off requirements**
All new High or Higher Risk business must be taken to a New Account Opening Committee/High Risk Committee for acceptance.
Refer to SGPBH SharePoint\Policies & Procedures\Anti-Money Laundering\AML CFT Guidance Note 2

High Risk business must be signed off by a Director of SGH (local policy defines who can sign as a 'Director') AND signed by local MLRO

Adrian Rowland
Authorised Signatory

| High Risk - Director must sign | 26/10/12 | | Director | Date |
|---|---|---|---|---|

SG Hambros Bank (Channel Islands) Limited

Taruna Pereira
Compliance Officer

**ALSO** - This form must be signed by AML Compliance
Olympic Agreement 010 input and WorldCheck search done

6/11/12
AML Compliance Signature, name and date
S G Hambros Bank (Channel Islands) Limited

| SYNERGY INDEX | Cabinet | CLIENT | Doc Type | KYCC | Doc Date | Client Number |
|---|---|---|---|---|---|---|
| | | | | | | |

## CUSTOMER DUE DILIGENCE - KNOW YOUR CLIENT'S BUSINESS ("KYCB") PROFILE

The purpose of this form is to assist SG Hambros and its employees to carry out their responsibilities to deter money laundering.

KYCB data should be completed in full as part of the New Client Acceptance process. However, **this is a 'living' document** and must be updated on an ongoing basis so as to detail the present relationship with and status of our Client. As changes occur, this document must be updated and saved. Whenever updated, **a copy should be printed and scanned into Synergy.**

| Full Name of Account: | MR DAVID PAUL BENGIS |
|---|---|

| | |
|---|---|
| 1.   Details of last client contact<br><br>*Including details of:*<br><br>*Date, Time, and Method i.e. phone/meeting* | DAVID BENGIS IS IN ALMOST DAILY CONTACT WITH US BY E-MAIL PREDOMINANTLY AND BY PHONE.  TONY RECENTLY MET WITH DAVID IN LONDON ON 05.10.12 (WITH TARLY BOLLA)<br><br>E-MAIL 23.10.12 @ 10.57am |
| 2.   What was the source of this business?<br>*Another client, a professional firm, response to an advertisement etc* | KEVIN GOLD FROM MISCHON DE REYA SOLICITORS GAVE US THE INTRODUCTION |
| 3.   Why SGPBH & this jurisdiction?<br>*A brief Indication of the rationale behind this account being opened with SGH – why is the business coming to us?*<br>*Provide a separate file note if required* | EXISTING ACCOUNTS HERE |
| 4.   State the occupation(s) / nature of business of the Client(s)<br>*State the Client(s)' occupation. Terms such as Director/Consultant need expanding to give detail what the client actually does. (i.e. what the client physically does that has enabled them to accumulate their income and wealth)* | RUNS THE PRIVATE FAMILY WEALTH AND HAS INVESTED IN A US START UP WHICH SPECIALISES IN ELECTRONIC ADVERTISING IN RETAIL OUTLETS |
| 5.   Name & address of Employer(s)<br>*State Employer's full name & address.*<br>*If the client is self employed or a Director of their own company insert the firm / company name and trading address of the business* | N/A |
| 6.   Annual Salary(ies):<br>*Detail the Client(s') income from employment. If self-employed state the businesses turnover and support with most recent annual accounts where possible* | RECEIVES APPROX $150K PER QUARTER FROM FAMILY TRUST FOR RUNNING WEALTH |
| 7.   Amount & Source of <u>other</u> annual income:<br>*Detail the Client(s') income from all other sources including the origin of this income. (I.e. bonus, bank interest, dividends etc.)* | CAPITAL DISTRIBUTIONS FROM PEARL INVESTMENTS |
| 8.   What is the Amount of the initial Source of the Funds being remitted to open this new account?<br>*State the Amount, the Name of the Remitter, the Bank and Country that will be remitting the initial funds.*<br>*If it is not in the same name as the Client, fully explain the reasons for 3rd party involvement. If securities, state the name the securities are held in and the originating broker details* | PROCEEDS FROM SALE OF PROPERTY - $509,558.70 |

| | |
|---|---|
| 9.  What is the Source of Wealth ("SoW") of the Client(s)? *SoW - the activities which have generated the total net worth of a person i.e. those activities which have generated a customer's funds and property.* *Information concerning the time frame over which that wealth was generated and the geographical sphere of the activities that have generated the wealth may also be relevant.* *Full details are required – bland terms such as "Sale of Business"; "savings", "Inheritance" or "earned" are not enough and need to be expanded upon, such as "life time savings of Mr X, who was a London lawyer".* *Provide a separate file note if required.* | SALE OF PROPERTY |
| 10.  How was the SoW verified? *Where appropriate, documentary evidence should be provided supporting the information provided by the Client* *Refer to the Source of Wealth Matrix – available on SGHambros online* | BILL OF SALE RECEIVED AS PROOF OF SALE OF PROPERTY |
| 11.  What Services are being/to be provided by SGPBH? *Fully list the products and service the client requires from SGH.  This will help determine the level of KYC information required.  If in doubt refer to your MLRO.* *i.e. Services - Bank Account, Credit, Investment and Trust* *Products – Visa Card, Structured Notes, E-banking* | BANKING INCLUDING DEBIT CARD AND CHEQUE BOOK |
| 12.  Estimated Account Activity: *State the amount and frequency of all anticipated client-instigated transactions. Ignore transactions such as fees, interest, dividends, fixed rollovers etc.* **Do not use bland statements such as "frequent" or "infrequent".** | QUARTERLY DISTRIBUTION RECEIVED FROM PEARL $37,500.00 S/O PAID MONTHLY £7,000 TO HIMSELF AT HSBC AND £3,000 TO HIS WIFE AT HER ACCOUNT AT HSBC DEBIT CARD TRANSACTIONS –DAILY |

| 13. Value range of transactions: *This information will assist in identifying any unusual transactions.* **Estimated** value ranges: *To be completed at client take-on.* **Actual** value ranges: *To be updated whenever Profile is reviewed. Indicate the value of transactions from the last to the current review* | *Indicate the maximum value of anticipated transactions.  Be as accurate as possible - i.e. if you know the only income received is monthly rental income of £10K, put up to £10K.* | | | |
|---|---|---|---|---|
| | **Incoming Funds** | | **Payments out** | |
| | Up to:    $400K | | Up to:    $200K | |
| | **Review period**    From:  OCT 2011 | | To:    OCT 2012 | |
| | **Inward**    Low    £5,567.00 | | High    £64,967.00 | |
| | **Outward**    Low    £0.60 | | High    £19,000.00 | |

| | |
|---|---|
| 14.  Detail any anticipated cross-border financial transactions (payments and receipts) *Detail the amount, beneficiary/remitter, country and purpose of any payments/receipts to/from* **outside the jurisdiction in which the account is to be maintained**. | NONE |

| 15. Other Bankers | HSBC |
|---|---|
| *List all other banks with which the client has dealings* | LONDON SORT CODE 40-01-06 |

**16. NET WORTH:** Provide full details of the client's worth (use a separate statement of assets & liabilities if required) – this not only determines if the client is criteria & what services can be explored, but gives an idea of expected transactions.

| **Assets (£)** | Cash & bank | $500,000 | Stocks & Shares | | Properties | |
|---|---|---|---|---|---|---|
| | Other Assets | | Other Assets | | **Total Assets** | **$500,000.00** |
| **Liabilities (£)** | Mortgages | | Other Liabilities | | **Total Liabilities** | |
| | | | | | **Net Worth** | **$500,000.00** |
| **Comments regarding Net Worth** | | | | | | |

