U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2014

By Email and ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2240
New York, New York 10007-1312

        Re:    United States v. Arnold Maurice Bengis, *et al.*
                 03 Cr. 308 (LAK) (AJP)

Dear Judge Kaplan:

      The Government consents to the travel request set forth in the letter submitted by counsel for defendant Grant Berman dated April 18, 2014.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

                  By:    */s/ Alexander J. Wilson*
                         Alexander J. Wilson
                         Assistant United States Attorney
                         Telephone: (212) 637-2453