UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>GRANT BERMAN, et al.,<br><br>                        Defendants. | **NOTICE OF MOTION TO WITHDRAW PLEAS OF GUILTY BY DEFENDANT <u>GRANT BERMAN</u>**<br><br>03 Crim. 0308 (LAK) |

PLEASE TAKE NOTICE that Defendant Grant Berman, by and through his attorneys, Patterson Belknap Webb & Tyler LLP, and on the consent of the Government, will and does hereby move the United States District Court for the Southern District of New York to allow him to withdraw his previously-entered pleas of guilty to all counts of the S2 Information pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

Such motion will be based upon this Notice of Motion, the attached Memorandum of Law and Declaration of Grant Berman, and any further pleadings filed on behalf of Mr. Berman, as well as argument and/or evidence adduced at the hearing of this Consent Motion.

Dated:      New York, New York
               September 17, 2014

                                          Respectfully submitted,

                                          PATTERSON BELKNAP WEBB & TYLER LLP

                                          By:  <u>/s/ Daniel S. Ruzumna</u>
                                                  Daniel S. Ruzumna
                                                  Elena Steiger Reich
                                                  1133 Avenue of the Americas
                                                  New York, NY 10036
                                                  druzumna@pbwt.com

esteigerreich@pbwt.com
(T) 212 336-2000
(F) 212-336-1205

*Counsel for Defendant Grant Berman*