UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x

UNITED STATES OF AMERICA,

    -v-

GRANT BERMAN (3),

              Defendant.

-------------------------------------------------x

03-CR-308-03(LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The (S2) information is ordered unsealed.

    SO ORDERED.

September 29, 2014

                                                 Lewis A. Kaplan
                                        United States District Judge