UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA　　　　　:

　　　- v. -　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　S2 03 Cr. 308 (LAK)
GRANT BERMAN,　　　　　　　　　　　:

　　　　　　Defendant.　　　　　　　:

- - - - - - - - - - - - - - - - -x

　　　　GRANT BERMAN, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 545, 1343 and 2, and Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(A) & (B), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Witness

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

Date:　　New York, New York
　　　　　October 3, 2003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/03

0293