**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ~~[SEP XX XXXX]~~ 9/29/2014

RECEIVED
SEP 22 2014
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GRANT BERMAN, et al.,

        Defendants.

NOTICE OF MOTION TO
WITHDRAW PLEAS OF
GUILTY BY DEFENDANT
**GRANT BERMAN**

03 Crim. 0308 (LAK)

---

PLEASE TAKE NOTICE that Defendant Grant Berman, by and through his attorneys, Patterson Belknap Webb & Tyler LLP, and on the consent of the Government, will and does hereby move the United States District Court for the Southern District of New York to allow him to withdraw his previously-entered pleas of guilty to all counts of the S2 Information pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

Such motion will be based upon this Notice of Motion, the attached Memorandum of Law and Declaration of Grant Berman, and any further pleadings filed on behalf of Mr. Berman, as well as argument and/or evidence adduced at the hearing of this Consent Motion.

Dated: New York, New York
September 17, 2014

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Daniel S. Ruzumna
    Daniel S. Ruzumna
    Elena Steiger Reich
    1133 Avenue of the Americas
    New York, NY 10036
    druzumna@pbwt.com

**MEMO ENDORSED**
Granted
SO ORDERED
[signature] KAPLAN, USDJ 9/24/14