# EXHIBIT 1

November 26, 2014

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Judge Kaplan:

I understand that Grant will be sentenced on December the 18th and I will be accompanying him
to New York for the sentencing. I am writing to you in order to provide information about Grant
which I hope that you will consider.

I am Grant's wife, we have known each other for 35 years, and will be celebrating our 20th
anniversary in February 2015.  Like Grant, I was born and raised in Cape Town, South Africa,
we attended the same Jewish Day school, and I have very fond memories of our days from
Middle School all the way through to High School. We both excelled at teams sports  at School,
so our paths often crossed. Coming from a small community, our families were friendly for
many years even prior to us dating.  This upbringing instilled very similar values  in us growing
up, which is what attracted us to each other and has been instrumental in raising our 3 children
today.

I have 3 siblings that live on 3 different continents and have been fortunate enough to have my
mother immigrate from South Africa to San Diego this year.  My siblings and I try and visit each
other as often as possible as we are very close and do not enjoy the long distances between us.
My father passed in 1999, which was a very difficult time.  Grant and his family were an
unbelievable support not only to me, but to my mother and siblings as well. He has independent
relationships with each of them and treats them as though they are his own siblings.

When my mother immigrated earlier this year, it was at Grant's insistence that she spend the first
few months living with us to make her transition as seamless as possible, and she stayed with us
for 5 months. The same occurred when Grant's father immigrated (after his mom's passing).
Even though he has siblings in San Diego, he insisted that his father stay with us for 6 months,
until he settled into his own apartment

As his wife of almost 20 years I can attest to Grant's strong moral character.  He is a very loyal
friend and husband, kind, genuine, smart, caring and has a passion for life. Grant has a wealth of
information. I always ask him first before  I google anything, as I'm 99.9% sure he will know the
answer.  Grant is a very passionate and informed person, whether it be about music, sports, or
current affairs, and he loves to have lengthy debates with his Dad or guests over Friday night
dinners.

As long as I have known him, he has always been attracted to the underdog. If he is watching a
random sports match, he will cheer for the team least likely to win. Or when he is coaching a

sport, it's the kid with the low confidence that he will keep an eye on and spend a little extra time with to see if he can help that child reach his potential.

His late mother always told me that, as a kid, if he could have friend over for the weekend, he would choose the kids at his school who were at the orphanage, as he knew that they would have more fun coming to spend the weekend with him, rather than going home to their rooms.  He truly has a heart of gold.

Growing up, Grant's family had a gardener, William. William, was a migrant laborer, but over the years they established a wonderful relationship. After we were married we moved into a small house in another town and Grant insisted that William come tend to our garden. He would pick him up at the station in the morning and drop him off later in the day, and he would give him whatever he could for him and his family - food, clothing, etc . It's a testament to Grant that when William had kids, he named one of them Grant. Grant was devastated that the entire staff at Hout Bay Fishing lost their jobs, when the business was closed. He knew every worker and fisherman by name, and these were people who helped him out when he started in the industry.

It was hard for me to immigrate and leave my family and live in a foreign place with no family, but Grant worked hard to make a new life for us and it made the journey more fun to be with him. He was my best friend and my rock of support when I missed my family.  Grant is an unbelievable Dad, not only helpful with school lunches and carpooling and helping with math homework, but he takes time out of his busy schedule to coach both sons' soccer  teams. One just has to look at my daughter's adoring face when he walks in the door, which exudes how much she loves him.  Grant also helps to discipline our kids and sets ground rules and good examples by encouraging them to be charitable, caring and selfless, but most importantly, respectful to others.  Golden rules in our lives if you ask my kids are: 1. The importance of family,  2.  Being honest, and 3. Treating others how you wish to be treated.

To further instill these values, we celebrate Shabbat every Friday night and at Grant's insistence we host Jewish high holidays for our extended family and friends who have nowhere else to go, even though sometimes it is financially challenging to do so.

Dinnertimes we do "pits and "peaks" with the kids where everyone at the table says their favorite and least favorite part of the day and kids will always say their favorite part is something to do with Dad.  Grant to me and his kids is the glue in the family and makes us all feel safe.

Grant is a wonderful son to his Dad (and his late Mom). He is also a great sibling to his brother and sister. I know that the fact that this matter was not resolved prior to his mother's untimely passing is one of the biggest regrets he has in life.  Living so far away, she would always take the long trip from SA to visit with us and was always worried about Grant and this matter that he as been living with for so long.

I am aware of the crime to which Grant has plead guilty and I have seen up close the toll it has taken on him and on our family.  There has not been a day that has passed since August 2003 where we  have not thought about it. Even if we do  not discuss it on a daily basis, I know the uncertainty of the outcome is weighing on his mind. It's impacted our lives in so many indirect ways.

I saw firsthand the shame and humiliation that Grant suffered when he was arrested in his workplace and was marched out in handcuffs. I saw the pain on his face when he was forced to spend two nights in jail. I saw the remorse he felt, when he chose to publicly apologize to his bosses and fellow employees. I saw the remorse he felt when he began meeting with AUSA Asner to do what he could to help rectify the situation. I have seen the stress he has endured anytime we have had to leave the country, as there were no guarantees that his visa would be granted or when he might get pulled aside at immigration control to be questioned. I see the humiliation of monthly visits and bi weekly telephone calls to Pretrial Services over the past 12 years.

A further testament to Grant is that he did not lose a single friendship, new or old, through this ordeal. If anything it has strengthened his friendships, even though he had to approach some of his friends to help us financially. As public as his arrest was at his workplace, he continued to work there for 7 more years and was promoted to the position of Senior VP of Sales and National Accounts, and managed their entire National Sales force.

When he was arrested, it was so shocking to me that I went to therapy and was diagnosed with PTSD. The worst part is it made Grant feel more guilty than he was already feeling as we had put baby number 2 on hold until the matter got resolved, which was hard for me. After 3 years when we realized it was not getting resolved anytime soon, we had a second child. I went back to work, which was hard but we were struggling financially. I see Grant's remorse every day and the burden he carries trying to provide for his family. When he was weak I was strong and when I broke down he was there for me. We went to therapy together from 2009-2012, as the black cloud hanging over our heads with this matter unresolved, our uncertain future, and the financial stress started to take its toll. I have no resentment toward him as I know Grant is a good human being that took a wrong path and suffered for it for the past 11 years.

Grant is truly a good person, caring, passionate, fair, selfless, ethical, loyal, My childhood sweetheart and even after 12 years of this hellish situation, I still stand by his side not only because our vows were for richer or for poorer, in good times and bad times, but simply because he has a heart of gold and I love him and I love how he loves me and his children, and anyone would be lucky to have this man as a husband, father, brother, son or friend.

Sincerely,

Lorraine Berman