# EXHIBIT 5



the
relationship
institute

Individual and Couples Therapy

Steven D. Solomon, Ph.D.
Co-Director
3262 Holiday Court, Suite 203
La Jolla, CA 92037-1811
858.729.1272 Tel
858.587.9892 Fax
drsolomon@therelationshipinstitute.org

November 12, 2014

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

Having been made aware that you will soon be determining the sentence of Mr. Grant Berman, I am writing this letter in the hope that it will assist you in that process. I am aware of the seriousness of the crime to which Mr. Berman pled guilty.

I am a Ph.D. licensed clinical psychologist in practice in San Diego, California since 1984. I provide individual psychotherapy to adults as well as marital therapy.

I have known Grant since June 9, 2009, when he and his wife came to me for help with their marriage. I worked with them regularly through July 12, 2012, at first weekly and then with decreasing frequency as their need for treatment decreased as their marriage became stronger.

At times I would see Mr. or Mrs. Berman individually when I saw that one of them needed extra help or they sought out individualized attention due to their own distress at that time.

Early on in their treatment it became apparent that one of the significant stresses on their marriage was the strain Mr. Berman felt from the lack of resolution of his criminal case in New York. I worked with him to try to minimize the effect that having this hanging over his head was having on him. The shame, guilt and the deep remorse he felt over what he had done weighed on him, especially since the case was unresolved and so he was unable to address it and put it behind him. These were major factors in the periodic depression he suffered from, which not only had a deleterious effect on him but also on his marriage.

But perhaps the information which I can provide that will be most useful to you, Judge Kaplan, in your considerations regarding Mr. Berman's sentence is a particular personal attribute which impressed me about him.

In my many years of performing individual and marital therapy I have learned that one of, if not the most important factor determining an individual's or a couple's ability to overcome the challenges that face them is each person's willingness to truly take responsibility for their mistakes, for their weaknesses, for their part in the problems in their life or in their marriage.

Sadly, in our culture I have found that when couples come in for marriage counseling, if one of them is unwilling to take such responsibility it is most often husbands who fail this test. Fortunately, this is not always the case, and it was certainly not the case with Mr. and Mrs. Berman.

That is what most impressed me about Grant; not only his willingness to acknowledge and take responsibility for his mistakes and weaknesses, but then his commitment to take whatever actions were called for to address and surmount these problems. He not only talked the talk, he walked the walk.

It takes courage and commitment for any of us to do this. In demonstrating this quality repeatedly over the course of their treatment with me, he contributed

greatly to the success he and his wife had in rebuilding their marriage into a healthy and happy one.

It is my belief that this same quality has enabled Mr. Berman to take responsibility for his criminal actions in New York and to enact relevant positive changes in his own behavior.

I hope this is helpful to you and that you are able to take this into consideration in imposing sentence.

Sincerely,

Steven D. Solomon, Ph.D.
Clinical Psychologist & Director
The Relationship Institute