# EXHIBIT 6

November 7, 2014

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Grant Berman

Your Honor,

It is my distinct privilege to be able to write this letter to you in an attempt to provide you with some background as to the character and integrity of Mr. Grant Berman. I am aware of the crime which Mr. Berman has pled guilty to and know that he has always comprehended the severity and gravitas of the situation. I hope to be able to relay to you the type of person that Grant Berman is which may assist you in understanding the unfortunate circumstance which he found himself in.

I have known Grant for 35 years and spent a considerable portion of my childhood with him, growing up together in Cape-Town, South Africa. We attended the same school and were in the same class. I also consider him today to be one of my closest friends in life and have always known him to be an honest, caring and completely upstanding citizen. Not only is his family extremely well known and highly respected in the "Green & Sea-Point" Jewish community in Cape-Town, South Africa, Grant himself has always represented himself and his family in a manner consistent with the highest moral standards.

I moved from South Africa to the United States of America in 1988. I married my wife Deborah Chanin (nee Zlotnick) in 1995 and together we raised three daughters in Atlanta, Georgia. In my 26-year mortgage banking career, I have been employed and worked in a Senior Vice-President capacity by some of the largest institutions in our country's financial system. I have and will continue to always make every effort to maintain an exemplary standing within these firms as well as uphold my personal reputation.

Since emigrating to the United States of America, I have stayed in close constant contact with Grant and his beautiful family. I am aware of the tremendous strain and difficulty this entire situation has placed on his psyche, his family and his finances. I know Grant intimately and know the type of person that he is. As children, Grant was always my voice of reason. As teenagers, Grant would never break any rules imposed on him by his parents or our private school. I recall constantly trying to convince him to set aside his homework responsibilities and be a carefree adolescent, but my attempts were usually unsuccessful. There was no childhood friend more diligent and conscientious about his future than Grant. Grant was always doing the right thing and while growing up alongside him, I always admired his responsible nature. I would trust Grant implicitly, with my affairs and with my own life for that matter.

In recognition of his character, our private high school honored Grant with the captaincy of our esteemed rugby team. As this highly prestigious tribute was only bestowed on the most worthy candidate, it seemed perfectly appropriate that Grant would be entrusted with this significant duty.

Your Honor, I thank you for reading this letter and considering its contents. Ultimately, the situation Grant found himself in was a serious mistake in judgment. My personal opinion is that this situation was complicated by Grant's childhood friendship with David Bengis. It is very unfortunate that Grant allowed himself to be manipulated and taken advantage of to the extent that he was by David and Arnold Bengis.

Knowing Grant as I do, I believe that he has tremendous remorse and regret over the events that transpired. I also know that he would never again allow himself to be compromised and taken advantage of again at the expense of his personal and his family's well-being. I cannot begin to image the extent of the burden, both emotionally and financially, that sentencing Grant to prison time would impose on all concerned. For the sake of his wife and children, I implore you to please take them as well as the unique situation into consideration when making your final decision.

Yours truly,

Erez J. Chanin
(213) 309-5617