**17. Connected accounts**
List all other accounts held within the SG Hambros Group that are connected to this Client.
If there are more than 10 connected accounts, continue on a separate sheet, using the same format as below.

| SGH Jurisdiction | Name of connected Client | Client No. | Relationship to this Client | Olympic RE code |
|---|---|---|---|---|
| JERSEY | Ms Lana Rubinstein | 190233 | Family Connection | 202 |
| Jersey | Ms Gabi Bengis | 189421 | Family Connection | 202 |
| Jersey | Pearl Investments Trading Ltd | 381950 | Beneficial Owner of | 013 |
| Jersey | Armine Investments Ltd | 381969 | Family Connection | 202 |
| Jersey | Evolution Partners Inc | 207330 | Family Connection | 202 |
| London | Mr David Bengis | 189952 | Same Beneficial Owner | 013 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**18. Any other pertinent information**

David and his family will be relocating to the UK. He is being advised by Kevin Gold with regard to Business Opportunities. One area of consideration is storage. TH will meet once in the UK

In 2007, David undertook an immigration investment via SGH in London to qualify under the investor category. He was advised by Jennifer Lamb at Mishcon.

2008 – Regularly meet up with David to review the family portfolio (pearl 381950)

June 2009 – In regular contact with David by e-mail, telephone and fax including meetings in London. Funds due in from Mischon De Reya of approximately $2million.

November 09 - Arranged to meet up with DB in London as his father AB was in town.

AB spending time between USA, London, Israel and SA and uncertain as to where he will eventually 'lay his hat' albeit enjoying the travel at this time. AB looked in good health as been a while since we last met.

CC reviewed Pearl and Peal 2 investment portfolio's which had gone from strength to strength in 2009. The investment strategy of the family was re confirmed as using high yielding, investment grade where possible corporate paper with the goal of using the cashflow to re invest and/or cover any borrowing costs if leverage in play at the time. AB confirmed too much reliance had been paid on leverage during 2006 - 2009 and was keen to reduce and get back to basics.

All equity positions should be sold over the following months with CC tasked to review and recommend exit strategy to obtain best value. Funds to be re invested into the tried and tested approach above. Furthermore an element of house keeping/profit taking on the bond side was warranted with instructions received to sell the Morgan Stanley paper in Pearl and Tristan Oil in Pearl 2 - CC to use suitable limit prices to exit.

The subject of the Julius Baer (JB) portfolio came up as it is clear that the family intend to exit all ties. Current position is USD 56M Bonds, USD 12.5M cash and borrowing of USD 41M (LTV 60%). If the cash were to be used to repay debt then the LTV would fall to 50%. TH had embryonically discussed with Chris Whur prior to departure who on a credit perspective had confirmed figures were within tolerance for SGH to consider taking on the portfolio/debt. Naturally SGH would require more in depth analysis of the Bond portfolio including average and specific credit rating, duration, country risk etc. It should be noted that the family are seriously contemplating a more radical overhaul which would see the borrowing reduce to c USD10M level.it is expected that this exercise will be carried out during Qtr 4 with a fresh start Qtr 1 2010.

AB/DB wished to understand whether SGH would have the capability to manage and CC advised yes on the basis of tapping into DB's emerging market bond guru at Pembroke Capital in London.

My feeling is that AB/DB will split the JB portfolio 50/50 and place with two houses to gain diversity. A new relationship has recently been established with Bank Hapoalim in London/CI.

Thereafter we wandered over to Shepherd Market and enjoyed lunch at Restaurant Iran.

January 10 – In regular contact with David by telephone and e-mail. See above update in Nov 09. Portfolio transfer from Julius Bar in the name of Nashglobe Business SA in final stage, albeit a few problems encountered with JB. In the next few days we should be at the point where we can press the button to receive the stocks in against payment. Account continues to run in-line with expected activity.

February 2010

Overview

Nashglobe

| | | | | |
|---|---|---|---|---|
| Portfolio | - | $36M | Portfolio rec'd Jan 2010 from BjB Zurich | |
| | estimated income $2.5M pa | | | |
| Loan | - | $11.2M | | |

Pearl 1

| | | | | |
|---|---|---|---|---|
| Portfolio | - | $9.8M - | 2009 performance + 41.41% | estimated |

```
income $670K pa
Loan          -      $2.65M

Pearl 2

Portfolio     -      $2.89M        -     2009 performance + 116.98%
      estimated income $292K pa
Loan          -      $1.39M        -     Secured against Pearl 1

D Bengis LDN  -      J1M      -     Immigration investment maturing Dec 2011

D Bengis JSY  -      J30k

Reva Goldblum-       $1.3M -      Mum

Gabi Bengis -        $107K -      Sister

Lana Rubstein -      $35K    -      Sister
```

Following the successful capture of the Nashglobe portfolio and loan from BJB in Zurich during January, CC and I visited DB to review the portfolio and associated accounts which form part of the 'Bengis relationship'.

After meeting at the Hotel, CC, DB & TH went on to Da Corradi in Shepherd Market for a breakfast meeting. DB was pleased that the process from BJB to SGH had gone through smoothly after a number of initial 'challenges' and was relieved to be finally away from BJB with whom the family are still involved in litigation following the forced liquidation of part of the portfolio back in late 2008/early 2009. CC & DB went through the Nashglobe portfolio line by line, highlighting a number of issues to be sold, others to top up and new positions to take as the portfolio had been effectively in limbo for some months. CC phoned the orders through to Damien Maltwood which generated some $10k in trading commission (agreed bespoke tariff of 0.25%).

We then collectively reviewed Pearl 1 & 2 which had both enjoyed stellar years. it should be noted that Pearl 2 has a more 'toxic' flavour so volatility will be the name of the game; albeit all issues continue to pay coupons in time which is encouraging. For this reason, P 2 is omitted re security for loans.

P 1 & P 2 loans are set to roll up debit interest whereas the Nashglobe portfolio is set up to distribute USD income to the loan account, which over time will reduce indebtedness considerably

Business potential

1. David is currently renting a hose in Belsize park for c J10k per month. He has decided to purchase a properly, namely 7 Perceval Avenue for a consideration of J3.825M. SGH had provisionally provided approval to finance (Chris Whur & Mike Allen) at indicative terms/pricing of :-

* 1st charge over property          -      (LTV 60%0   -    J2,295M    Libor + 2% re property
* Increase  Nashglobe facility      -                  -    J1,530
       Libor + 1% re portfolio
* 0.25% arrangement fee

There was initially uncertainty as to whose name the property would be purchased and the currency however after guidance from Andrew Saville at Mishcon de Reya (family lawyers) it has been decided to structure the borrowing in David's name and in GBP. Furthermore

* J8K pm repayment to be made by DB

- J1M+ capital repayment from Immigration investment upon maturity in Dec 2011.

Mishcon will be acting for DB and completion is expected end of April.

2.    David then took CC and I to meet with his new Trustees - InTrust who are based at 38 Wigmore Street and were formed following an MBO from Levy Gee some 7/8 years back.The Structure will be administered out of their Geneva office and overseen/managed by Karine Lebocey. The family have decided to move from First Advisory in Liechtenstein for a number of reasons including the ongoing issue with BJB, jurisdictional challenges in Liech and lack of service.I discussed the requirements with Karine re the change over and agreed to drop her an email.

In addition to Karine, I also met up with Irene Potter who is a Barrister/Director with the goal of establishing business flow opportunities.

| Type of contact: e.g. meeting, telephone | Meeting | Date: 25th May 2010 | Time: 11am |
|---|---|---|---|
| Client: | David Bengis and associated entities | | |
| Risk profile:  (if applicable) | Aggressive | | |

If risk profile has changed a new WS. MUST BE COMPLETED and document the reasons for change and required actions regarding client holdings below in "Investment Needs".

| Attendees:  (if applicable) | David Bengis (DB) Tony Holley (TH) & Chris Chambers (CC) |
|---|---|
| Place:  (if applicable) | 6 Wychombe Studios, Belsize Park (DB residential home - rented) |

| Purpose of Contact: | Investment review<br><br>Structure review |
|---|---|
| **Investment Needs**<br>N.B. Before giving Investment advice, has the RM checked with the client for any changes in customer's circumstances and/or investment preferences that could impact the advice given?<br>☐YES ☐ NO (check as appropriate) | CC manages family assets (Pearl & Nashglobe) via Advisory managed mandates.<br>DB is nominated Investment Adviser<br>Investment rationale is cash/dividend flow via a diverse spread of investment and junk debt.<br>CC reviewed portfolio's which had enjoyed a tremendous 2009 and 2010 ytd |
| Service Requirements:<br>Include any comments / feedback on service from client re TCF | DB fully appreciates our offering and ethos, hence recent move of substantial assets from BJB to SGH. |
| Cross-sell Opportunities:<br><br>e.g. does the client have a card, fiduciary needs etc. | We are in process of drawing down a loan of £4.2m i.n.o Evolution to assist DB purchase a UK property in Belsize park.<br>Security being 1st charge on property and guarantee from Pearl |
| Other | |

| (e.g. Competitive Activity): | |
|---|---|
| Business Update: | DB & family in litigation with BJB re mismanagement of portfolio whilst in Zurich. Claim is for USD 12M although expect to negotiate/settle out of court.<br>Essentially BJB allowed gearing of 9 x and then pulled plug without any supporting documentation or consultation |
| Personal and Family Update: | Noah (daughter) is 10 and attends American School in London |

July 2010

In regular contact with Mr David Bengis, by e-mail, fax, phone and in person. Mr David Bengis visited the island in April 2010 to attend our Private Client Dinner. He stayed at the Atlantique Hotel and Tony Holley had a meeting with him the following morning. Chris Chambers looks after the Pearl Accounts and regulary meets with David. Recently carried out some forward FX contracts. Account runs in line with expected activity.

| Type of contact:<br>e.g. meeting, telephone | Meeting | Date: 23rd<br>September 2010 | Time: 12 |
|---|---|---|---|
| Client: | Pearl Investments/David Bengis | | |
| Risk profile: (if applicable) | Aggressive | | |

If risk profile has changed a new WS. MUST BE COMPLETED and document the reasons for change and required actions regarding client holdings below in "Investment Needs".

| Attendees: (if applicable) | David Bengis (DB), Chris Chambers (CC), Tarly Bolla (TB) & Tony Holley (TH) |
|---|---|
| Place: (if applicable) | Venetti, 10 Wigmore St |

| Purpose of Contact: | Investment review/update |
|---|---|
| **Investment Needs**<br>N.B. Before giving Investment advice, has the RM checked with the client for any changes in customer's circumstances and/or investment preferences that could impact the advice given?<br>☐YES ☐ NO (check as appropriate) | 381950 - Managed Advisory - +15.64% (average yield 6.75%) |
| Service Requirements:<br>Include any comments / feedback on | Arrange for Evolution Partners (207330) to receive monthly statemets |

| | service from client re TCF |
|---|---|
| **Cross-sell Opportunities:**<br><br>e.g. does the client have a card,<br>fiduciary needs etc. | Phoenix note idea put forward in view of high income thematic. DB to consider |
| **Other**<br>(e.g. Competitive Activity): | DB advised that BHI (Bank Hapoalim Int) in Jersey is to close so is considering a new relationship in Switzerland to act as the 2nd Investment Manager/Banker to the family. Rationale being diversity of institution/strategy and legal system.<br><br>In the interim SGH may well receive further AUM's to 'baby sit'. |
| **Business Update:** | DB unsurprisingly happy with performance which has boosted the asset value to $47.2M. Investment rationale remains, namely high yield via the corporate bond arena. Predominant exposure is toward emerging market although portfolio recently has been de risked via inclusion of higher grade paper such as HSBC 5% 2020 for which $1M was invested.<br><br>Income of $3.2m expected from the portfolio which is used to service debt (gearing) and then re invest back into the portfolio.<br>DB wished to say good bye to CC as the relationship has gone from strength to strength over the last 8 years or so; so much so that they should be considered friends. CC explained reasons for his departure and then both TH & CC introduced TB as the interim contact until a formal replacement is found. TH confirmed he would continue to play an active part in the overall relationship.<br><br>DB confirmed to TB that it his ultimate decision as to what to invest/sell etc albeit would appreciate frequent and regular dialogue as to new issues/ideas etc.<br><br>TH provided DB with an overview of the LTV of the portfolio and highlighted those holdings for which no LTV is available. DB is keen to consider further gearing so invariably will look to improve the quality of the overall portfolio (as evidenced above with HSBC) as a means of achieving this goal. |
| **Personal and Family Update:** | Arnie (dad) to spend more time in the UK. Currently going through a divorce in the US.<br><br>DB to hire a villa on Isle de Ray during Summer of next year and extended an invite to TH to visit. |

|  |  |
| --- | --- |

| Type of contact:<br>e.g. meeting, telephone | Meeting | Date: 23rd November 2010 | Time: 1.30 |
| --- | --- | --- | --- |
| Client: | Pearl (381950) | | |
| Risk profile:  (if applicable) | Aggressive | | |

If risk profile has changed a new WS. MUST BE COMPLETED and document the reasons for change and required actions regarding client holdings below in "Investment Needs".

| Attendees:  (if applicable) | Arnie Bengis (AB), David Bengis (DB), Tarly Bolla (TB) & Tony Holley (TH) |
| --- | --- |
| Place:  (if applicable) | Hilton, Half Moon St – Mayfair followed by lunch @ The Market Brasserie, Shepherd Market. |

| Purpose of Contact: | Investment review |
| --- | --- |
| **Investment Needs**<br>N.B. Before giving Investment advice, has the RM checked with the client for any changes in customer's circumstances and/or investment preferences that could impact the advice given?<br>☐YES ☐ NO (check as appropriate) | Portfolio – USD 48M +15.42% ytd<br>Borrowing – USD 12.3M, EUR 1M & GBP 4.2M |
| Service Requirements:<br><br>Include any comments / feedback on service from client re TCF | |
| Cross-sell Opportunities:<br><br>e.g. does the client have a card, fiduciary needs etc. | |
| Other<br>   (e.g. Competitive Activity): | Following departure of Chris Chambers to ABN and imminent closure of BHI in Jersey, family have decided to move assets |

| | |
|---|---|
| | from BHI to ABN.<br><br>Both DB and AB confirmed portfolio at SGH is not under pressure as family always wish to retain two managers to diversify risk |
| Business Update: | Portfolio growth of $5M ytd with an estimated income of $3.4M pa. Unsurprisingly both AB & DB happy.<br><br>TH provided DB & AB with a comprehensive and up to date LTV/country risk review which has seen the ratio increase from 45% to 49.78% due to a de risking of the portfolio over the past 6 months or so.<br><br>TB took the opportunity to discuss the lack of new issues with an acceptable yield, for example we are seeing sub investment grade paper yielding 5%. It was collectively felt that now is not the time to chase new issues, and concentrate on de leveraging the main portfolio. At some stage when yields narrow the reverse will be true.<br><br>With the later AB & DB enquired about our leverage capability. Essentially they would like to take up 3 new line's of GBP, USD & EUR 1M each (either new money or existing holdings) and leverage up to 3-4 times which would equate to a pot of 4 – 5 m per currency. This will have the effect of reducing the leverage in the main portfolio and taking a more concentrated position with a few specific plays.<br><br>I confirmed that leverage is an area of expertise and the multiple would come down to a number of factors, namely credit rating, length of maturity and country risk i.e. the greater the quality the higher the leverage and vice versa. DB to revert with more concrete ideas and TH to speak with Credit to obtain guidance/matrix. |
| Personal and Family Update: | AB in good health renting a house in Belsize Park. Likely to spend 3 months in UK plus time in US and SA |
| Follow-up Actions: | Obtain matrix/gearing guidance from Credit |

In regular contact with David Bengis by telephone, fax and e-mail.  Account continues to run in line with expected activity.  David recently introduced his friend, Mr Avin Lieberman to SG.  Mr Lieberman has opened an account and we are in the process of opening the portfolio account to start trading.

Oct 2011

In regular contact with David Bengis by telephone, fax and e-mail.  Gearing 2 signed off by Paris for $13.5million. Sale of Property in Florida over Biema Holdings for $1.2M – funds due in shortly.

**KYCB Profile updates – record of any updates to the original Profile**

| Date | Updated by | Record of significant changes made |
|------|-----------|-----------------------------------|
| 22.10.12 | Kathryn Osmand | Account continues to run in line with expected activity. David is regular contact (almost daily) by e-mail or phone. House purchased recently in Hawaii by all three siblings, David, Gabi and Lana as a combined investment. David receives a quarterly distribution into his account from Pearl Investments Ltd. Tony Holley and Tarly Bolla met with David Bengis and his father Arnie Bengis on Friday 5th October 2012. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Forward this form and all required attachments to Middle Office*

**Middle Office/Operations – Olympic input sign-off for KYC renewals only. (Initial KYC risk codes are input from account opening forms).**

Arrange for relevant 'AN' code to be updated in Olympic with the next review date shown on the Risk Assessment Form.

| Input by | Print Name | Signature | Date |
|----------|-----------|-----------|------|
| | PAULA APPERLEY | P Apperley | 6/11/12 |

**OSMAND Kathryn**

noted

On 23 Oct 2012, at 10:52, OSMAND Kathryn wrote:

> Dear David
>
> We have effected a transfer today from Pearl USD to Armine GBP for £15k to cover the Amex Payment @ rate of 1.6086.
>
> Kind Regards
>
>
> Kathryn Osmand
> Private Banking Assistant
> Private Banking
> SG Hambros Bank (Channel Islands) Limited
> 18 Esplanade, St Helier, Jersey, JE4 8PR
> Tel.: +44 (0) 1534 815 413
> Fax: +44 (0) 1534 815 640
> kathryn.osmand@sghambros.com
> www.privatebanking.societegenerale.com/hambros
>
>
> Global Wealth Manager of the Year - IC/FT Wealth Management Awards
> 2011 Best Wealth Manager for Alternative Investments - IC/FT Wealth
> Management Awards 2009 UK's Best Private Bank for its Offer in
> Structured Products - Euromoney 2010, 2009, 2008, 2006 UK's Best
> Private Bank for Equity and Forex/Rates Derivatives - Euromoney 2010
>
>
>
>
> -----Original Message-----
> From: BENGIS [mailto:bengis2012@gmail.com]
> Sent: 22 October 2012 13:34
> To: Potter Irene
> Cc: OSMAND Kathryn
> Subject: american Express
>
>
>
> SG Hambros Bank Limited is authorised and regulated by the Financial Services Authority.
>
> SG Hambros Bank (Channel Islands) Limited is regulated by the Jersey Financial Services Commission for Banking, Investment, Fund Services and Money Service business, and by the Guernsey Financial Services Commission for Banking and Investment business.
>
> SG Hambros Bank (Gibraltar) Limited is regulated and authorised by the Financial Services Commission, Gibraltar.
>

# Bengis relationship

## History

## 2002

- 02/02 -      Initial introduction received from Kevin Gold, Managing Partner, at Mishcon De Reya (MDR) to meet Arnie Bengis with the goal of establishing personal and corporate relationship.
- 03/02 -      Paperwork received to establish Pearl Investments and Armine Investments. Directors to be Ansbacher in BVI (sold to Trident in 2004). MDR provide AIC and confirm beneficial owners known to firm for 15 years/excellent references obtained and they were totally satisfied as to bona fides of beneficial owners and intentions regarding use of account. Both companies form part of structure with trust over hanging.
- Trust known as Rosebud Settlement with trustees being First Advisory (FA). FA known to SGH and an A1 introducer. Settlement comprises accrued business profits from South African property portfolio and investments as advised by MDR.
- 03/02 -      Accounts signed off by local compliance and $8 million received. Source of funds confirmed by MDR as accrued business profits from Rosebud whose main Bankers are Cantrade (now Julius Bear following takeover)
- 04/02 -      Pearl signed up for an Advisory Portfolio and to be managed by Stephen Campbell (now Chris Chambers)
- 07/02 -      Account established for David Bengis.
- 11/02 -      Arnie and Kevin taken to Twickenham to watch South Africa vs England and meet Phil McIlwraith.

## 2003

- 05/03 -      Arnie and David arrested in US on charges of over fishing of Rock Lobster in South African waters and thereafter the importation into the US. Both released on bail pending trial.

## 2004

- 05/04-      Arnie pleads guilty and is sentenced to 3 years and 10 months in prison. (released in 2006 and freely living in the US)
- 05/04 -      David pleads guilty to conspiracy and sentenced to 12 months in prison. (released after 3 months and now residing in the UK)

- 05/04 -    As part of sentence $7.4 forfeited to US authorities which amounted to the sum which constituted to or was derived from the profits from over fishing. This included the disposal of the fish processing factory in Maine where the fish ended up.

## 2004 to date

- MDR in regular contact re relationship.
- David in regular contact.
- Lending facility renewed on annual reviews.
- Accounts regularly reviewed in accordance with KYC and internal controls. Full involvement of Compliance and Mancom.

## Current situation

- David and family relocate to UK during early 2006 with the goal of starting a fresh. MDR fully involved in process.
- Rent property in Primrose Hill.
- Source UK business opportunities, including 'physical storage'
- Established on shore account with Nat West (60 – 04 – 24) for day to day activity.
- Retain offshore account in view of UK Resident/Non Domicile status.
- MDR, in process of applying for Immigration for David via 'Investor' category. Jennifer Lamb, Immigration Partner at MDR fully aware of history and received favourable response following initial discussions with the Managed Migration Directorate at the Home Office. Accordingly, Jennifer is submitting formal documents and from discussions all that remains outstanding at this juncture is the proof of £1M in approved invests able assets, domiciled in the UK hence the current request to establish an account in SGHL.
- MDR provide comprehensive letter dated 14/11/06 re source of funds and diligence for family settlement, Rosebud Trust at request of Evelyn Porter (London Compliance).
- David introduces his two sisters (Gabi Bengis & Lana Rubinstein) to become account holders. Rational being pseudo family office structure. Accounts deemed High risk in view of family connection and signed off by Jayne Button, Deputy MLRO.

| SYNERGY INDEX | | | |
|---|---|---|---|
| | Money Laundering | KYC | 162779 |
| | Account Opening Checklist | | |

**PART 1 ESTABLISHING THE IDENTITY OF YOUR CLIENT**

| Name of Lawyer | Mr David Bengis | | 162779 |
|---|---|---|---|

Has **EVERY** party to the Account been personally verified 'Face to Face'? **YES   NO**
'Face to Face' means any SG member of staff has personally met and verified the individual's identity.

| **FACE TO FACE VERIFICATION:** Obtain one document verifying Name **AND** one document verifying Address. | **Tick relevant document** | | **Date copy of document placed on file** |
|---|---|---|---|
| | **Party 1** | **Party 2** | |
| **Step 1** Verify Client's **NAME** with either of the following two documents: | | | |
| - **Current signed passport** (copy pages showing front cover, document number, date and place of issue, expiry date, date and place of birth and signature); | X | ☐ | 29/03/06 |
| - **National Identity Card** (showing document number, date and place of issue, expiry date, date and place of birth and signature) | ☐ | ☐ | _____ |
| **Step 2** Verify Client's **Permanent Residential** ADDRESS with any **ONE** of the following: | | | |
| - Income tax notification for current year (but not if used for 2nd identity verification) | ☐ | ☐ | _____ |
| - Utility bill (up to three months old) | X | ☐ | 29/03/06 |
| - Bank statement (up to three months old) showing permanent residential address. | ☐ | ☐ | _____ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable); but not if used for secondary identity verification | ☐ | ☐ | _____ |
| - Property tax bill (for the current year) | ☐ | ☐ | _____ |
| - Written Record of home visit (meeting clients inside their permanent residence) | ☐ | ☐ | _____ |
| - Electoral register search through a credit reference agency | ☐ | ☐ | _____ |

**IN ADDITION ......**

| **IF the Client HAS NOT been personally met by any SG member of staff:** ONE of the following *Documents* **AND** ONE of the *Checks* must be obtained as additional identification to the above. | | |
|---|---|---|
| **Documents** | | |
| - Firearms certificate | ☐ | ☐ |
| - Current full driving licence or photocard driving licence (temporary or provisional licences are not acceptable) | ☐ | ☐ |
| - Tax Notification e.g. income tax or property tax (should show permanent residential address) | ☐ | ☐ |
| **Checks** – attach a copy of one of the following | | |
| - The initial deposit cheque or direct debit drawn on a personal a/c in the applicant's own name at another UK or EU ← bank or building society. | ☐ | ☐ |
| - The direct mailing of account opening documentation to a named individual at an independently verified address (e.g. 192 search). | ☐ | ☐ |
| - A file note recording the telephone contact with the applicant prior to account opening on an independently verified home or business number. (e.g. 192 search) | ☐ | ☐ |
| - If none of the above are available, refer to MLRO for guidance | | |

**ALSO ......**

| **Required for compliance with the EU Savings Tax Directive** | | | |
|---|---|---|---|
| - Checklist EU completed and attached | ☐ | ☐ | N/A |

Item No. 1 6 2 7 7 9

Cabinet _____

Doc Type  KYCC

Doc Date  29/3/06

Pages (if more than one)  4

| | |
|---|---|
| Name of Account Holder | Mr David Bengis |
| Root Number | 162779 |
| Nature and Place of Employment | Unemployed |
| Occupation/Type of Business | Unemployed, however invests on his personal portfolio |
| Value, Income Annual Turnover | Client is currently unemployed, however income received from his personal portfolio. |
| Amount & Source of Client Initial Funds | Investments |
| How the Source of Wealth is derived | Sale of Property. (copies of Bill of Sale enclosed) Property was sold for $509,558,70 |
| Source of account opening funds | Proceeds from sale of property |
| What Services are wanted from SG Hambros | General Banking Services also visa Debit Card and Cheque Book |
| Expected Account Activity | Weekly-monthly |
| Anticipated Transactions | Payments UP TO $400,000 / Receipts UP TO $200,000 |
| If there are likely to be Payments Receipts | Payments to and from personal account |
| Names and values of third parties | |

| NET WORTH | | | | | | |
|---|---|---|---|---|---|---|
| Cash & Near Cash Investments | $500,000 | Stocks & Shares | £ | Fixed | £ | Other | £ |
| Liabilities/mortgages | £ | Other | £ | Net Worth | $500,000 |

List all other accounts connected to the Client(s) within the SG Hambros Group.

| Name of Account | Root Number | SGH Jurisdiction | Relationship to this Client |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DAVID AND HIS FAMILY WILL BE RE-LOCATING TO THE U.K. IS BEING ADVISED BY KEVIN GOLD WITH REGARD TO BUSINESS OPPORTUNITES. ONE ARE OF CONSIDERATION IS STORAGE. TH WILL MEET ONCE IN THE U.K.



I verified the identity of my Client for Anti-Money Laundering purposes as required by SG Hambros Group

I reviewed the verification of identity information for the prospective Client and agree that SG Hambros Group Anti-Money Laundering procedures have been complied with by the requestor in connection with this prospective Client.

- I have checked the World-Check database and confirm the individual(s) do not appear on any Sanction list.    *SEE REPORT*
- I have reviewed the documentation provided to support the assertions contained on this form and agree that the documentation does, in fact, support those assertions.

DEPUTY MLRO    31/3/06

---

**KYCB REVIEWS**

The due date of the next review must be updated in Olympic 'Other Numbering' for the client.

In accordance with the risk grade allocated to clients, client KYCB records MUST be reviewed formally and updated. The risk-based approach means that accounts may not be subject to formal review on an annual basis but unless KYCB records are properly updated as part of the daily/ongoing business, CRMs are required to conduct a formal review as follows:

- High risk – 6 monthly
- Medium risk – annually
- Low risk – every two years.

Refer to AML Guidance Notes for definitions of Low, Medium and High Risk.

---

**NEXT REVIEW DATE**

| Client Risk Category - (Delete the Client Risk Category and 'AN' Code that are not applicable) | 'AN' Code | Next Review Date | Client 'Root' Numbers to be changed to this date |
|---|---|---|---|
| 'Low Risk' Client | | | |
| 'Medium' Risk Client | | | |
| 'High Risk' Client - see guidelines above | | | |

| Supplemental Page HUD-1 Settlement Statement | File No. 112021 |
|---|---|
| **Atlantic Title Company** **Final Statement** | Loan No. |
| | Settlement Date: 10/14/2005 |

Borrower Name & Address: Thomas J. Dyck, Denise Dyck
c/o TD Banknorth, 2 Portland Square, 7th Floor, Portland, ME 04101

Seller Name & Address: David P. Bangis, Elizabeth R. Bangis
9 Hemlock Lane Falmouth, ME 04105

| Section L. Settlement Charges continued | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| 1108. Supplemental Summary | 2,897.00 | | |
| a) ALTA 1998 Owner's Eagle Policy - Atlantic Title Company | | 1,999.50 | |
| b) ALTA 1992 Lender's Policy - Atlantic Title Company | | 897.50 | |
| 1201. Supplemental Summary | 70.00 | | |
| a) Record 1st Mortgage (Deed of Trust) - Registry of Deeds | | 50.00 | |
| b) Record 1st Warranty Deed - Registry of Deeds | | 20.00 | |
| 1203. Supplemental Summary | 3,696.00 | | |
| a) State Documentary Transfer Tax - Registry of Deeds | | 1,848.00 | 1,848.00 |

| The following Section is restated from the Settlement Statement Page 1 | | | |
|---|---|---|---|
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross amount due from Borrower (line 120) | 860,780.17 | 601. Gross Amount due to Seller (line 420) | 842,357.17 |
| 302. Less amounts paid by/for Borrower (line 220) | 480,000.00 | 602. Less reductions in amounts due to Seller (line 520) | 332,798.42 |
| 303. Cash (X From) ( To) Borrower | 380,780.17 | 603. Cash (X To) ( From) Seller | 509,558.76 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and distributions made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

BUYER(S):

_____
Thomas J. Dyck

_____
Denise Dyck

SELLER(S):

_____
David P. Bangis

_____
Elizabeth R. Bangis

| Client No. | 1 6 2 7 7 9 1 |
|---|---|
| Cabinet | CL |
| Doc Type | KYCC |
| Doc Date | 29/3/06 |
| Pages (if more than one) | 2 |

**CLIENT AML**
**RISK ASSESSMENT FOR BANKING BUSINESS (STAND ALONE ENTITIES SIMPLE LAYERS ONLY)**

BANKING BUSINESS - CLIENT AML RISK ASSESSMENT

| | | | | |
|---|---|---|---|---|
| | Mr David Bengis | | | 162779 |
| | Mr David Bengis | | | 29-Mar-06 |

| Client is Automatically High Risk | HIGH RISK - 127 | 1. Is the Client's identity UNKNOWN to SGH? | No | | |
|---|---|---|---|---|---|
| | | 2. Is the Client a Politically Exposed or associated Person (PEP)? | No | | |
| | | 3. Is the Client Hold All Mail? | No | | |
| | | 4. If the account is a company, has it issued Bearer shares? | No | | |
| | | 5. Is the Client a resident of/a national of, or do they have any business interests in a High Risk Country? | No | | |
| | | 6. Is the Client's wealth derived from any of: Arms trading, casino / gambling, Art / antique dealings, Precious metal dealings, Construction / public works, Import / Export business, Cash transmission business? | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| The Client | 2 | What is the Client's Nationality? | SOUTH AFRICA | 2 | 2 | 4 | MEDIUM RISK |
| | 2 | In which country does the client live? | UNITED STATES | 1 | 2 | 2 | LOW RISK |
| The Account | 2 | Nationality of Account? (country of incorporation if a company or trust) | SOUTH AFRICA | 2 | 2 | 4 | MEDIUM RISK |
| Source of Wealth | 1 | From which activity has the client accumulated their wealth? | Property Sale | 1 | 1 | 1 | LOW RISK |
| AUM's | 1 | What is the asset value of the client? | Under £500k | 1 | 1 | 1 | LOW RISK |

| | The Client is LOW Risk. The person completing this form is required to complete the following certification | | |
|---|---|---|---|
| | Input Type 325 | | |

CERTIFICATION - THE PERSON COMPLETING THIS RISK ASSESSMENT

| | | | 29-Mar-06 |
|---|---|---|---|
| *[signatures]* A Fagan PBO | | | |

NO ADDITIONAL CERTIFICATION IS REQUIRED

| | | |
|---|---|---|
| Client № | 1 6 2 7 7 9 1 | |
| Cabinet | C14 | |
| Doc Type | KYCC | |
| Doc Date | 29/3/06 | |
| Pages (if more than one) | 7 | |

CLIENT HAS BEEN CLASSIFIED AS LOW RISK, HOWEVER THERE IS A CONNECTION WITH CRIME AS HIS FATHER ARNIE HAS BEEN DETAINED IN SOUTH AFRICA. DAVID PREVIOUSLY HELD AN A/C WITH US + ARNIE HAS A CREDIT AGREEMENT IN PLACE.

 **Anthony HOLLEY**
22/03/2006 18:25

To: bengis@maine.rr.com
cc:
Subject: Re: Hello

Hi David,

Sorry for the intrusion and thank you for confirming. If at all possible the bill of sale would be much appreciated.

My gosh, your mother is so brave. The account is fully operational and ready to receive the funds as and when your mother is in a position to send. Perhaps you can confirm whether she still plans to remit certain equities as if so we will need to arrange for receipt.

Fantastic news re Arnie and I am sure he is looking forward to commencing a new chapter in his life. Do you think he will fancy a change of scenery and join you in London?

Speak soon and look forward to saying hi again in person soon

Anthony

Anthony Holley MSI
Senior Private Banker

SG Hambros Bank (Channel Islands) Ltd

T (44) 1534 815445
F (44) 1534 815640
bengis@maine.rr.com

 **bengis@maine.rr.com**
21/03/2006 15:51

To: Anthony HOLLEY/priv/gb/socgen@socgen
cc:
Subject: Re: Hello

Hi Anthony,
The funds for my account ariginate from the sale of my house. The amount will be approximately $200,000 - $400,000, depending on our living arrangement. If needed, I can submit copies of the bill of sale.

Is My mothers account set up? Ive lost track of where we are in respect to her. She is doing better - as a matter of fact, she will be moving to Israel within the next few months to start off fresh. Quite brave of a 65 year old single woman. She will be sending appr $450,000 to her new account
to start.

Visited Arnie this week-end. As usual, his spirits are high and looking forward to being released in 4 months.

So long

David

On 3/21/06 9:00 AM, "anthony.holley@sghambros.com"
<anthony.holley@sghambros.com> wrote:

> Hi David
>
> Hope the family is well and looking forward to your new adventure in the
> UK.

&gt;
&gt; Following my return to the office after visiting some friends in South
&gt; Africa, Aoife has mentioned that we have safely received your account
&gt; application. I have been able to certify an old passport copy and I
believe
&gt; you are to forward an up to date utility bill and passport photographs
for
&gt; the visa card. Prior to submitting to my New Account Committee, could I
&gt; trouble you to provide me with the 'additional information' mentioned in
my
&gt; earlier message below which should hopefully conclude the information
&gt; required
&gt;
&gt; Turning to Pearl, all looks rosy. Not only are we experiencing healthy
&gt; growth but importantly the income generated is being used to reduce the
&gt; loan.
&gt;
&gt; That's all from me and look forward meeting up when you are next in the
UK
&gt;
&gt; Best wishes
&gt;
&gt; Anthony
&gt;
&gt; PS hope your mum is feeling stronger by the day and Arnie is in good
&gt; spirits
&gt;
&gt; Anthony Holley MSI
&gt; Senior Private Banker
&gt;
&gt; SG Hambros Bank (Channel Islands) Ltd
&gt;
&gt; T (44) 1534 815445
&gt; F (44) 1534 815640
&gt; ----- Forwarded by Anthony HOLLEY/priv/gb/socgen on 21/03/2006 13:47
-----
&gt; |---------+---------------------------->
&gt; |         |         Anthony HOLLEY     |
&gt; |         |                            |
&gt; |         |         03/02/2006 17:22   |
&gt; |         |                            |
&gt; |---------+---------------------------->
&gt;&gt;
--------------------------------------------------------------------------
- -
&gt;&gt; -----------------------------------------------|
&gt; |
&gt; |
&gt; |    To:      bengis@maine.rr.com
&gt; |
&gt; |    cc:
&gt; |
&gt; |    Subject: Re: Hello(Document link: Anthony HOLLEY)
&gt; |
&gt;&gt;
--------------------------------------------------------------------------
- -
&gt;&gt; -----------------------------------------------|
&gt;
&gt;
&gt;
&gt; Hi David,
&gt;
&gt; Good to hear from you and trust you and the family are well. I will
arrange
&gt; to send an application in the post for your completion.

```
>
> Hope mum is feeling a little better after her sad news and if I can help
in
> any way with the transfer of her portfolio then please do let me know.
>
> Take care and pass on my best to Arnie when you next see him.
>
> Anthony
>
> Anthony Holley MSI
> Senior Private Banker
>
> SG Hambros Bank (Channel Islands) Ltd
>
> T (44) 1534 815445
> F (44) 1534 815640
>
>
> |---------+--------------------------->
> |         |       bengis@maine.rr.c|
> |         |       om                |
> |         |                         |
> |         |       03/02/2006 17:02  |
> |         |                         |
> |---------+--------------------------->
>>
--
>> ----------------------------------------------|
>   |
> | |
> | |       To:      Anthony HOLLEY/priv/gb/socgen@socgen
> | |
> | |       cc:
> | |
> | |       Subject: Re: Hello
> | |
>>
-----------------------------------------------------------------------------
--
>> ----------------------------------------------|
>
>
>
>
> Anthony, I have decided to go ahead and open this account.  Please send me
> an
> original application since I cannot print this out clearly.
> Mail it to:
> David Bengis
> 22 Edgewater Road
> Falmouth, Me.
> 04105
> USA
>
> Thanks
> David
>
>
> On 1/18/06 8:24 AM, "anthony.holley@sghambros.com"
> <anthony.holley@sghambros.com> wrote:
>
>> Hi David,
>>
>> Please find attached below the application for completion.
>>
```

```
>> In addition to the normal identification documents (certified passport
> copy
>> and two residential address documents less than 3 months old) I will
>> require the following additional information so that I may submit your
>> application to my 'New Account Committee' in view of past events:-
>>
>>      Proposed activity with the account.
>>      Approximate amount expected.
>>      Source and origin of funds.
>>
>> Sorry to burden you with the additional information; albeit I hope you
> will
>> understand the reasons.
>>
>> Best wishes and hope your mum is holding up well following her recent
sad
>> news.
>>
>> Anthony
>>
>>
>> Anthony Holley MSI
>> Senior Private Banker
>>
>> SG Hambros Bank (Channel Islands) Ltd
>>
>> T (44) 1534 815445
>> F (44) 1534 815640
>>
>> (See attached file: DTP13641 - Jersey Account Opening Document -
>> 270905.pdf)
>>
>>
>>
>> |---------+---------------------------->
>> |         |         bengis@maine.rr.c|
>> |         |         om                |
>> |         |                           |
>> |         |         17/01/2006 13:10  |
>> |         |                           |
>> |---------+---------------------------->
>>>
>
---------------------------------------------------------------------------
- -
>
>>> ------------------------------------------------|
>> |
>> |
>> |         To:      Anthony HOLLEY/priv/gb/socgen@socgen
>> |
>> | .       cc:
>> |
>> |         Subject:  Re: Hello
>> |
>>>
>
---------------------------------------------------------------------------
- -
>
>>> ------------------------------------------------|
>>
>>
>>
>>
>> Yes,
```

```
>> That would be great. Please email me the new docs.
>> Thanks
>> David
>>
>>
>> On 1/17/06 5:06 AM, "anthony.holley@sghambros.com"
>> <anthony.holley@sghambros.com> wrote:
>>
>>> Hi David,
>>>
>>> Happy New Year to you and the family - hope dad is well
>>>
>>> An account was established, however some time ago you/dad decided to
>> close
>>> and amalgamate the assets with Pearl.
>>>
>>> Happy to re establish the account; albeit we would need to complete new
>>> documents etc - would you like me to email?
>>>
>>> Keep well .
>>>
>>> Anthony
>>>
>>> Anthony Holley MSI
>>> Senior Private Banker
>>>
>>> SG Hambros Bank (Channel Islands) Ltd
>>>
>>> T (44) 1534 815445
>>> F (44) 1534 815640
>>>
>>>
>>> ---------+--------------------------->
>>> |            |      bengis@maine.rr.c|
>>> |            |      om               |
>>> |            |                       |
>>> |            |      16/01/2006 19:29 |
>>> |            |                       |
>>> ---------+--------------------------->
>>>>
>>
>
------------------------------------------------------------------------
 - -
>
>>
>>>> ------------------------------------------------|
>>> |
>>> |
>>> |        To:        Anthony HOLLEY/priv/gb/socgen@socgen
>>> |
>>> |        cc:
>>> |
>>> |        Subject:  Hello
>>> |
>>>>
>>
>
------------------------------------------------------------------------------
 - -
>
>>
>>>> ------------------------------------------------|
>>>
>>>
>>>
```

```
>>>
>>> Hi Anthony,
>>> Hope you had a good holiday season.  Do I still have an account with
you
>> or
>>> was it closed?
>>> David
>>>
>>>
>>>
> **********************************************************************
>>> This email and any attachments are confidential. They may contain
>> privileged
>>> information and are intended for the named
>>> addressee(s)only. They must not be distributed without our consent. If
>> you are
>>> not the intended recipient, please notify us
>>> immediately and do not disclose, distribute, or retain this email or
any
>> part
>>> of it. Unless expressly stated, opinions in this
>>> email are those of the individual sender, and not of SG Hambros Group.
> We
>>> believe but do not warrant that this email and any
>>> attachments are virus free. You must therefore take full responsibility
>> for
>>> virus checking. Societe Generale and its subsidiaries
>>> reserve the right to monitor all email communications through their
>> networks.
>>> SG Hambros Bank & Trust Limited and SG Hambros Trust Company Limited
are
>>> authorised and regulated by the Financial Services
>>> Authority.
>>> SG Hambros Bank (Channel Islands) Limited is regulated for banking and
>>> investment business by the Jersey Financial Services
>>> Commission. The Guernsey Branch of SG Hambros Bank (Channel Islands)
>> Limited
>>> is regulated for banking and investment business by
>>> the Guernsey Financial Services Commission and the Jersey Financial
>> Services
>>> Commission.
>>> SG Hambros Trust Company (Channel Islands) Limited is regulated in the
>> conduct
>>> of trust company business by the Jersey Financial
>>> Services Commission. The Guernsey Branch of SG Hambros Trust Company
>> (Channel
>>> Islands) Limited is regulated in the conduct of trust
>>> company business by the Guernsey Financial Services Commission and the
>> Jersey
>>> Financial Services Commission.
>>> SG Hambros Bank & Trust (Gibraltar) Limited is regulated by the
> Gibraltar
>>> Financial Services Commission.
>>> SG Hambros Bank & Trust (Bahamas) Limited is regulated by the Central
>> Bank of
>>> the Bahamas under the Banks & Trust Companies
>>> Regulation Act.
>>>
> **********************************************************************
>>
>
>
```



# SOCIETE GENERALE
## Private Banking

## Account Statement

**Hambros**

**Client:** Mr David Paul Bengis

Account Number

Sort Code: 40-48-76
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Mar-2007

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| | Opening Balance | | | | 0.00 CR |
| 08-Mar-2007 | Funds received NASHGLOBE BUSINESS S LIVING EXPENSES | 08-Mar-2007 | | 172,941.00 | 172,941.00 CR |
| 09-Mar-2007 | Transfer to GBP @ rate of 1,937 | 13-Mar-2007 | 172,941.00 | | 0.00 CR |
| 31-Mar-2007 | Balance Carried Forward | 31-Mar-2007 | | | 0.00 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815604

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

**Hambros**

# Account Statement

Account Number:
Sort Code: 40-48-76
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Jun-2007

**Client:** Mr David Paul Bengis

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

Balance brought forward 0.00 CR
**Balance carried forward 145,954.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-May-2007 | Balance Brought Forward | 31-May-2007 | | | 0.00 CR |
| 26-Jun-2007 | Funds received NASHGLOBE BUSINESS S A | 26-Jun-2007 | | 145,954.00 | 145,954.00 CR |
| 30-Jun-2007 | Balance Carried Forward | 30-Jun-2007 | | | 145,954.00 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
## Private Banking

# Account Statement

**Hambros**

Account Number:
Sort Code: 40-48-76
IBAN: GB  30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Oct-2007

**Client:** Mr David Paul Bengis

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

Balance brought forward 0.00 CR
**Balance carried forward 0.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Sep-2007 | Balance Brought Forward | 30-Sep-2007 | | | 0.00 CR |
| 05-Oct-2007 | Funds received BANK JULIUS BAER AND CO LTD | 09-Oct-2007 | | 153,750.00 | 153,750.00 CR |
| 10-Oct-2007 | Transfer to GBP @ rate of 2.0503 | 12-Oct-2007 | 153,750.00 | | 0.00 CR |
| 31-Oct-2007 | Balance Carried Forward | 31-Oct-2007 | | | 0.00 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange


# SOCIETE GENERALE
## Private Banking

**Hambros**

### Account Statement

Account Number: 
Sort Code: 40-48-76
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jan-2008

**Client:** Mr David Paul Bengis

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Balance brought forward 0.00 CR
**Balance carried forward 0.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-Dec-2007 | Balance Brought Forward | 31-Dec-2007 | | | 0.00 CR |
| 08-Jan-2008 | Funds received NASHGLOBE BUSINESS S QUARTELY PAYMENTS INCL REIMBURSE MENTS | 08-Jan-2008 | | 252,250.00 | 252,250.00 CR |
| 09-Jan-2008 | Transfer to Current Account @1.9760 | 09-Jan-2008 | 252,250.00 | | 0.00 CR |
| 31-Jan-2008 | Balance Carried Forward | 31-Jan-2008 | | | 0.00 CR |

Page 5

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# Account Statement

Account Number:

Sort Code: 40-48-70
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 30-Apr-2008

**Hambros**

**Client:** Mr David Paul Bengis

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

Balance brought forward 0.00 CR
**Balance carried forward 0.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 31-Mar-2008 | Balance Brought Forward | 31-Mar-2008 | | | 0.00 CR |
| 03-Apr-2008 | Funds received NASHGLOBE BUSINESS S QUARTERLY PAYMENTS INCLUDING REIMBURSEMENTS 1/08 | 04-Apr-2008 | | 292,034.00 | 292,034.00 CR |
| 04-Apr-2008 | Transfer to GBP @ 2.0060 | 04-Apr-2008 | 292,034.00 | | 0.00 CR |
| 30-Apr-2008 | Balance Carried Forward | 30-Apr-2008 | | | 0.00 CR |

Page 6

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
**Private Banking**

**Hambros**

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

## Account Statement

**Client:** Mr David Paul Bengis

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Account Number:
Sort Code: 40-48-76
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Jul-2008

Balance brought forward 0.00 CR
**Balance carried forward 137,335.00 CR**

| Date | Description | Value | Debit | Credit | Balance |
|------|-------------|-------|-------|--------|---------|
| 30-Jun-2008 | Balance Brought Forward | 30-Jun-2008 | | | 0.00 CR |
| 24-Jul-2008 | Funds received NASHGLOBE BUSINESS S LIVING EXPENSES | 25-Jul-2008 | | 137,335.00 | 137,335.00 CR |
| 31-Jul-2008 | Balance Carried Forward | 31-Jul-2008 | | | 137,335.00 CR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815600

Regulated by the Jersey Financial Services Commission for banking and
investment business and a member of the London Stock Exchange



# SOCIETE GENERALE
Private Banking

**Hambros**

# Account Statement

Newman & Co
Attn Mr Chin
Regent House
1 Pratt Mews London
England
NW1 0AD

**Client:** Mr David Paul Bengis

**Account type:** CALL DEPOSIT ACCOUNT
**Description:** CAPITAL
**Contact:** ANTHONY HOLLEY

Account Number: 1
Sort Code: 40-48-76
IBAN: GB 30HAMB40487616277900
BIC Code: HAMBJESX
Currency: US DOLLAR
Statement Date: 31-Oct-2008

Balance brought forward 335.00 CR
**Balance carried forward 424,893.41 DR**

| Date | Description | Value | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 30-Sep-2008 | Balance Brought Forward | 30-Sep-2008 | | | 335.00 CR |
| 02-Oct-2008 | Funds received NASHGLOBE BUSINESS S QUARTERLY PAYMENTS 3RD QUARTER | 02-Oct-2008 | | 139,975.00 | 140,310.00 CR |
| 07-Oct-2008 | Transfer to GBP at 1.7495 | 07-Oct-2008 | 140,000.00 | | |
| 07-Oct-2008 | Fixed deposit 0293228 mat 141008 | 07-Oct-2008 | 1,860,000.00 | | |
| 07-Oct-2008 | Funds received GREATGRAY LIMITED PURCHASE HOUSE | 07-Oct-2008 | | 2,000,000.00 | 140,310.00 CR |
| 09-Oct-2008 | Fixed deposit 0293599 mat 211008 | 14-Oct-2008 | 1,860,000.00 | | |
| 09-Oct-2008 | Fixed maturity 0293228 141008 | 14-Oct-2008 | | 1,860,000.00 | 140,310.00 CR |
| 16-Oct-2008 | Electronic transfer THE AMERICAN SC HOOL IN LONDON @1.7321 | 16-Oct-2008 | 15,107.18 | | |
| 16-Oct-2008 | Electronic transfer BEN GURION UNIVERSITY OF THE NEGEV | 16-Oct-2008 | 50,048.26 | | 75,154.56 CR |
| 17-Oct-2008 | Fixed deposit 0294320 mat 281008 | 21-Oct-2008 | 1,860,000.00 | | |
| 17-Oct-2008 | Fixed maturity 0293599 211008 | 21-Oct-2008 | | 1,860,000.00 | 75,154.56 CR |
| 21-Oct-2008 | Transfer TO MRS LS RUBINSTEIN | 21-Oct-2008 | 100,000.00 | | |
| 21-Oct-2008 | Electronic transfer MISHCON DE REYA US DOLLAR CLIENT ACCOUNT | 21-Oct-2008 | 400,047.97 | | 424,893.41 DR |
| 21-Oct-2008 | Balance Carried Forward | 21-Oct-2008 | | | 424,893.41 DR |

**SG Hambros Bank (Channel Islands) Limited**
PO Box 78, SG Hambros House
18 Esplanade, St Helier
Jersey JE4 8PR
Tel: +44 1534 815555
Fax: +44 1534 815640

Regulated by the Jersey Financial Services Commission for banking and investment business and a member of the London Stock Exchange